```
1                  IN THE UNITED STATES DISTRICT COURT

2               FOR THE EASTERN DISTRICT OF WISCONSIN

3      - - - - - - - - - - - - - - - - - - - - - - - - - -

4    EVANGELINA AGUILERA and
     ANGELINA NUNEZ, individually and
5    on behalf of all others similarly
     situated,
6
                         Plaintiff,
7                                      Case No. 13-CV-1245
         vs.
8
     WAUKESHA MEMORIAL HOSPITAL, INC.
9    and PROHEALTH CARE, INC.,

10                       Defendant.

11     - - - - - - - - - - - - - - - - - - - - - - - - - -

12

13              Deposition of ILDIKO HUPPERTZ

14              Tuesday, April 15, 2014

15                   10:02 a.m.

16                       at

17              HAWKS QUINDEL, S.C.
                222 East Erie Street
18                 Suite 210
                Milwaukee, Wisconsin
19

20

21

22

23     Reported by Jennifer M. Steidtmann, RPR, CRR

24

25
```

www.GRAMANNReporting.com · 414.272.7878



GRAMANN REPORTING

Innovation · Expertise · Integrity

## Page 2

1      Deposition of ILDIKO HUPPERTZ, a witness in the
2  above-entitled action, taken at the instance of the
3  Plaintiff, pursuant to Federal Rules of Civil
4  Procedure, pursuant to notice, before Jennifer M.
5  Steidtmann, RPR, CRR and Notary Public, State of
6  Wisconsin, at Hawks Quindel, S.C., 222 East Erie
7  Street, Suite 210, Milwaukee, Wisconsin, on the 15th
8  day of April, 2014, commencing at 10:02 a.m. and
9  concluding at 3:50 p.m.
10
11  A P P E A R A N C E S
12
13      HAWKS QUINDEL, S.C.
14      By:  Ms. Summer Murshid
        and Mr. Timothy Maynard
15      222 East Erie Street, Suite 210
        P.O. Box 442
16      Milwaukee, Wisconsin 53201-0442
        Appeared on behalf of the Plaintiff
17
18      HOWARD & HOWARD LAW FIRM
        By:  Mr. Michael R. Lied
19      211 Fulton Street, Suite 600
        Peoria, Illinois 61602
20      Appeared on behalf of the Defendant
21
22      ALSO PRESENT:   Lisa Wald,
23                      Defendant representative
24
25

## Page 3

1           I N D E X
2  WITNESS     EXAMINATION                PAGE
3  ILDIKO HUPPERTZ
4      EXAMINATION BY MS. MURSHID            7
5      EXAMINATION BY MR. LIED             190
6      FURTHER EXAMINATION BY MS. MURSHID  192
7
8
9           E X H I B I T S
10  NUMBER                   PAGE IDENTIFIED
11  Exh. 29  Amended responses to 30(b)(6) notice of  14
12           deposition
13  Exh. 30  Organizational chart;                    19
14           Bates WMH000098 through -114
15  Exh. 31  Defendant's responses to plaintiff's     29
16           first interrogatories
17  Exh. 32  Defendants' responses to plaintiffs'     30
18           second interrogatories
19  Exh. 33  Orientation packet;                      33
20           Bates WMH000147 through -219
21  Exh. 34  New Employee Orientation PowerPoint      42
22           presentation;
23           Bates WMH001122 through -1288
24
25

## Page 4

1  Exh. 35  Kronos-specific PowerPoint slides;        50
2           Bates WMH000389 through -390, -1236
3           through -1238, -1032 through -1033, -869
4           through -870
5  Exh. 36  Punch Origin;                             83
6           Bates WMH000068 through -91
7  Exh. 37  Manual Time Recording Sheet;              90
8           Bates WMH001916 through -1940
9  Exh. 38  Manual Time Recording Sheet;              96
10          Bates WMH002574 through -2583
11  Exh. 39  Timecard Audit Trail;                   101
12          Bates WMH001453 through -1715
13  Exh. 40  Timecard Audit Trail, A. Nunez;         110
14          Bates WMH001990 through -1996
15  Exh. 41  Time Detail (Excel), E. Aguilera;       114
16          Bates WMH000029 through -67
17  Exh. 42  Payment Detail Listing, E. Aguilera;    120
18          Bates WMH000001 through -28
19  Exh. 43  All CNA employee download;              134
20          Bates WMH002797 through -2800
21  Exh. 44  Environmental Services Employee Handbook;144
22          Bates WMH000226 through -255
23  Exh. 45  Job description, Building Service Worker;163
24          Bates WMH000132 through -146
25

## Page 5

1  Exh. 46  List of breaks, E. Aguilera;            165
2           Bates WMH001450 through -1452
3  Exh. 47  Request Form;                           174
4           Bates EA00000128
5  Exh. 48  CNA job description;                    180
6           Bates WMH001982 through -1989
7
8  (Original exhibits attached to original transcript.)
   (Copies of exhibits attached to transcripts as requested.)
9
10
11  P R E V I O U S L Y   M A R K E D   E X H I B I T S
12  NUMBER                   PAGE IDENTIFIED
13  Exh. 12  Screen shots;                           158
14           Bates WMH001907 through -1915
15           (marked at E. Aguilera deposition)
16  Exh. 13  Compensation policy;                     63
17           Bates WMH000115 through -122
18           (marked at E. Aguilera deposition)
19  Exh. 14  Time recording policy;                   68
20           Bates WMH000128 through -131
21           (marked at E. Aguilera deposition)
22  Exh. 15  Time recording policy;                   68
23           Bates WMH000123 through -127
24           (marked at E. Aguilera deposition)
25

Case 2:13-cv-01245-LA   Filed 05/09/14   Page 2 of 69   Document 43

**Page 6**

```
1               R E Q U E S T S
2   REQUEST                              PAGE
3   Attendance policy                      80
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 7**

1    TRANSCRIPT OF PROCEEDINGS
2    ILDIKO HUPPERTZ, called as a witness herein,
3    having been first duly sworn on oath, was examined
4    and testified as follows:
5    EXAMINATION
6    BY MS. MURSHID:
7    Q. Good morning. And will you just pronounce your name
8    for me so I'm pronouncing it correctly?
9    A. Ildiko.
10   Q. Ildiko. And is it okay if I call you Ildiko?
11   A. Yes. No, Ildiko is fine.
12   Q. My name is Summer Murshid. I'm one of the attorneys
13   for the plaintiffs in this case. I'm going to read a
14   couple things into the record so we're all on the
15   same page and we'll kind of get started.
16   A. Okay.
17   Q. This deposition is being taken pursuant to Federal
18   Rule of Civil Procedure 30(b)(6) which allows the
19   parties to take the deposition of a corporate entity.
20   Pursuant to the rule, the corporation designates the
21   individual they would like to testify on their
22   behalf, or the individuals, and the person or persons
23   designated to testify are required to testify about
24   things that are available to them or reasonably
25   available to them.

**Page 8**

1    Also just put on the record that the
2    parties have had an off-the-record discussion about
3    the testimony being provided today on behalf of both
4    Waukesha Memorial and ProHealth, and in the event
5    there is a distinction, you'll agree to make that
6    distinction for me on the record.
7    And finally, the parties have had the
8    opportunity to tailor discovery. We've worked
9    cooperatively to narrow the scope so the defendants
10   could respond in a timely manner, but I have agreed
11   with defense counsel that in the event additional
12   information is revealed in this deposition or it
13   becomes clear that we'll need to make additional
14   requests, the 30(b)(6) deposition will be adjourned,
15   and we may have to bring you back to talk about some
16   of those other documents.
17   Any questions about that?
18   A. No questions.
19   MS. MURSHID: Okay. Mike, any
20   disagreements or clarifications on that?
21   MR. LIED: The only clarification is the
22   30(b)(6) notice requested a wide variety of
23   information, and of course this witness doesn't know
24   about all those topics.
25   MS. MURSHID: Sure. Yes. So this

**Page 9**

1    particular witness is testifying about the things
2    that she was designated to testify in defendant's
3    amended responses to our 30(b)(6) notice, and there
4    are two deponents testifying tomorrow. So anything
5    you don't know, I can't expect you to know.
6    BY MS. MURSHID:
7    Q. Okay. Have you been previously deposed?
8    A. Years ago.
9    Q. Years ago, okay. And what case was that in? Was it
10   in a personal issue or in the capacity of work?
11   A. It was in the capacity of work.
12   Q. Okay. And what was the case, just generally?
13   A. Generally, it was a race discrimination case.
14   Q. Okay. And you were with the employer, or were you
15   the plaintiff?
16   A. I was with the employer.
17   Q. Okay. And what was your job title at that time?
18   A. Director of human resources.
19   Q. Okay. And I'm sure that the deposition rules will be
20   very similar. You may recall some of the rules that
21   I'm going to go over, but I'll just go over them
22   again. Do you remember about when that deposition
23   was taken?
24   A. Oh, gosh. 15 years ago.
25   Q. Okay. All right.

Case 2:13-cv-01245-LA    Filed 05/09/14    Page 3 of 69    Document 36-3

**Page 10**

1  A.  Long time ago.
2  Q.  So I'll refresh your memory on the rules.  The first
3  thing is Jenny's making a record as we speak.  So if
4  you would wait until I finish my question before you
5  answer, and I'll wait until you finish your answer
6  before I finish my questioning.
7      If you don't understanding something that I
8  ask, please ask me to clarify or rephrase.  If you do
9  answer, I'll assume that you understood my question.
10     You need to give a verbal answer, so no
11 nodding of the head or uh-huh or un-huh.  Yes or no
12 or anything verbal is fine.
13     We can take a break any time you need to,
14 or any time anybody needs to, as long as there's no
15 question pending.
16     If your attorney objects, go ahead and
17 stop talking.  I'm sure he went over this with you.
18 If he and I need to have a conversation, we will.
19 In the absence of a claim of privilege and a
20 direction to not answer for that reason, I'll go
21 ahead and direct you to answer.
22     Is there any reason -- any medication or
23 any other reason that you aren't able to testify
24 truthfully and honestly today?
25 A.  No.

**Page 11**

1  Q.  Do you have any questions about the rules that I just
2  went over?
3  A.  No.
4  Q.  Okay.  All the preliminary stuff is done.  Let's
5  really get started.
6      Can you state your full name for the
7  record, please.
8  A.  Ildiko Huppertz.
9  Q.  And can you spell it for Jenny.
10 A.  I-L-D-I-K-O, H-U-P-P-E-R-T-Z.
11 Q.  And are you currently employed with the defendant?
12 A.  I am.
13 Q.  Okay.  What is your job title?
14 A.  Director Organizational Effectiveness and Employee
15 Relations.
16 Q.  Excellent.  Okay.  What was your date of hire?
17 A.  August 26, 2013.
18 Q.  Okay.  So we'll probably -- I'll probably ask about
19 some stuff that happened prior to your date of hire.
20 If you don't know, please just let me know.  And if
21 you know who might have that information, go ahead
22 and tell me at that time, okay?
23 A.  Okay.
24 Q.  Who is your direct supervisor?  Who do you report to?
25 A.  Phil Kubow.

**Page 12**

1  Q.  And what's Phil's job title?
2  A.  Chief Resources Officer.
3  Q.  And I just called him Phil, not out of disrespect but
4  probably I can't pronounce his last name.  Can you
5  spell his last name?
6  A.  K-U-B-O-W.
7  Q.  Kubow?
8  A.  Yes.
9  Q.  Okay.  And then who does Phil report to?
10 A.  Susan Edwards.
11 Q.  And what's Susan Edwards' title?
12 A.  CEO and President.
13 Q.  Does she report to anybody?
14 A.  The board.
15 Q.  Okay.  I'm going to ask you what your job description
16 is or what you job duties are, and I'm sure there's
17 a lot of them, but if you could sort of give me an
18 idea of what your role is with the organization.
19 A.  Responsible for employee and leadership development
20 and employer relations.
21 Q.  And how does that play out in sort of your
22 day-to-day tasks?  I mean, I know that's kind of a
23 vague question, but can you put some meat on that for
24 me?
25 A.  Sure.  Well, day-to-day HR operations and support for

**Page 13**

1  business leaders as needed as it relates to work
2  responding, employee relation issues, coaching and
3  counseling for leadership development.  And in
4  addition, responsible for curriculum design for
5  leadership development.
6  Q.  So I have some organizational charts that I'm going
7  to get to in a minute, but are you the director -- I
8  know you gave me a job title, but are you in charge
9  of human resources?  Is that --
10 A.  I am in charge of business partners as well as
11 organization development.
12 Q.  Okay.  And what are the business partners?  What does
13 that mean?
14 A.  The business partners are HR generalists, so to
15 speak.
16 Q.  Okay.
17 A.  So support the business areas that they are assigned.
18    MS. MURSHID:  Got it.  Okay.
19    (Exhibit 29 marked for identification.)
20    BY MS. MURSHID:
21 Q.  Okay.  This is what's been marked Exhibit 29.  And if
22 you could take a minute to look through this document
23 for me.
24 A.  Okay.
25 Q.  Okay.  Do you recognize this document?

1 A. I do.
2 Q. And it's the amended responses to the 30(b)(6) notice
3 that we sent out. Your name is listed here as being
4 responsive to some of these topics, correct?
5 A. Uh-huh. Yes.
6 Q. Okay. Is there any reason that you are unable to
7 testify about the topics that you're designated to
8 testify about in here?
9 A. No.
10 Q. Okay. In the event that some of these topics overlap
11 and I maybe get into some detail that's better
12 addressed by the individuals that are testifying
13 tomorrow, please just let me know, okay?
14 A. I will. I will.
15 Q. Okay. I think we're done with this one.
16    What did you do to prepare for today's
17 deposition?
18 A. Reviewed the documents.
19 Q. Okay. And when you say the documents, do you just
20 mean the 30(b)(6) notice that was sent, or did you
21 review more documents?
22 A. The 30(b)(6) and understanding the policies and
23 procedures of the organization.
24 Q. So did you review those policies and procedures?
25 A. I did.

1 Q. Did you have any discussions with anybody?
2 A. No, I did not.
3 Q. Okay. And let me just pause here to say I'm never
4 asking about a discussion that you had with your --
5 with the defendant's attorney. So if I ask you about
6 something that would be the one topic you had, I
7 don't want to hear about that, okay?
8 A. Okay.
9 Q. Who did you have -- did you say you didn't have
10 discussions with anybody? I'm sorry.
11 A. Other than the business partner --
12 Q. Right.
13 A. -- that supports the area.
14 Q. Oh, okay. Who is that?
15 A. Lisa Wald.
16 Q. Okay. And spell the last name for the record.
17    MS. WALD: W-A-L-D.
18    BY MS. MURSHID:
19 Q. And you said she's the business partner that supports
20 the area?
21 A. Correct.
22 Q. What does that mean?
23 A. She is the HR representative that supervisors come to
24 and employees come to when they have issues from that
25 service line.

1 Q. Okay.
2 A. So she has multiple service lines that she supports.
3 Q. Okay. So business partner is the job title; is that
4 correct?
5 A. Correct.
6 Q. It's HR business partner?
7 A. Correct.
8 Q. Okay. And Ms. Wald is assigned to be the HR rep for
9 individuals that are at issue in this lawsuit; is
10 that correct?
11 A. For the department.
12 Q. I'm sorry, yes, for the department which individuals
13 who are involved in the lawsuit work in?
14 A. Correct.
15 Q. Okay. And that's housekeepers and certified nursing
16 assistants?
17 A. Not certified nursing assistants. Only housekeepers.
18 Q. Okay. Ms. Wald is the HR business partner that
19 supports -- is it the Environmental Services
20 Department?
21 A. Yes.
22 Q. Okay. Who is the HR business partner that supports
23 certified nursing assistants?
24 A. Sue Oliver.
25 Q. Sue Oliver. What is the department that she

1 supports?
2 A. She has many.
3 Q. Okay.
4 A. And the CNA areas within the hospital is also her
5 area.
6 Q. Okay. So I think I understand, but I just want to
7 make sure, and part of this is informed by
8 discussions I've had with counsel off the record. So
9 if I'm saying something incorrectly, correct me. But
10 I understand that CNAs are assigned to a variety of
11 departments within the hospital; is that correct?
12 A. That is correct.
13 Q. Okay. So is it accurate to say that Ms. Oliver
14 supports CNAs across departments?
15 A. Yes.
16 Q. Okay. So regardless of which department they're in,
17 she oversees sort of the CNA program, is that -- is
18 that the right word?
19 A. It's not a program.
20 Q. Okay.
21 A. The leaders that oversee CNAs within the departments
22 that she supports, if they have HR issues, they come
23 to Sue Oliver for guidance.
24 Q. The leaders that support CNAs, okay. And what are
25 the job titles of the leaders that support CNAs?

Page 18

1  A.  Supervisor or manager.
2  Q.  Okay.  Are they CNA supervisors, or are they other --
3  A.  It would be a department supervisor --
4  Q.  Okay.
5  A.  -- of which many different roles -- people hold
6  different roles within a department.
7  Q.  I understand.  Okay.  So I'm just going to draw in my
8  head here really quick.
9      Okay.  The CNA reports to the department
10 supervisor for the department within which they are
11 assigned?
12 A.  Correct.
13 Q.  The department supervisor then reports to Ms. Oliver?
14 A.  Ms. Oliver reports to me.
15 Q.  Right.  But the department supervisor reports to
16 Ms. Oliver?
17 A.  No.
18 Q.  Oh.  Maybe I'm not understanding.
19 A.  No.
20 Q.  Okay.
21 A.  There are different departments within the hospital.
22 Within each hospital -- within each department,
23 there's a supervisor or a manager.
24 Q.  Okay.
25 A.  There's also a director or a vice president all the

Page 19

1  way up to nursing.
2  Q.  Okay.
3  A.  They report within that organization.  HR is
4  separate.  That's a separate department.
5  Q.  Okay.
6  A.  So within HR, the business partners report directly
7  to me.
8  Q.  Uh-huh.
9  A.  And I report to Phil Kubow, and Phil Kubow reports to
10 Susan.  There is no -- they're parallel.
11 Q.  I understand.
12 A.  We are a support and consult to the departments
13 within Waukesha Memorial.
14    MS. MURSHID: Perfect.  That is very
15 helpful, and I think probably now would be a good
16 time to talk about my organizational charts so that
17 I understand.
18    (Exhibit 30 marked for identification.)
19    BY MS. MURSHID:
20 Q.  Okay.  Can you kind of page through this document for
21 me?
22 A.  Sure.  Okay.
23 Q.  Do you recognize this sort of set of documents that
24 I've given you?
25 A.  I do.

Page 20

1  Q.  Okay.  And what is it?
2  A.  It is the organizational chart for -- as it looks
3  like, for all departments within ProHealth Care.
4  Q.  Thank you.  So the first page -- and I'm going to
5  refer to these little numbers in the bottom.  They've
6  been put on there by defense counsel.  The first page
7  is WMH000098, and that looks like it's the
8  organizational chart for ProHealth Care Environmental
9  Services, correct?
10 A.  That is correct.
11 Q.  And that is the department within which housekeepers
12 work, correct?
13 A.  Correct.
14 Q.  Who else -- what other job titles work in that
15 department, if you know?
16 A.  I do not know.
17 Q.  Okay.
18 A.  Other than what appears here.
19 Q.  Okay.
20 A.  Well, the housekeepers that would fall underneath,
21 yeah.
22 Q.  Sure.  I didn't know if there was any other staff,
23 janitorial staff or any kind of other staff?
24 A.  I'm not aware of it.
25 Q.  Okay.

Page 21

1  A.  I only know of the housekeepers.
2  Q.  Okay.
3  A.  There may be other titles, but I'm not aware of it.
4  Q.  Would that be something appropriately asked to the
5  EVS manager I think that's -- oh, she's a supervisor,
6  Marian Thornburg.  Would that be a question I could
7  address to her?
8  A.  Sure.
9  Q.  Okay.  So this is the organizational chart for the
10 EVS department, and I see that the director is Randy
11 Sparrow?
12 A.  Correct.
13 Q.  And I guess what I -- I feel like I had this sort of
14 laid out.  Let me ask you this.  You just explained
15 that the HR Department is separate.
16 A.  Uh-huh.  Yes.
17 Q.  Parallels this -- this Environmental Services, and am
18 I correct in saying that Environmental Services falls
19 under Support and Diagnostics?  I'm looking at page
20 -113 now.
21 A.  That is correct.
22 Q.  Okay.  And that -- the Director of Support and
23 Diagnostics, or the vice president, I'm sorry, is
24 Christopher Williams?
25 A.  That is correct.

**Page 22**

1 Q. And that -- I'm now looking at -109. That fits in --
2 and Mr. Williams reports to the Hospital Division
3 President, John Robertstad; is that correct?
4 A. That is correct.
5 Q. Okay. And then now I'm looking at -99, and that
6 is -- Mr. Robertstad reports directly to the CEO,
7 Ms. Edwards, correct?
8 A. That is correct.
9 Q. Now within all of this, there's no HR because
10 HR is a parallel department, correct?
11 A. HR is a department that reports to a different area.
12 Q. Okay. Show me who HR reports to. Can you show me
13 the charts?
14 A. On -99.
15 Q. Okay.
16 A. If you look at -99, HR reports to the Chief Human
17 Resource Officer, Phil Kubow.
18 Q. Okay.
19 A. Okay. And then if I look and see if HR is in here --
20 Q. -102?
21 A. -102?
22 Q. Is that it?
23 A. There we go. So then the HR -- Phil Kubow has two
24 different -- three different distinct departments
25 that report directly to him.

**Page 23**

1 Q. Okay.
2 A. And one of which is my responsibility as
3 Organizational Effectiveness and Employee Relations,
4 whom the business partners report to. And each
5 business partner, as I stated before, is assigned to
6 support the various businesses within the
7 organization.
8 Q. Okay. And what are those businesses?
9 A. It's nursing.
10 Q. Okay.
11 A. It's lab. It's IT. There's a lot of them.
12 Q. Okay.
13 A. It's home care. It depends what the departments are,
14 but there are many departments, and that is why we
15 have many business partners. Each are assigned
16 specific ones. Lisa Wald is assigned housekeeping as
17 one of her many departments.
18 Q. Okay, okay.
19 A. Off the top of my head, I don't know exactly all the
20 other departments other than pharmacy and lab and
21 EVS.
22 Q. Okay. And then I see Sue Oliver on here.
23 A. Uh-huh. Yes.
24 Q. So one of her departments is --
25 A. Nursing.

**Page 24**

1 Q. -- nursing?
2 A. She's responsible for nursing.
3 Q. Okay. And that's what CNAs fall under?
4 A. And CNAs fall within those departments, correct.
5 Q. Okay. So let's talk about Ms. Wald. Does she
6 perform all of the HR functions for the housekeeping
7 department? I'm sorry. For EVS?
8 A. She only is an HR consult for the department. She is
9 not -- she doesn't perform the HR function. That's
10 the function of a manager or supervisor within the
11 department to manage their employees.
12 Q. Okay.
13 A. If there is an issue with an employee or an employee
14 has an issue with a manager, then it's Ms. Wald that
15 steps in as a guide or coach and counsel for either
16 the employee or for the supervisor.
17 Q. Okay. And then what about sort of like the
18 establishment of policies and procedures that apply
19 to the EVS Department, is that something that comes
20 from Ms. Wald?
21 A. No. Policy and procedures from the organization as a
22 whole are managed by Human Resources or Compensation
23 or IT, depends on the policy.
24 Q. Sure. So those policies apply to every housekeeper?
25 A. Every employee within the organization.

**Page 25**

1 Q. Which includes housekeepers?
2 A. Which includes housekeepers.
3 Q. And it includes CNAs?
4 A. Correct.
5 Q. Okay. And so then the same question about
6 Ms. Oliver. She's the HR consultant?
7 A. Correct.
8 Q. For departments that have CNAs in them?
9 A. Correct.
10 Q. I will get this by the end of the day.
11 Okay. Ms. Oliver and Ms. Wald report
12 directly to you?
13 A. Yes.
14 Q. And you report directly to Mr. Kubow, okay.
15 Compensation, is that -- are those policies policies
16 that come out of the Organizational Effectiveness and
17 Employee Relations Department, or is there a separate
18 Compensation Department?
19 A. There's a separate Compensation Department.
20 Q. And who's the head of that?
21 A. Sure. Mike Blickhahn.
22 Q. So Compensation is coming from Human Resources and
23 Shared Services?
24 A. And Shared Services, correct.
25 Q. And the policies on compensation that come from that

Page 26

1　department and from Mr. Blickhahn -- Blickhahn?
2　A.　Blickhahn.
3　Q.　-- Blickhahn apply hospital-wide, correct?
4　A.　Hospital-wide, correct.
5　Q.　To all CNAs and all housekeepers?
6　A.　Yes.　There's also policies that come from
7　Compensation, Payroll.
8　Q.　Okay.　Is that under Mr. Blickhahn as well, or is
9　that a separate department?
10　A.　That is a separate department.
11　Q.　Okay.　Where is that one on my chart?
12　　　I have to say, this is a very impressive
13　set of organizational charts.　I had them all laid
14　out on my desk at one point to try and sort through.
15　A.　The Chief Financial Officer, Ronald Farr on the
16　first -- second page is responsible for compensation.
17　Well, I take that back.　Compensation, evaluation of
18　rates and such, are determined by the comp -- the HR
19　Department.
20　Q.　Okay.
21　A.　But some policies that relate to how one is
22　compensated, on-call or other things, it's in
23　collaboration with that department and Payroll and
24　HR.
25　Q.　Okay.　And the CFO, Mr. Farr, would be the one that

Page 27

1　oversaw and instituted those particular policies in
2　conjunction with HR?
3　A.　I believe I can fairly say that, yes.
4　Q.　Okay.
5　A.　He is very new in the organization.　He's only been
6　with us two months.
7　Q.　So let's just say, Mr. Farr or who was ever in that
8　capacity prior to him; is that correct?
9　A.　Yes.
10　Q.　And I know I'm kind of being vague.　I'm actually
11　going to get into some real policies, and we can talk
12　about where those came from.　I am just trying to get
13　an understanding of who reports to who.
14　A.　Okay.
15　Q.　So in a roundabout way, I'm going to come back full
16　circle.
17　　　You had a discussion with Ms. Wald in
18　preparation for this deposition.　Did you have a
19　discussion with Ms. Oliver?
20　A.　Yes.
21　Q.　Okay.　So what kind of things did you discuss with
22　Ms. Oliver?
23　A.　Just wanting to understand the area that she supports
24　and if she had any -- if any employees have ever come
25　forward to her related to issues about pay.

Page 28

1　Q.　And what did she say when you asked her about that?
2　A.　She did not have anyone come forward regarding pay.
3　Q.　Okay.　And did you talk about anything else?
4　A.　Nope.　Just what we needed to prepare for the case.
5　Q.　Okay.　And similar conversations with Ms. Wald?
6　A.　Yes.
7　Q.　Other than those two, did you talk to anybody else?
8　A.　Other than the attorney --
9　Q.　Nope, don't want to hear about that.
10　A.　I did not.
11　Q.　Okay.　I just had a thought.　So you reviewed some
12　documents.　You had a couple discussions.　Did you do
13　anything else to prepare for today's deposition?
14　A.　Other than review the employees' file.
15　Q.　Whose file?
16　A.　Ms. Nunez and Evangelina.　I can't pronounce her last
17　name.
18　Q.　Ms. Aguilera?
19　A.　Sure.
20　Q.　And that's all?
21　A.　That's all.
22　　　MS. MURSHID:　So in the context of
23　litigation obviously, we've asked for some
24　documents, and your attorneys have produced them.
25　The -- in conjunction with those, they've responded

Page 29

1　to our written requests and given us some answers,
2　so I just want to show those to you.　And I think
3　you've signed some of them, so I just want to
4　confirm that --
5　　　THE WITNESS:　Okay.
6　　　MS. MURSHID:　-- you kind of went through
7　those and you understood what we were asking for.
8　　　(Exhibit 31 marked for identification.)
9　　　BY MS. MURSHID:
10　Q.　Okay.　I'm showing you what's been marked Exhibit 31.
11　This is the defendant's responses to our first set of
12　interrogatories.　Do you recognize this document?
13　A.　I do.
14　Q.　And on the second to last page, is that your
15　signature?
16　A.　Yes, it is.
17　Q.　And did you assist your attorneys in preparing this
18　document?
19　A.　Yes.
20　Q.　In providing responses to this document, did you talk
21　to anybody?
22　A.　Referred to the policies.
23　Q.　Okay.　So you -- you referred to the policies and
24　provided that information to your attorneys?
25　A.　Correct.

Page 30

1 Q. You don't recall any specific discussions in prep --
2 in preparing this document?
3 A. Other than understanding from Lisa how the department
4 logs on and on the edit log for time recordkeeping.
5 Q. Okay.
6 A. And how the Epic system works.
7 Q. Uh-huh.
8 A. And -- and the policies. Basically that's it.
9 Q. Okay. So you worked with Ms. Wald then to respond to
10 these?
11 A. Correct.
12 Q. Okay.
13 A. Correct.
14 (Exhibit 32 marked for identification.)
15 BY MS. MURSHID:
16 Q. Okay. Do you recognize this document?
17 A. I do.
18 Q. Okay. It's the response to our second set of
19 interrogatories. Is your signature on the second to
20 last page?
21 A. Yes.
22 Q. And you worked with your attorneys to respond to
23 these as well?
24 A. Yes. Along with Sue.
25 Q. With Sue, okay.

Page 31

1 A. Yes.
2 Q. So this was information that we asked for
3 specifically about CNAs, correct?
4 A. Correct.
5 Q. And you had conversations with her similar to those
6 that you had with Ms. Wald?
7 A. Correct.
8 Q. To investigate our questions and provide responses?
9 A. Yes.
10 Q. And do you feel like the information provided in
11 these two documents accurately reflects the
12 information that you learned from Ms. Wald and
13 Ms. Oliver?
14 A. Yes.
15 Q. Thank you. Does Waukesha Memorial provide an
16 orientation when new employees start?
17 A. Yes.
18 Q. And is that orientation provided for new
19 housekeepers?
20 A. For all hires.
21 Q. Okay.
22 A. Including new housekeepers.
23 Q. And including CNAs?
24 A. Yes.
25 Q. Okay. Is it the same orientation for housekeepers

Page 32

1 and CNAs?
2 A. It is.
3 Q. Who provides the orientation?
4 A. Multitude of people. HR is ultimately responsible
5 for the first day of orientation. Regulatory,
6 Safety, Benefits and Compensation, Total Rewards are
7 just to name a few.
8 Q. Okay.
9 A. It's a full day of orientation that every new
10 employee goes through as part of their integration to
11 the organization.
12 Q. Is attendance mandatory?
13 A. Yes.
14 Q. And are there documents provided at that orientation
15 to housekeepers and CNAs and all employees?
16 A. They complete I-9s.
17 Q. Okay.
18 A. They complete information to create their password
19 for the system just basically to get them into -- get
20 them access to the system once they get into the
21 department.
22 Q. Other than those documents, is there, like, an
23 orientation packet that's provided?
24 A. There is no -- there's a small packet that would
25 include some information.

Page 33

1 Q. Okay.
2 A. I don't recall exactly what's in the packet.
3 Q. Let me -- I'll do this. The attorneys have produced
4 what they've identified as this packet.
5 A. Okay.
6 MS. MURSHID: And so maybe we can kind of
7 talk about that and make sure that I'm understanding
8 it.
9 (Exhibit 33 marked for identification.)
10 BY MS. MURSHID:
11 Q. So this thick document is pages WMH000147 through
12 -219. Make sure everybody's copy is correct.
13 A. Uh-huh.
14 Q. And in our -- in the responses that the attorneys
15 provided to our requests for production, this is
16 identified as the orientation provided -- the
17 orientation packet provided to new employees upon
18 hire. Do you have any reason to believe that that
19 designation is incorrect?
20 A. No.
21 Q. Okay. So this would be the packet that's provided to
22 all CNAs and all housekeepers?
23 A. All employees, correct.
24 Q. All employees, okay. Is the information that's
25 contained in this packet applicable to all CNAs and

Case 2:13-cv-01245-LA    Filed 05/09/14    Page 9 of 69    Document 34-3

1 all housekeepers?
2 A. Yes.
3 Q. So any policies and procedures that are contained in
4 here, it's expected that housekeepers and CNAs would
5 follow those, correct?
6 A. Correct.
7 Q. Who created these documents? Or who puts this packet
8 together I guess is probably an easier question?
9 A. Multiple departments. So if it's -- HR requires
10 certain personal data information, so those forms may
11 come from HR, and policies would be included from HR.
12 Some of the other documents may come from the various
13 different areas that present. So, for example, IT
14 might have some different policies or procedures that
15 they want to include in here. Regulatory might have
16 certain things that might be included in here.
17 Q. Okay. HR compiles this document, though, is that
18 correct?
19 A. Yes.
20 Q. Is there one person who gives the orientation from HR
21 every time, or does it kind of rotate?
22 A. It rotates within -- with two different people that
23 actually help facilitate it.
24 Q. Okay.
25 A. But again, it's basically an introduction and making

1 sure that everyone is there, everyone gets their ID
2 badge, and the whole day runs smoothly.
3 Q. Okay. So at that orientation, everybody gets an ID
4 badge?
5 A. Yes.
6 Q. Is that to access the hospital?
7 A. It's to access the hospital and in addition to
8 swiping in and out.
9 Q. Okay. And when you say swiping in and out, do you
10 mean in and out, to punch in and punch out?
11 A. Correct.
12 Q. Okay. And that's using the Kronos system?
13 A. Correct.
14 Q. Okay. Everybody gets the same ID badge?
15 A. There are slight differences. It depends on whether
16 one is a contractor, it may have a different color.
17 Q. Okay.
18 A. But for the most part, they all look the same.
19 Q. So let me ask this question. Sorry, that one was
20 kind of vague. All housekeepers get the same ID
21 badge with their own picture on it?
22 A. Yes.
23 Q. Okay.
24 A. All employees do.
25 Q. And all CNAs get the same ID badge?

1 A. Correct.
2 Q. Okay. All employees, including all CNAs and
3 housekeepers, are expected to use the Kronos
4 system --
5 A. Correct.
6 Q. -- to punch in and out of work?
7 A. Correct.
8 Q. Okay. And the ID badge, does it do anything else?
9 A. You can use it to buy your lunch.
10 Q. Okay.
11 A. If one sets it up that way.
12 Q. Okay. Can you turn to page -155, for me.
13 A. Yes.
14 Q. This looks like it's the Kronos part of the
15 orientation; is that accurate?
16 A. Yes.
17 Q. Okay. And so there's a series of what appears to be
18 screen shots?
19 A. Correct.
20 Q. Is this something that everybody goes over in the
21 orientation?
22 A. Yes.
23 Q. Okay. And so what is -- I guess what is this showing
24 me?
25 A. It gives instructions to an employee how to access

1 Kronos Navigator.
2 Q. Okay.
3 A. Which Kronos Navigator is something on the intranet
4 or I-Net that a person would click on to to enter the
5 hours they have worked.
6 Q. Okay. So help me understand that because we talked
7 about they swiped in and out for work. So what would
8 be the reason that someone would need to go onto the
9 I-Net and manually enter the hours that they work?
10 A. If they wanted to approve -- they need to approve
11 their timecards.
12 Q. Okay. What do you mean?
13 A. Well, maybe I misspeak because for exempt employees
14 my staff logs in, puts in their hours, and at the end
15 of the pay period I approve them to make sure it's
16 accurate.
17 Q. Okay. So let me ask this. Let's back up a minute.
18 Are CNAs hourly employees?
19 A. They are.
20 Q. And they're nonexempt for FLSA purposes?
21 A. Correct.
22 Q. And housekeepers are also hourly employees?
23 A. Yes.
24 Q. Also nonexempt?
25 A. Correct.

Case 2:13-cv-01245-LA Filed 05/09/14 Page 10 of 69 Document 34-3

Page 38

1 Q. Okay. So -- so do you have any specific information
2 that housekeepers or CNAs are required to go in and
3 manually enter their time?
4 A. I do not.
5 Q. Okay. So as far as you know, housekeepers and CNAs
6 swipe in with their Kronos badge -- sorry -- with
7 their badge in Kronos when they arrived in the
8 morning?
9 A. Correct.
10 Q. To punch in?
11 A. And punch out.
12 Q. And at the end of the day, they punch out using their
13 badge?
14 A. Correct. If there's any editing that needs to be
15 done to their timesheet, then there is a manual edit
16 log that they note, and then the editor who's
17 assigned to edit their timesheets like this would be
18 the one that would edit it for them.
19 Q. Okay. So the editor -- and who would that be for
20 housekeepers?
21 A. I don't know who the person is, but there is a person
22 assigned within the department for housekeepers as
23 well as I'm certain for CNAs that is identified as an
24 editor of the time record.
25 Q. Okay.

Page 39

1 A. And again, it's vaguely different, but if it needs to
2 be edited, they only edit it if they are aware that
3 there's a discrepancy.
4 Q. I understand. And I got copies of the manual edit
5 log, so we'll walk through those a little bit, too.
6 A. Okay.
7 Q. Okay. So on page -150, if you can go to that for me.
8 This is page -150 through -152 it looks like. It's
9 the organizational orientation checklist, correct?
10 A. Yes.
11 Q. And is this something that applies to all employees,
12 including CNAs and housekeepers?
13 A. Yes.
14 Q. Okay. And all employees, including CNAs and
15 housekeepers, are provided with the information that
16 is listed in this orientation checklist?
17 A. That is correct.
18 Q. And they're trained on that as well?
19 A. They are trained on all that's required in here,
20 absolutely.
21 Q. Okay. And there's an expectation that they'll follow
22 the policies and procedures as they're trained on
23 them --
24 A. Yes.
25 Q. -- in this document?

Page 40

1 A. Yes.
2 Q. And are they subject to discipline if they don't?
3 A. They're subject to coaching first before discipline
4 would occur.
5 Q. Okay. So -- but there is -- would you call it a
6 progressive discipline system if they don't follow
7 these policies and procedures?
8 A. Yes.
9 Q. And everything we just talked about applies to
10 CNAs and housekeepers, correct?
11 A. Yes.
12 Q. So is this -- I guess is this document edited from
13 time to time, this packet, as policies and procedures
14 change?
15 A. As policies and procedures would change, that would
16 be updated in here.
17 Q. Okay. And who would be responsible for updating that
18 information?
19 A. Whoever was the person that made the edits to the
20 document. HR puts the packets in place or makes
21 certain that it's on the annual required training.
22 Lots of training is done by computer-based learning,
23 so then it's updated on the computer-based training
24 that one has to go through if there's a change.
25 Q. That was going to be my next question. So in the

Page 41

1 event something changes and, say, you're a current
2 employee, you've already gone through the
3 orientation, current employees would be notified of
4 the change by going through this annual learning?
5 A. Correct.
6 Q. Okay.
7 A. There's an annual required regulatory training or
8 policy training that takes place every year the month
9 of January and February and must be completed by
10 February 28th of each year by all employees.
11 Q. All employees?
12 A. Including exempt.
13 Q. Okay. Including housekeepers and CNAs?
14 A. Including housekeeping and CNAs.
15 Q. Okay. And so any changes to policies or updates to
16 policies are included in that annual training?
17 A. Yes, it would be.
18 Q. Okay. I think we're done with that. So there's this
19 packet that's distributed, and then I think there's a
20 PowerPoint presentation at the orientation; is that
21 correct?
22 A. Yes. Much of this is PowerPoint presentation.
23 Q. Okay.
24 A. Not all, but lots of this is also in a PowerPoint.
25 Q. Okay.

**Page 42**

1 A.  It's also in the computer-based learning.
2  (Exhibit 34 marked for identification.)
3  BY MS. MURSHID:
4 Q.  Okay.  Now your attorneys were kind enough to provide
5  us with not only the PowerPoint but about 15
6  different revised versions of it.  So about 1,200
7  documents, which was fine.  And some of the revisions
8  were minor, some of them were, you know, not so
9  minor.  This is -- obviously on the first page it's
10  Monday, January 6, 2014.  It's the most recent
11  version of the PowerPoint that was provided to us.
12 A.  Correct.
13 Q.  Okay.  How often is the orientation held?
14 A.  How often is it updated?
15 Q.  Is it held?  I'm sorry.  How often is an orientation
16  held?
17 A.  It's held -- it varies, but it's held regularly.
18  About once every three weeks.
19 Q.  Okay.
20 A.  But it depends on how many people are hired.  If
21  there are a small number of people hired, then we
22  would skip an orientation and then combine it with
23  the next orientation so that there's a sufficient
24  number of employees to spend a whole day with a
25  number of presenters --

**Page 43**

1 Q.  Sure.
2 A.  -- in orientation.
3 Q.  Okay.  So this PowerPoint is updated regularly, I
4  gather?  Or as needed?
5 A.  As needed.
6 Q.  Okay.  And the information that's contained in this
7  PowerPoint and conveyed to employees during the
8  orientation applies to all housekeepers?
9 A.  Uh-huh.  Yes.
10 Q.  And to all CNAs?
11 A.  Yes.
12 Q.  Okay.
13 A.  If I may point out.
14 Q.  Sure.
15 A.  The date on here, every new orientation, the date
16  changes.  The content may remain, but just know that
17  we don't want to put up something that's January for
18  April orientation.  So we change the date.
19 Q.  Okay.
20 A.  But the content doesn't change.
21 Q.  Okay.  Now I see on this first page there's a -- sort
22  of like the PowerPoint screen shot it looks like.
23 A.  Yes.
24 Q.  And then there's sort of notes at the bottom?
25 A.  Yes.

**Page 44**

1 Q.  Do you know what those are?
2 A.  Speaker's notes.
3 Q.  Speaker's notes?
4 A.  Yes.
5 Q.  So whoever was doing this presentation would have
6  entered those notes?
7 A.  Correct.
8 Q.  And would presumably then be saying them verbally?
9 A.  Correct.
10 Q.  Okay.  Do you happen to know who did this
11  orientation?
12 A.  On that particular day?
13 Q.  Uh-huh.  Would there be any way for me to know who
14  facilitated that?  So if you look at page -1127, your
15  name is here.  So I can see that you probably were
16  responsible?
17 A.  I was doing the welcome.
18 Q.  Okay.
19 A.  And I was responsible for that portion of the
20  orientation.
21 Q.  Okay.
22 A.  There are different people that are responsible for
23  different portions.  The facilitator that does the
24  welcome and the good morning --
25 Q.  Uh-huh.

**Page 45**

1 A.  -- and the logistics, it's the two generalists that
2  rotate, HR.
3 Q.  And who are those people again, I forget?
4 A.  Amy Rude.  I did got give them to you before.
5 Q.  Amy.  And spell the last name.
6 A.  R-U-D-E.
7 Q.  Okay.
8 A.  Or -- I forget her name.  Not Allison.  I'm sorry, I
9  can't remember her name.
10 Q.  That's okay.
11 A.  She's in a different department.  She's not in my
12  department.
13 Q.  So one of these two people facilitate the
14  orientation?
15 A.  Yes.
16 Q.  Okay.
17 A.  Typically Amy does 90 percent of them.
18 Q.  Okay.  And Amy reports to you?
19 A.  Yes.  I'm going to look on the org chart so I can
20  remember her name because I'm just drawing a blank.
21  MS. MURSHID: Okay.
22  MR. LIED: Is there a copy for me?
23  MS. MURSHID: Of course.  Sorry.
24  THE WITNESS: Oh, it's not that detailed.
25 I can't remember her name.  I'm sorry.

Case 2:13-cv-01245-LA  Filed 05/09/14  Page 12 of 69  Document 34-3

Page 46

1     MS. MURSHID: No problem.
2     BY MS. MURSHID:
3  Q.  Does each person -- so, for instance, you did the
4  welcome?
5  A.  Yes.
6  Q.  Did you create the PowerPoint for that welcome, or
7  did somebody else create it?
8  A.  It was created for me.
9  Q.  Okay.
10  A.  The same welcome is used by every chief person that
11  comes and presents.
12  Q.  Okay.
13  A.  So whether it's me presenting it or whether it's Phil
14  Kubow presenting it or whether it's one of the other
15  chiefs, they would use the same presentation. The
16  only thing that would change, again, is the name on
17  the front and the title. And that goes really for
18  all other presentations that are within this
19  document. Usually -- I mean, within these
20  presentations. So there are -- again, this whole --
21  there are several people that deliver this message.
22  So if we get to a certain --
23  Q.  So if you look at -1171.
24  A.  Okay. Correct.
25  Q.  Okay.

Page 47

1  A.  And it would be Nicole.
2  Q.  And her job title is manager Total Rewards?
3  A.  Correct. And in some cases it isn't she that does
4  it, it may be one of her designees that would be
5  delivering the same message.
6  Q.  Same PowerPoint every time?
7  A.  Same PowerPoint.
8  Q.  Okay.
9  A.  Unless it's edited for changes.
10  Q.  Okay. But the same information is conveyed to every
11  housekeeper and every CNA and every employee?
12  A.  Yes.
13  Q.  Okay.
14  A.  Yes.
15  Q.  Just who does it and the date and then any updates
16  are changed?
17  A.  Correct.
18  Q.  Okay.
19  A.  Correct.
20  Q.  Total Rewards, I know you mentioned it, but I don't
21  know if we talked about where that fits on the
22  orientation.
23  A.  It fits in HR.
24  Q.  Okay.
25  A.  If you recall, Total Rewards reports to Mike

Page 48

1  Blickhahn.
2  Q.  Thank you.
3  A.  And Mike Blickhahn has the manager Nicole who reports
4  to him.
5  Q.  I understand.
6  A.  Okay.
7  Q.  Okay. I want to -- what I did was I pulled a series
8  of specific slides that came from here over time, so
9  we can just talk about how it looks.
10  A.  Sure.
11  Q.  Other than the new orientation packet that we talked
12  about and the information contained in this
13  PowerPoint presentation, and the I-9s and sort of
14  start of employment documents that are provided, are
15  there any other documents provided to new employees?
16  A.  There may be once they get into the department.
17  Q.  Okay.
18  A.  But I do not know what that would be necessarily.
19  There may be some department-specific requirements
20  that the department manager would go through with the
21  employee and give them additional documentation.
22  This is basically the first day on the job.
23  Q.  Okay. So the department-specific documents for
24  Environmental Services, does HR draft those or work
25  with Environmental Services to produce those?

Page 49

1  A.  No.
2  Q.  No. So the department may have its own documents
3  that are provided --
4  A.  Correct.
5  Q.  -- that HR has never seen?
6  A.  I can't say that they've never seen. I can't speak
7  to it. I have never seen.
8  Q.  Okay. That's fair enough. So other than what we
9  have talked about today and the possibility that
10  there may be department-specific documents, are you
11  aware of any other documents provided to employees
12  when they start?
13  A.  No, I'm not other than I don't see a copy of the
14  employee assistance brochure, but there is a brochure
15  that employees get on the EAP program.
16  Q.  Okay.
17  A.  So that may be in here.
18  Q.  Okay.
19  A.  But -- because it's a copy, but it would be a
20  brochure.
21     MS. MURSHID: Okay, okay. I'm going to
22  call this one exhibit. It's several stuck together.
23     (Exhibit 35 marked for identification.)
24     BY MS. MURSHID:
25  Q.  Okay. So I'm going to represent to you that what I

Case 2:13-cv-01245-LA    Filed 05/09/14    Page 13 of 69    Document 34-3

**Page 50**

1  did was I pulled the Kronos-specific PowerPoints from
2  each of the revised slideshows that was provided to
3  us from defense counsel. Do these look kind of
4  familiar?
5  A. Yes.
6  Q. Okay. So the first stapled document, it's -389 and
7  -390. It looks to be the excerpted Kronos slides.
8  There's no talking points on the bottom, so
9  presumably whoever was doing this didn't need them or
10 didn't include them?
11 A. Correct. It's pretty self-explanatory, so probably
12 didn't need it.
13 Q. Okay, okay. If I wanted to know the date of when
14 this particular set of slides was presented, I would
15 just look on the first page of that slideshow; is
16 that right, and it would probably have the date on
17 there?
18 A. Yes.
19 Q. Okay.
20 A. Yes.
21 Q. Okay. So then if you go to the second set, it looks
22 like somebody changed the picture from one to the
23 next --
24 A. Uh-huh.
25 Q. -- and maybe changed the background, right?

**Page 51**

1  A. Uh-huh.
2  Q. But it seems that the information contained on the
3  first page is the same?
4  A. Yes.
5  Q. What is the Lawson Payroll System?
6  A. Lawson is our HRIS system that houses employee data.
7  And Kronos, which would be this time clock where
8  people swipe at, feeds to Lawson so people are
9  appropriately paid.
10 Q. Okay. So Kronos is the time recording system?
11 A. Yes.
12 Q. And it works with the Lawson system --
13 A. Yes.
14 Q. -- to tell the Lawson system how many hours people
15 worked, and then Lawson pays people, or somebody uses
16 Lawson to pay people?
17 A. Correct.
18 Q. Same for all housekeepers?
19 A. Yes.
20 Q. Same for all CNAs?
21 A. Yes.
22 Q. Okay. So we've changed the picture on these first
23 two pages, and then on the second page it looks like
24 there is a slight change. The last power -- the
25 last, I guess, bullet point one says, please refer to

**Page 52**

1  your packet, and the other says, please see the
2  payroll schedule in your folder. That's about the
3  same.
4  A. Uh-huh.
5  Q. And then the difference here is that somebody
6  included what looks to be a note that says, the
7  employee is responsible to swipe in and out. There
8  are edit logs available if you miss a swipe; is that
9  correct?
10 A. Yes, yes.
11 Q. Okay. So does that reflect a policy change?
12 A. No.
13 Q. Or --
14 A. The way I see it, it's somebody's notes.
15 Q. Okay.
16 A. It may have been somebody different doing the
17 presentation who felt more comfortable with notes.
18 Q. Okay, okay. How long has Kronos been used for
19 housekeepers and CNAs?
20 A. I believe Kronos has been in place for a long time.
21 I don't know the exact date.
22 Q. Prior to 2010?
23 A. Yes.
24 Q. Okay. How long was Lawson been in place?
25 A. Again, prior to 2010.

**Page 53**

1  Q. Okay. And the edit logs that you're referencing, are
2  those the manual edit logs that you mentioned
3  earlier?
4  A. Yes.
5  Q. Other than those manual edit logs, could this be
6  referring to anything else?
7  A. Not that I'm aware of, no.
8  Q. At this time in the training, is that where people
9  are sort of instructed on how to use the manual edit
10 logs?
11 A. They are instructed on how to use the recordkeeping.
12 Q. What do you mean, the recordkeeping?
13 A. Which means how to swipe in and out.
14 Q. Uh-huh.
15 A. And which clocks to use.
16 Q. Okay.
17 A. And there -- it's discussed how they are paid and how
18 they are to record their time and talks about the
19 manual edit as well.
20 Q. Okay.
21 A. So it's mentioned.
22 Q. So the person doing this portion of the orientation
23 would be instructing the employees how to use the
24 manual edit log?
25 A. It would -- the individual would tell them there are

Case 2:13-cv-01245-LA   Filed 05/09/14   Page 14 of 69   Document 34-3

Page 54

1 manual edit logs in the department and how to record
2 a discrepancy.
3 Q. Okay. All CNAs, all housekeepers?
4 A. Yes.
5 Q. Okay. Then if we go to -1032 and -1033, doesn't
6 appear to be any change other than the background and
7 the talking points are the same, right --
8 A. Yep.
9 Q. -- if I'm reading it right?
10    Okay. Then the last one, this is the
11 January 2014 one, -1236, -1237. There are a lot more
12 talking points on this one. Do you know why that
13 might be the case?
14 A. I do not.
15 Q. Okay. Do you know who did this portion of the
16 presentation?
17 A. Someone from payroll, but I do not know.
18 Q. Okay. So actually I think it was Nicole because it
19 was from this most recent. So does this make sense,
20 that's something Nicole would be going over?
21 A. Okay. Yes, it does.
22 Q. Okay. So presumably then she provided all of this
23 information in her talking points verbally, right?
24 A. Correct.
25    MS. MURSHID: Okay.

Page 55

1    MR. LIED: Should we put Nicole's last
2 name on?
3    MS. MURSHID: Yes.
4    BY MS. MURSHID:
5 Q. Berlowski?
6 A. Berlowski, B-E-R-L-O-W-S-K-I.
7 Q. I think we said previously she's the Total Rewards
8 manager?
9 A. Correct.
10 Q. And she reports directly to Mike --
11 A. Blickhahn.
12 Q. -- Blickhahn?
13 A. Correct.
14 Q. You didn't instruct her to add this additional
15 information?
16 A. I did not.
17 Q. Okay. But all CNAs and all housekeepers would be
18 responsible for complying with the information that's
19 on the PowerPoint as well as that which is conveyed
20 verbally?
21 A. That is correct.
22    MR. LIED: Off the record a second.
23 (Break taken from 11:06 a.m. to 11:16 a.m.)
24    BY MS. MURSHID:
25 Q. Okay. Just to come full circle, we talked about

Page 56

1 Kronos and Lawson being in place since 2010. They're
2 currently in place for all housekeepers and all CNAs;
3 is that correct?
4 A. That is correct.
5 Q. And I think we talked about this, but the same
6 process for CNAs and housekeepers, they get a badge
7 on the orientation, and then they use that to swipe
8 into Kronos time stations that are located at various
9 places throughout the hospital; is that correct?
10 A. Yes.
11 Q. And then they use that same badge as required by the
12 hospital to punch out at whatever Kronos station is
13 near them?
14 A. Correct.
15 Q. And then if there's a change, they use the manual
16 edit log?
17 A. Correct.
18 Q. Same for housekeepers and CNAs?
19 A. Yes.
20 Q. Okay. Lawson I think you said tracks the -- it's
21 the internal HR system. So in addition to working
22 with Kronos on the time, I guess, is it -- is it also
23 the payroll system? Is it also the system that's
24 used to issue checks?
25 A. Lawson, yes.

Page 57

1 Q. Okay.
2 A. Yes.
3 Q. What other kinds of information is contained on
4 Lawson?
5 A. Employee data, address, phone number, positions they
6 have held, pay rate.
7 Q. Pay rate, okay.
8 A. Salary histories.
9 Q. For CNAs and housekeepers and all other employees?
10 A. And all others, correct.
11 Q. And that system is managed by whom? I guess by which
12 department?
13 A. IT.
14 Q. Okay. Who puts the data into that system? Not
15 the -- not the data that's pulled from Kronos, but
16 the other information, who puts that data in there?
17 A. Total Rewards. So when a new person is hired, all
18 their employee data sheets that they complete in
19 orientation goes to Total Rewards, and they enter the
20 data. However, the employees have access to a
21 self-service portal, which is where they could update
22 information as it relates to their benefits and such.
23 Q. Okay.
24 A. So it's separate from it because there's a
25 self-service benefits support.

Case 2:13-cv-01245-LA   Filed 05/09/14   Page 15 of 69   Document 34-3

**Page 58**

1 Q. Okay. So Total Rewards under Mike Blickhahn inputs
2 the initial data?
3 A. Yes.
4 Q. Okay. And subsequent changes in pay or positions?
5 A. Correct.
6 Q. For all CNAs and all housekeepers?
7 A. Correct. Any changes that would occur after a
8 person's employed to an employee status, it starts
9 with their manager.
10 Q. Okay.
11 A. Who then completes the appropriate form to submit to
12 Total Rewards, who then enters it in the system.
13 Q. Okay. Same procedure for all employees though?
14 A. Yes.
15 Q. And then there's the sort of self-service portion of
16 Lawson that employees can access on the intranet?
17 A. For tracking purposes, yes. And they can see their
18 check stub if they wish to see it.
19 Q. And they're trained on how to access that at
20 orientation?
21 A. They are shown how to access it, yes.
22 Q. Okay.
23 A. It's on the I-Net, and I-Net is really the way to
24 communicate to employees realtime --
25 Q. Uh-huh.

**Page 59**

1 A. -- what's going on within the organization, and
2 there's links to the computer-based learning,
3 policies, new communication. Everything that we
4 need -- that an employee needs is accessed through
5 the I-Net.
6 Q. And that system is managed technically by IT, but
7 then the dissemination of information through that
8 system comes from Total Rewards?
9 A. For certain pages within it.
10 Q. Okay.
11 A. Who -- if there are changes to comp, then it would
12 come from Total Rewards. If there are policy
13 changes -- if it's an HR policy change, it would be
14 updated by HR. Although there's a policy committee
15 that actually posted it on the I-Net, which is
16 outside of HR.
17 Q. Okay. So all of this is to say, though, that the
18 information is communicated in the same way to all
19 housekeepers and all CNAs and all employees?
20 A. Yes.
21 Q. Okay. We talked a little bit about the orientation
22 checklists.
23 A. Yes.
24 Q. Those -- your -- well, defense counsel submitted a
25 few different versions with a revised date at the

**Page 60**

1 bottom. I'm assuming those are revised periodically,
2 and the date at the bottom reflects the date they're
3 revised?
4 A. Annually we look at the forms or policies. Well,
5 actually policies are usually revised every two to
6 three years unless there is a major change required
7 by law. As far as forms, our HR team reviews forms,
8 and if it needs an update, they're the ones that
9 would recommend an update, and we would post it and
10 put it into place, and that's communicated to
11 managers as well as employees.
12 Q. So that orientation checklist is an HR form?
13 A. Yes.
14 Q. So any changes on that would have come directly from
15 the HR Department to the manager?
16 A. Yes.
17 Q. Okay. And then the expectation was that the manager
18 would communicate those changes from HR?
19 A. Correct.
20 Q. Okay. Same for all housekeepers and all CNAs?
21 A. Yes. It is the manager's responsibility to make
22 certain that whatever is on that form, that they're
23 responsible to train the employee once they're in
24 their department that they do so.
25 Q. Okay. Any way to make sure that the managers do

**Page 61**

1 that? I am assuming that's their job duties?
2 A. They have to submit that within 30 days to the HR
3 file.
4 Q. Oh, that's excellent. Manager gets the form. They
5 have 30 days to go through all those policies and
6 procedures with the employee, and then they're
7 required to submit it to the employee's HR file?
8 A. Correct.
9 Q. All housekeepers, all CNAs?
10 A. Yes. And correct me. I hope it's 30 days and not
11 60.
12 Q. Okay.
13 A. I can't recall, but it's either 30 or 60.
14 Q. That's fine. It's enough for our purposes that
15 that -- the check on the managers is that they have
16 submitted it back to HR?
17 A. Yes.
18 Q. And they have to initial where they've gone over the
19 policy with the employee?
20 A. Yes. I believe even the employee signs off on that
21 at the end.
22 Q. Okay.
23 A. I think it was in the --
24 Q. It's in this big guy. Not that big guy.
25 A. It was in the packet that the employees get, the

Case 2:13-cv-01245-LA   Filed 05/09/14   Page 16 of 69   Document 34-3

**Page 62**

1 orientation checklist. Employee signs, the leader
2 signs, and the reviewer signs. So whoever gets it
3 back into HR would be the, I assume, reviewer.
4    MS. MURSHID: Okay.
5    MR. LIED: And so the record's clear, you
6 were looking at the document designated WMH -152?
7    THE WITNESS: Yes. Sorry.
8    MR. LIED: That's fine.
9    MS. MURSHID: That's the one I'm looking
10 at as well.
11    BY MS. MURSHID:
12 Q. Okay. So then HR knows that every housekeeper and
13 every CNA has been trained accordingly?
14 A. Correct.
15 Q. And are managers trained by HR on how to use this
16 form and implement it and train their employees on
17 it?
18 A. Yes. There's a newly -- there's a leader
19 orientation.
20 Q. Okay. Run by HR?
21 A. Correct. Facilitated by many.
22 Q. Okay.
23 A. But organized and ensure that leaders are aware of
24 what their responsibilities are.
25 Q. Okay. This is what's been previously marked as

**Page 63**

1 Exhibit 13. Can you take a look at that for me.
2    MS. MURSHID: Do you need a copy, Mike?
3    MR. LIED: No.
4    MS. MURSHID: Okay.
5    BY MS. MURSHID:
6 Q. Do you recognize this document?
7 A. I do. It's the compensation policy.
8 Q. Okay. And do you have -115 through -122?
9 A. I do.
10 Q. All righty. And I see that the date on the top --
11 well, it came from the HR Department, right?
12 A. Yes.
13 Q. And the effective date was July 12, 2009?
14 A. Correct.
15 Q. It was reviewed in 2009, and this is -- I don't have
16 another one, so I'm assuming then that this is the
17 most current version; is that correct?
18 A. This is the most current version.
19 Q. Okay.
20 A. There is one in draft format.
21 Q. Okay. But this is --
22 A. Because it's due to review, but it isn't finalized.
23 Q. Okay.
24 A. I don't think there's much changes in it, but I
25 haven't seen it.

**Page 64**

1 Q. This policy applies to all CNAs?
2 A. All CNAs, all employees.
3 Q. Okay. Applies to all housekeepers?
4 A. And housekeepers.
5 Q. Okay. And I just want to kind of walk through a
6 couple of these. If you flip to page -120 for me,
7 and sort of globally I guess again, then all CNAs and
8 housekeepers and all employees are expected to comply
9 with this policy?
10 A. Yes.
11 Q. So -120 we talked about housekeepers and CNAs being
12 exempt and hourly?
13 A. Yes.
14 Q. And that is covered in this policy, which comes from
15 HR, correct?
16 A. Yes.
17 Q. And let's go to -121. This is the overtime pay for
18 nonexempt employees. Housekeepers and CNAs are both
19 nonexempt we talked about?
20 A. That's correct.
21 Q. And so they are -- well, I guess, you know, are
22 housekeepers on -- are they covered by I guess 5(b)
23 of this section, which is 0/40?
24 A. Yes.
25 Q. So they're paid overtime if they work more than 40

**Page 65**

1 hours?
2 A. Per week, correct.
3 Q. Okay. And the same question then for CNAs, are they
4 on 0/40?
5 A. Yes.
6 Q. Paid overtime if they work more than 40 hours a week?
7 A. Correct.
8 Q. Let's go to the last page, and you see at the bottom
9 there's it looks like maybe internal notes. I'm not
10 sure. There's something that says procedure and then
11 there's an N/A. I'm assuming that's for not
12 applicable?
13 A. Yes.
14 Q. What is that? What is that section of the document?
15 A. I wouldn't -- I don't know.
16 Q. Okay. That's not applicable?
17 A. Not applicable.
18 Q. Okay. Same question for reference, do you know what
19 that would be about?
20 A. It may -- normally -- sometimes there are policies
21 that are referenced that it would connect to.
22 Q. Okay.
23 A. And in this particular case, it's not applicable.
24 Q. Okay, okay. And then it says owned by Mary Polaris,
25 HR Business Partner. Is that a person that's

Case 2:13-cv-01245-LA   Filed 05/09/14   Page 17 of 69   Document 43-3

Page 66

1  currently employed?
2  A.  She is, and she reports to me.
3  Q.  Okay.  She reports to you.  And owned by means she's
4  in charge of this document or --
5  A.  She's in charge of making sure it gets updated in
6  collaboration with the various people that have to
7  put input into it.
8  Q.  Okay.  And who would those people that put input into
9  this document be?
10  A.  Nicole, Mike, Compensation, Payroll --
11  Q.  Okay.
12  A.  -- if there were any changes.  So there's a
13  collaboration as to whatever the laws might be, it
14  changes, or whatever the practice may be.  Mary's
15  responsibility is to update the policy, not to
16  necessarily change the content.  The content --
17  she'll change the content to reflect the input she
18  had received as to what the policy needs to be
19  changed to.
20  Q.  Got it.  So input from Mike Blickhahn, input from
21  Nicole Berlowski, input if you have any from your
22  attorney saying, hey, there's a law that's changed?
23  A.  Correct.
24  Q.  Anything that happens, she's responsible for putting
25  it in, but that information comes from --

Page 67

1  A.  Various collaborators.
2  Q.  -- other sources?
3  A.  Correct.
4  Q.  Got it.  Including you?
5  A.  Pay compensation practices would not come from me
6  because that is outside my scope.
7  Q.  Okay.  But she still reports to you?
8  A.  She does.  But again, she's responsible to make sure
9  that certain -- each business partner is assigned to
10  many policies to ensure that they keep on top of it
11  and making sure that they're updated according to the
12  two-year, three-year updates.
13  Q.  Okay.
14  A.  Just so that they're always fresh.
15  Q.  So in addition to -- so in addition to this policy,
16  Mary may have, like, a variety of departments --
17  A.  She may.
18  Q.  -- that report to her?
19  A.  She doesn't have any direct reports.
20  Q.  Okay.
21  A.  But she may be assigned and responsible for
22  collaborating with others to update policies as
23  needed.
24  Q.  Okay.
25  A.  She would be the person that might reach out to

Page 68

1  Payroll in this case, to Total Rewards, and discuss
2  the -- ask for the need or remind them the policy's
3  up for revision, when are we going to meet, what
4  should change, if any.  And if there's no change, it
5  still would be updated as far as the date of review.
6  Q.  Okay.
7  A.  Even though the content may not change.
8  Q.  Okay.
9  A.  Okay.
10  Q.  All right.  Okay.  That one -- we may refer back to
11  that one, so we'll leave that with you.
12  A.  Okay.
13  Q.  And I'm going to give you Exhibits 14 and 15, if you
14  can look at those for me.
15  A.  Okay.  The time recording, two different versions you
16  had given me.
17  Q.  That's correct.  I had given you two different
18  versions of the time recording policy.  Let me find
19  one to look at.  So the first one, which I believe is
20  Exhibit 14.
21  A.  Yes.
22  Q.  The effective date is January 1, 2003.  It was
23  revised and reviewed on March 30, 2010, right?
24  A.  Yes.
25  Q.  You see where I'm reading that?  Okay.  Came from HR,

Page 69

1  correct?  I mean, I guess --
2  A.  This came from Total Rewards.
3  Q.  I'm looking just at the origin department up here.
4  A.  Oh, yes.
5  Q.  Because that's the umbrella sort of term?
6  A.  Yes, yes.
7  Q.  And then specifically it came from Total Rewards,
8  Nicole Berlowski, who reports to Mike Blickhahn we've
9  established?
10  A.  Correct.
11  Q.  Okay.  Now it says owned by Nicole Berlowski, so that
12  means that she's responsible for making sure it's
13  revised and updated just like Mary is with the
14  compensation policy?
15  A.  Again, Mary's more administrative.
16  Q.  Okay.
17  A.  Nicole would have input to this because she's a
18  manager.
19  Q.  Okay.
20  A.  So she may edit it.
21  Q.  Okay.  Like actually provide the substance?
22  A.  Provide the substance versus -- I'm not saying Mary
23  wouldn't, but Mary wouldn't have the knowledge to do
24  that because she's not a compensation expert, she's a
25  business partner.

Case 2:13-cv-01245-LA    Filed 05/09/14    Page 18 of 69    Document 34-3

Page 70

1 Q. Got it. Okay. So you would say that Nicole
2 Berlowski would be involved in the substantive
3 aspects as a manager of editing this policy?
4 A. Correct.
5 Q. And making sure that it complied with various state
6 and federal regulations?
7 A. That's correct.
8 Q. Okay. Under the direction of Mike Blickhahn?
9 A. Yes. And ultimately the chief HR officer, and above
10 and beyond that really the senior executive team and
11 the chief, who sets the policy -- not the policy, the
12 philosophy for the organization. So ultimately, you
13 know, everything kind of comes down.
14 Q. Comes from the top?
15 A. Yeah.
16 Q. Got it. So then let's just look at Exhibit 15. Same
17 policy.
18 A. Uh-huh.
19 Q. There's some changes, though. Effective date still
20 January 1, 2003. Last revised/last reviewed,
21 September 28, 2012. So this appears to be the
22 current version.
23 A. Okay.
24 Q. Okay. And there at the back -- we'll look at the
25 back. This one is owned by Lindsay Hause, who's an

Page 71

1 HR business partner.
2 A. She has to be a former one. I don't know who she is.
3 Q. Okay. So that changed between 2010 and 2012. It
4 used to be owned by Nicole and then owned by Lindsay.
5 Do you know why that might be the case?
6 A. I do not.
7 Q. Okay. So does the fact that it's owned by her change
8 what we just talked about in terms of who would have
9 input and ultimately decide this policy?
10 A. She would -- Lindsay Hause, whoever she was, would
11 play the same role as Mary Polaris on the previous
12 policy.
13 Q. Got it.
14 A. She would not be the content expert, subject matter
15 expert, as Nicole would be.
16 Q. Got it. Would the same people, Nicole and Mike
17 Blickhahn and various compensation experts, still be
18 responsible for the content in this version of the
19 policy?
20 A. Yes, yes.
21 Q. Okay. So let's just walk through -- sorry --
22 Exhibit 14, when it was in effect, applied to all
23 housekeepers and all CNAs, correct?
24 A. Yes.
25 Q. Okay. And now Exhibit 15, which is currently in

Page 72

1 effect, applies to all housekeepers and all CNAs,
2 correct?
3 A. Correct.
4 Q. Okay. I just kind of want to walk through a couple
5 of these. What -- I mean, I can read the definition
6 of authorizer. Do you know who's the authorizer --
7 who is the authorizer for housekeepers, authorizer or
8 authorizers?
9 A. The manager or the editor.
10 Q. Okay. So if someone has a job title of manager in
11 the EVS Department, they would be considered an
12 authorizer under this policy?
13 A. Correct.
14 Q. And would they also be considered an editor under
15 this policy?
16 A. They would not. It might be a different person that
17 does the editing on the timecard.
18 Q. So someone could not be both?
19 A. It could be both.
20 Q. Okay.
21 A. Depends on the size of the department, I guess.
22 Q. Okay. So let me talk specifically about the EVS
23 Department. In the EVS Department for housekeepers,
24 if someone's job title is manager, and I think on our
25 org chart we have Rick Swan.

Page 73

1 A. Okay.
2 Q. He's the authorizer for EVS?
3 A. He would be ultimately responsible and approve -- as
4 an approver, yes.
5 Q. Okay. Anybody else that would be an authorizer in
6 the EVS Department?
7 A. Whoever he may designate as an authorizer. It could
8 be a supervisor.
9 Q. Okay. So you don't have specific knowledge of who
10 the --
11 A. I do not.
12 Q. Okay. Maybe something I should ask Marian tomorrow?
13 A. Yes, yes.
14 Q. Okay. Okay. Then the similar question for the
15 editors that -- who, if you know, would be an editor
16 in the EVS Department?
17 A. I don't know who the person is.
18 Q. Okay.
19 A. I know the supervisor can answer that.
20 Q. Okay.
21 A. I do know, though, that the editors are the ones that
22 use the manual logs to make the edits, adjust it, and
23 then I think the approver is then the next person.
24 Q. Got it. So HR establishes the roles of each of these
25 people, and then the head of the department --

Case 2:13-cv-01245-LA Filed 05/09/14 Page 19 of 69 Document 34-3

Page 74

1  A.  Determines who --
2  Q.  -- determines who's going to play that role?
3  A.  Correct.
4  Q.  Okay.  Okay.  I think we've talked about this, but
5  we'll just go through one more time.  I'm looking at
6  page -124, Section 1(d).  All housekeepers and all
7  CNAs are required to record their time using Kronos,
8  correct?
9  A.  That is correct.
10  Q.  Okay.  This says -- the last line is, employees who
11  do not have access to a time keeping terminal will be
12  required to use TeleTime.  That is not the case for
13  housekeepers, correct?
14  A.  I believe so.  I'm not sure.  I can't speak to it
15  because I have not seen -- I don't know how the
16  TeleTime works.
17  Q.  Okay.  So that's something that you're not familiar
18  with?
19  A.  I'm not.  I'm very familiar with the swiping.
20  Q.  Okay.
21  A.  And everybody should be aware of swiping.
22  Q.  Okay.  And for purposes of this deposition, as far as
23  you're concerned, swiping is the mechanism that
24  housekeepers use to record their time?
25  A.  Correct.

Page 75

1  Q.  And for purposes of this deposition, swiping is the
2  mechanism that CNAs use to record their time?
3  A.  That is correct.
4  Q.  Okay.  Okay.  If you can turn to -- oh, wait.  Sorry.
5  We're still at 1(d).  It says, hourly employees who
6  leave the facility during their scheduled shift for
7  non-work related activity are required to swipe out
8  and swipe back in, including meal breaks.  I kind of
9  summarized 1(d) for you.
10  A.  That is correct.
11  Q.  Okay.  That applies to all CNAs and all housekeepers?
12  A.  That is correct.
13  Q.  So if a housekeeper leaves the premises for their
14  break, they are required to swipe in and swipe out?
15  A.  Define break.
16  Q.  Sorry.  This is -- the reference here is meal breaks
17  that are taken off campus.
18  A.  I'm sorry, meal break.
19  Q.  Uh-huh.
20  A.  So that's the 30-minute meal break.
21  Q.  Okay.  Well, I guess I'll ask you.  Housekeepers are
22  provided with a 30-minute unpaid meal break, correct?
23  A.  Correct.
24  Q.  And that's auto deducted, correct?
25  A.  Auto deducted.

Page 76

1  Q.  Okay.
2  A.  However, if they leave the premises, they are
3  required to swipe out.
4  Q.  And then swipe back in?
5  A.  And swipe back in.
6  Q.  So there is a record of that in the event that a
7  housekeeper left the premises?
8  A.  That is correct.
9  Q.  Okay.
10  A.  Same for a CNA.
11  Q.  Thank you.  Okay.  Let's look at -- oh.  If they
12  didn't -- if a housekeeper didn't swipe in and out to
13  leave the premises, could they be disciplined for
14  that, or subject to progressive discipline?
15  A.  They wouldn't necessarily be disciplined for the
16  first offense.  If they do it on a regular basis and
17  it happens repetitively, then, yes, they would then
18  be disciplined.
19  Q.  Okay.  Same --
20  A.  For housekeepers.
21  Q.  -- for housekeepers and CNAs?
22  A.  Right.
23  Q.  Okay.  Let's go to -125.  I think we just talked
24  about this, but if you stay on campus during the meal
25  break as a housekeeper, they don't swipe in and out?

Page 77

1  A.  They don't swipe on the Kronos clock, no.
2  Q.  Okay.  There's another mechanism for housekeepers?
3  A.  Correct.
4  Q.  We'll talk about that in a minute.  There's no
5  swiping on the Kronos, and the 30 minutes is just
6  automatically deducted?
7  A.  Correct.
8  Q.  Okay.  That's the system that's been in place, the
9  30-minute auto deduction, since 2010?
10  A.  Yes.
11  Q.  Okay.
12  A.  And prior I'm certain.
13  Q.  Okay.  Same question I guess -- I think I was just
14  talking about housekeepers, sorry.  For CNAs, if they
15  aren't required to swipe in and out if they stay on
16  the premises?
17  A.  Correct.
18  Q.  And then the 30 minutes is automatically deducted?
19  A.  Correct.
20  Q.  Been in place since 2010?
21  A.  Yes.
22  Q.  And prior?
23  A.  Yes.
24  Q.  Okay.  6(b) was kind of covered under 1(d), and then
25  there is a -- 6(c) references a cancelled lunch

Case 2:13-cv-01245-LA   Filed 05/09/14   Page 20 of 69   Document 34-3

Page 78

1 function?
2 A. Uh-huh.
3 Q. And that is applicable to all housekeepers?
4 A. Correct.
5 Q. And all CNAs?
6 A. Correct.
7 Q. Okay. Let's go to eight. Let me ask you this.
8 There are 15-minute paid breaks provided to
9 housekeepers, correct?
10 A. Correct.
11 Q. Okay. There's no swiping required for that?
12 A. No.
13 Q. Okay.
14 A. And it isn't always granted. It's based on volumes.
15 Q. Okay. What about for CNAs, is there a 15-minute
16 break provided to CNAs?
17 A. Yes. Same thing applies for everyone else.
18 Q. So that's covered under it looks like Subsection 7?
19 A. Yes.
20 Q. And that is a reference to non-meal breaks?
21 A. Correct. And actually it's 10 minutes, not 15.
22 Q. Okay.
23 A. Because their total break time is 20 minutes, so 10
24 minutes potentially in the morning or 10 in the
25 afternoon or whenever they can get it in.

Page 79

1 Q. Because it's not required to provide that?
2 A. Correct.
3 Q. Got it. Subsection 8 is the use of the manual time
4 recording edits. Now subsection (a) of that is
5 basically what we've already talked about, all hourly
6 employees use the electronic time recording, and if
7 they don't record it, they are required to manually
8 record it, correct?
9 A. Yes.
10 Q. This gives some examples of things that might happen:
11 you forgot to swipe, you worked off campus, you
12 attended a seminar. That would be the type of
13 information that's recorded in the manual time log?
14 A. Correct, correct.
15 Q. Okay. Same for all housekeepers and all CNAs?
16 A. Yes.
17 Q. And then either the authorizer or the editor enters
18 that information into the Kronos system?
19 A. That is correct.
20 Q. Whoever is designated in that particular
21 department --
22 A. Yes.
23 Q. -- as with one of those functions?
24 A. Correct.
25 Q. Okay. Oh. And then Subsection C on page -126, is

Page 80

1 that sort of the progressive discipline or counseling
2 that we talked about if there's a missed punch?
3 A. Yes.
4 Q. And that applies to punching in and punching out at
5 the beginning and end of the day, and also if you
6 left the premises and didn't punch?
7 A. That is correct.
8 Q. All CNAs, all housekeepers?
9 A. Yes.
10 Q. Oh. On the last page of this document, you see it
11 says references.
12 A. Yes.
13 Q. There's an attendance policy and a compensation
14 policy. The compensation policy, is that the one we
15 talked about?
16 A. Yes.
17 Q. That's Exhibit 14?
18 A. Yes.
19 Q. I'm sorry, it may be Exhibit --
20 A. 13.
21 Q. -- 13. And then the attendance policy --
22 MS. MURSHID: I actually don't have a copy
23 of that one. Can we get a copy of that one, Mike?
24 MR. LIED: Uh-huh.
25 BY MS. MURSHID:

Page 81

1 Q. But there's a cross-reference I'm assuming in this
2 policy and the attendance policy?
3 A. I would have to assume, yes.
4 Q. That's what that references?
5 A. That's correct.
6 Q. Okay. And then at the bottom, this didn't exist on
7 the prior version of this document, it says
8 committee, Administrative Policy Committee. What is
9 that?
10 A. Something new that the organization started back, I
11 guess, in -- three years ago.
12 Q. Uh-huh.
13 A. Maybe not even. It is a group of leaders that review
14 all policies that get posted to the I-Net or the
15 intranet, and then ensure that the wording, basically
16 grammar and such, they're in alignment throughout the
17 organization to have the same flavor, the same
18 format. And there is a person from that committee
19 that then posted committee -- the policy on the
20 I-Net.
21 Q. These are -- when you said leaders, they are people
22 who work for Waukesha Memorial?
23 A. Yes. So they could be managers, supervisors from
24 various departments. It's like a small committee --
25 Q. Okay.

Case 2:13-cv-01245-LA   Filed 05/09/14   Page 21 of 69   Document 34-3

Page 82

1  A.  -- of various management staff that reviews the
2  policies.  There is an HR business partner on this
3  committee as well --
4  Q.  Okay.
5  A.  -- who is not in the management role but is part of
6  the committee.
7  Q.  Does the committee make substantive changes to the
8  policy?
9  A.  They may recommend changes.  That goes back to the
10  owner or collaborators.
11  Q.  Okay.  So if the Administrative Policy Committee, for
12  instance, wanted to make a substantive recommendation
13  on changing the time recording policy, they would go
14  back to the individuals who are ultimately
15  responsible for the substantive content of the
16  policy?
17  A.  And they would question why.
18  Q.  Okay.  And who is -- we talked about Nicole being
19  the --
20  A.  Compensation.
21  Q.  Compensation.  Who is substantively responsible for
22  time recording?
23  A.  It would be Nicole as well.
24  Q.  Okay.  And her boss, Mike Blickhahn?
25  A.  Correct.

Page 83

1      MS. MURSHID: Okay.  We can go off the
2  record.
3      (Discussion held off the record.)
4      (Exhibit 36 marked for identification.)
5  BY MS. MURSHID:
6  Q.  Okay.  I'm showing you what's been marked Exhibit 36.
7  I'll represent to you that this is another document
8  that was provided by defense counsel.  It's WMH000068
9  through -91.  Do you recognize this document or know
10  what it is?
11  A.  I believe this is a document -- yes, I recognize it.
12  It seemed to be something that would be -- reflect
13  the punching in, swiping of the badge --
14  Q.  Okay.
15  A.  -- for a specific individual.  There's no name listed
16  on individual.  There is a U number, but I don't know
17  exactly who that is for.
18  Q.  I think if you look under punch data, it says
19  Evangelina Aguilera.
20  A.  Sorry.  My glasses are off.  I see.  Sorry.  I looked
21  at U number because that's the identifier for an
22  employee.
23  Q.  Okay.  Every employee gets a U number?
24  A.  Yes.
25  Q.  Okay.  They get that at the orientation?

Page 84

1  A.  Yes.
2  Q.  Okay.  And is that used to -- do they use that sort
3  of to get into the I-Net?
4  A.  For everything.
5  Q.  They use it for everything?
6  A.  Yes.
7  Q.  Okay.  So this appears to be a --
8  A.  Time record.
9  Q.  A punch origin is what it says at the top.  So is
10  this a report that was run from Kronos then?
11  A.  Yes.
12  Q.  Yes, okay.  And it shows -- I think what you're
13  saying, correct me if I'm wrong, it shows the time
14  that this particular employee, Ms. Aguilera, punched
15  in and out?
16  A.  That is correct.
17  Q.  Between the time periods listed at the top,
18  December 26, 2010 and October 26, 2013?
19  A.  Yes.
20  Q.  Okay.  The column to the far left is the punch date
21  and time, right?
22  A.  Correct.
23  Q.  So that if I'm reading this from left to right, on
24  February 14th of 2011, she -- well, it looks maybe to
25  be a punch out.  She punched out -- or maybe she

Page 85

1  punched in?
2  A.  She punched in.
3  Q.  Okay.
4  A.  At 3:56 p.m.
5  Q.  At 3:56 p.m.  And then on February 15, 2011, she
6  punched out?
7  A.  At 12:30 a.m.
8  Q.  Okay.  And how do you know whether that's an in or an
9  out?
10  A.  Based on the shift that she's scheduled to work.
11  Q.  Okay.
12  A.  So she must have been scheduled to start work at
13  4:00 p.m.
14  Q.  Okay.
15  A.  And complete it at 12:30 a.m., so the second shift.
16  Q.  So housekeepers on the second shift work from 4:00 to
17  12:30?
18  A.  All depends how they're scheduled.  They may each be
19  scheduled differently.
20  Q.  Okay.
21  A.  In her case, she may have been scheduled for these
22  hours.
23  Q.  Got it.  Okay.  And then if we read it again, it
24  looks like she punched in here at 3:56 on the 15th in
25  the afternoon and punched out again at 12:30 on the

Page 86

1  16th in the morning, right?
2  A.  Correct.
3  Q.  Okay.  And under the second column, what -- do you
4  know what DCMS user is?  What does that mean?
5  A.  I do not.  It must be herself.
6  Q.  Okay.
7  A.  Because if it's someone else that uses it, I notice
8  that the U number shows up of the person.  If you go
9  down to March 2, 2011.
10 Q.  Okay.
11 A.  There's a U number, so that must have been an
12 editor --
13 Q.  Okay.
14 A.  -- that may have edited her time record for some
15 reason.
16 Q.  Okay.  So this information -- this punch report shows
17 when she punched in and out, and then if an editor
18 edited her punch time?
19 A.  It appears so, yes.
20 Q.  Okay.  Is this a report that can be run for all
21 housekeepers?
22 A.  Yes.
23 Q.  Can it be run for all CNAs?
24 A.  Yes.
25 Q.  What is client, if you know, this column client?

Page 87

1  A.  I do not know.
2  Q.  Okay.  Do you know who might know that?
3  A.  Maybe the supervisor.
4  Q.  Okay.
5  A.  I would anticipate.
6  Q.  And what about server?  Do you know what that is?
7  A.  I do not know.  That's probably an IT.
8  Q.  Okay.  And data source, do you know what that is?
9  A.  Might be the clock.  The external API might be the
10 clock as the data source --
11 Q.  Okay.  All right.
12 A.  -- versus an editor who goes in.
13 Q.  So the -- and you're just speculating?
14 A.  I'm speculating.  Absolutely speculating.
15 Q.  Okay.  That's fine.  So this report shows me the
16 punch-in and punch-out times that Ms. Aguilera
17 punched in and punched out for the last -- dating
18 back to December 26, 2010?
19 A.  Yes.
20 Q.  Do you know if this report can be exported to Excel?
21 A.  I do not.
22 Q.  Okay.  Do you know who might know that?
23 A.  The supervisor may know.
24 Q.  Okay.  Do you know who ran this report?
25 A.  Lisa -- I requested Lisa to make sure we get it.  I

Page 88

1  don't know.  Lisa Wald.
2  Q.  Okay.
3  A.  I don't know who ran the report, though, but I know
4  the request came from HR.
5  Q.  The requesting from you to --
6  A.  To payroll to run this.  So it would be payroll that
7  would run it.  It wouldn't be Lisa that would do it,
8  but Lisa would request it.
9  Q.  Okay.  Payroll would run the Kronos report?
10 A.  Uh-huh.
11 Q.  Okay.  Okay.  So if I wanted these reports for other
12 people, it would be something I would request from
13 Payroll?
14 A.  Yes.
15 Q.  Who -- Payroll is under the CFO that we talked about,
16 right?
17 A.  Yes.
18 Q.  Under that --
19 A.  Finance.
20 Q.  Under that.  Who's directly responsible for the
21 Payroll Department, if you know, other than the CFO?
22 A.  I know the manager, her name is Erica Umbach.
23 Q.  And what's her job title?
24 A.  I believe she's manager of Payroll.  Payroll manager.
25 Q.  Okay.

Page 89

1  A.  But I -- don't quote me on it for certain.  I don't
2  know her exact title.
3  Q.  Okay.
4  A.  But I believe she's the Payroll manager.
5  Q.  Fine.  I got you.
6  A.  I don't want to misspeak.
7  Q.  No problem.  Okay.  All right.  Sorry.  Let me ask
8  one more question about this.  So because the policy
9  for all employees is that they swipe in and out if
10 they leave the premises for lunch, this report would
11 also show any swipes in the middle of the day if they
12 left for lunch, correct?
13 A.  If they left the building.
14 Q.  If they left the building.
15 A.  Yes.
16 Q.  Okay.
17 A.  Or if they --
18     MR. LIED:  And if they swiped the clock.
19     THE WITNESS:  Yes, and if they swiped the
20 clock.
21     MS. MURSHID:  Okay.
22     THE WITNESS:  Absolutely.  Because if they
23 forget it, it wouldn't show.
24     MS. MURSHID:  Sure.
25     THE WITNESS:  Right.

Case 2:13-cv-01245-LA   Filed 05/09/14   Page 23 of 69   Document 34-3

**Page 90**

1    MS. MURSHID: Okay. I'm not going to have
2 to remind Mr. Lied that he's not allowed to testify
3 or provide any additional information. He knows
4 that.
5    MR. LIED: I'll do what I need to do.
6    MS. MURSHID: Well, if there's an
7 objection, you can enter it, but otherwise --
8    (Exhibit 37 marked for identification.)
9    BY MS. MURSHID:
10 Q. Okay. Do you recognize this document?
11 A. I do.
12 Q. All right. And it is the manual time recording
13 sheet, correct?
14 A. That is correct.
15 Q. Okay. And let me just back up and ask who creates
16 the template document? So, like, who is responsible?
17 A. I do not know.
18 Q. You don't know?
19 A. Honestly, I don't know.
20 Q. Okay.
21 A. Must be Payroll.
22 Q. Okay.
23 A. I have to assume that.
24 Q. Okay. So if we look at this document, it's WMH001916
25 and WMH00 -- through WMH001940. Is that what you

**Page 91**

1 have?
2 A. That is correct.
3 Q. Okay. It appears to be the EVS manual time recording
4 sheet. That department number is listed as 63200; is
5 that right?
6 A. That is correct.
7 Q. Okay. And it's January through December of 2013 it
8 looks like?
9 A. Yes.
10 Q. Okay. At the top there are a variety of pay codes.
11 Do you see those?
12 A. Yes.
13 Q. Who establishes those pay codes?
14 A. Payroll.
15 Q. Okay. This document, do you know where it's kept in
16 the EVS Department?
17 A. It is kept by the clock in the EVS Department on a
18 clipboard.
19 Q. Okay. And walking across the columns here, we have
20 the date presumably that the employees enter, names
21 are redacted, the employee ID number is the third
22 column. Is that the U number that we referenced?
23 A. That's their employee number.
24 Q. Okay. Tell me the difference.
25 A. The employee number is -- employee number is issued

**Page 92**

1 to every employee in Lawson.
2 Q. Okay.
3 A. A U number is for an ID number that IT gives an
4 employee to log into the system.
5 Q. Oh. So it's almost like a user name or something?
6 A. Correct.
7 Q. Okay.
8 A. Yes.
9 Q. So this is where they put their employee ID number?
10 A. Yes.
11 Q. Okay. Some people aren't listed here it looks like.
12 Do you know why that would be the case?
13 A. I do not.
14 Q. Okay.
15 A. Some people don't remember their numbers either.
16 Q. Okay.
17 A. So that could be the reason why.
18 Q. Okay. And then there's time in and time out you see.
19 There's pay code punch edits. Do you know what's
20 supposed to go in there? I can't really read what
21 this says in some of these.
22 A. I do not. An editor who would work with this
23 document to update the Kronos system would know.
24 Q. Okay. So if I wanted to know kind of the specifics
25 of this particular document and what this says, I

**Page 93**

1 could ask maybe Ms. Thornburg?
2 A. The supervisor, correct.
3 Q. Okay. Then sort of generally speaking, it's the
4 policy of the hospital, as far as you understand,
5 that if an individual needs their time -- their
6 recorded time edited, they would complete this
7 document, correct?
8 A. That is correct. It is the employee's responsibility
9 to do so, otherwise no one would know that there was
10 a discrepancy.
11 Q. And that would be the same for all CNAs?
12 A. Yes.
13 Q. And all housekeepers?
14 A. Yes.
15 Q. Okay. There's a section here for editor initials.
16 Is that word editor the same as it's defined in the
17 policy that we were looking at?
18 A. Yes.
19 Q. Okay.
20 A. That represents, in my mind, that the person has
21 signed off that they made the edits.
22 Q. Okay. So under the way this system works and is set
23 up by the hospital, the employee completes what they
24 want changed, and then there's an editor that goes
25 into Kronos and makes that change in the computer?

Page 94

1  A.  That is correct.
2  Q.  And then there's an authorizer that ultimately
3  authorizes that?
4  A.  That is correct.
5  Q.  Okay.  For all CNAs?
6  A.  Yes.
7  Q.  All housekeepers?
8  A.  Yes.
9  Q.  Okay.  What happens, if you know, to this document
10  after it's completed?  Where does it go?
11  A.  At the end of the year --
12  Q.  Uh-huh.
13  A.  Well, it's kept in the department, and at the end of
14  the year it is sent to payroll.
15  Q.  At the end of the year?
16  A.  Well, a year's worth.
17  Q.  Right.  But I'm saying these changes are made payroll
18  period to payroll period?
19  A.  Correct.
20  Q.  So are they -- I guess what I'm asking --
21  A.  Oh, for each individual sheet?
22  Q.  Yeah.  So what happens if this sheet is January 15th
23  and somebody's about to get paid, is this document
24  submitted to Payroll?
25  A.  I don't know that.

Page 95

1  Q.  Okay.
2  A.  I just know what happens to it at the very end of the
3  year.
4  Q.  Okay.  Because presumably Payroll then maybe
5  doesn't -- well, it says here, all manual time
6  recording sheets must be sent to the payroll
7  department at the close of pay period.  So I guess
8  that answers my question then.
9  A.  That answers the question then.  Mine, too.
10  Q.  You have no reason to think that's not correct?
11  A.  That's correct.
12  Q.  Okay.
13  A.  Fine print.
14  Q.  It's like reading the footnotes.  You should always
15  just do it.
16     Okay.  And the instruction and training for
17  this comes at the employee orientation, correct?
18  A.  They get -- yes.  And then once an employee gets into
19  their department, it's also the manager's
20  responsibility to discuss with them how it's done,
21  where it's kept.
22  Q.  And that goes back to our --
23  A.  And how to do it.
24  Q.  I'm sorry.  That goes back to our orientation
25  checklist that all the managers get?

Page 96

1  A.  Correct.  Yes.
2     MS. MURSHID: Okay.  We'll give you this
3  one, but I think most of my questions are answered.
4     (Exhibit 38 marked for identification.)
5     BY MS. MURSHID:
6  Q.  Okay.  This is another manual time recording sheet,
7  WMH002574 through -2583.  At the top it says 4NW.
8  A.  Yes.
9  Q.  Do you see that?
10  A.  Yes.
11  Q.  That's another department, correct?
12  A.  Yes.  That's 4 Northwest.  That's a nursing floor.
13  Q.  Okay.  So on this floor, there are presumably a
14  variety of different job-titled employees?
15  A.  Yes.
16  Q.  Correct?
17  A.  Correct.
18  Q.  So CNAs that work on 4NW?  Nurses?
19  A.  That's correct.
20  Q.  Any other job titles?
21  A.  Educator.
22  Q.  Okay.
23  A.  HUC, Health Unit Coordinator.
24  Q.  Okay.
25  A.  Physician.

Page 97

1  Q.  Okay.  So this would be the manual edit log for the
2  entire department of 4NW, correct?
3  A.  I believe so.
4  Q.  Okay.  Everybody has access to this?
5  A.  They should.
6  Q.  Okay.  Is there a manual time recording sheet then
7  for every department?
8  A.  Yes.
9  Q.  Okay.
10  A.  Anywhere there are hourly employees.
11  Q.  Okay.  That's helpful.  So this is only used for
12  hourly employees to change their time?
13  A.  Correct.
14  Q.  Because salaried employees don't have to track their
15  time in the same way?
16  A.  That is correct.
17  Q.  Okay.  But as far as you know, there's a manual time
18  recording sheet in every department that has any
19  hourly employees?
20  A.  That's correct.
21  Q.  Which could include CNAs?
22  A.  That is correct.
23  Q.  And then the Environmental Services Department has
24  its own?
25  A.  That's the same form.

Page 98

1 Q. Recording sheet?
2 A. Yes. Each department has their own recording sheet.
3 Q. So that a housekeeper that worked on 4NW would not
4    sign this recording sheet, they would sign their own
5    EVS recording sheet, right?
6 A. A housekeeper would sign their own EVS, correct.
7 Q. Got it. Okay.
8 A. Yes.
9 Q. We talked about the policy that requires housekeepers
10   and CNAs and all employees to swipe out if they leave
11   the premises for lunch and come -- come back and
12   swipe in, right?
13 A. Yes.
14 Q. If they forgot to do that, would there be an
15   expectation for housekeepers to record that they had
16   left the premises for lunch in the manual time
17   recording sheet?
18 A. That is the expectation.
19 Q. Okay.
20 A. And it should be indicated as a missed punch.
21 Q. It should be indicated as a missed punch?
22 A. (Witness nods head.)
23 Q. Okay. The same question applies then for CNAs. If
24   they left the premises for lunch and they did not
25   swipe in and out pursuant to the policy, they would

Page 99

1    be expected to complete the manual recording sheet
2    indicating that they had missed the punch?
3 A. That is correct.
4 Q. All right. And there's a code here. We can see no
5    lunch, cancel lunch, missed punch?
6 A. That is correct.
7 Q. Okay. So that there should be a record of anybody
8    who left the premises for lunch?
9 A. As long as they log it in here.
10 Q. Right.
11 A. Or they use their swipe.
12 Q. Sure. As long as they're following the policies?
13 A. Correct.
14 Q. Okay.
15 A. Correct.
16 Q. And presumably managers for various departments are
17   trained on how to use the progressive discipline and
18   counseling method to deal with missed punches?
19 A. That is correct.
20 Q. Okay. The editor can be a supervisor or a manager,
21   correct?
22 A. That's correct.
23 Q. And does that person have the ability to refuse to
24   honor the manual edit as recorded by the employee?
25 A. I do not know.

Page 100

1 Q. Okay.
2 A. I think that's a question that I can't answer. You
3    may want to ask that question of the supervisor on
4    that floor, but I would think not. This is a record.
5 Q. Uh-huh.
6 A. But I can't speak to it for certain.
7 Q. Let me ask this then. There's no -- there's nothing
8    from the HR Department to your knowledge that would
9    empower an editor to refuse to change the employee's
10   time?
11 A. No. Unless it is inaccurately reflected here, and
12   the editor may be aware, personally witness
13   something.
14 Q. Okay.
15 A. Then I could see a question, but it is the employee's
16   responsibility to make sure that what they put in
17   here is accurate, and it's the editor's
18   responsibility to make sure that it's entered into
19   the system so that the person is appropriately either
20   paid or docked.
21 Q. Uh-huh. Okay. How long have these manual edit logs
22   been used at Waukesha Memorial?
23 A. I do not know. I've been here for seven months, but
24   as far as I know it's been in place for a while.
25 Q. Okay. Before 2010?

Page 101

1 A. Yes.
2 Q. And it's currently in place?
3 A. It's currently in place.
4 Q. If a housekeeper had a pattern of not punching in and
5    using the Kronos system and not recording the
6    information in the edit log, there is a pattern,
7    let's say, is it the expectation of the hospital that
8    they would engage that -- I guess we'll call it the
9    progressive discipline steps that are articulated in
10   the time recording policy?
11 A. That is correct.
12 Q. And that would be the same expectation for a CNA,
13   right?
14 A. Yes.
15    MS. MURSHID: Okay.
16    (Exhibit 39 marked for identification.)
17    BY MS. MURSHID:
18 Q. Okay. This is a very thick document. It's WMH001453
19   through -001715. At the top it says timecard audit.
20   Do you recognize this report?
21 A. Yes.
22 Q. Okay. And what is it?
23 A. It's an audit trail of the punches.
24 Q. Okay. How is this document different than exhibit --
25   two exhibits ago that we just looked at? How is it

Case 2:13-cv-01245-LA    Filed 05/02/14    Page 26 of 69    Document 34-3

**Page 102**

1 different than Exhibit 36?
2 A. I don't think it's different. It's just printed in a
3 different format.
4 Q. Okay.
5 A. The way I see it.
6 Q. Okay. So this is the punch data for Ms. Aguilera?
7 A. Uh-huh.
8 Q. In a different format?
9 A. Yes. That's --
10 Q. That's your understanding?
11 A. That's my understanding.
12 Q. Okay. And was this report then also run from Kronos?
13 A. Yes.
14 Q. Okay. This is just -- this is a little different, I
15 think, because this one dates back to November 5,
16 2010, right?
17 A. Correct.
18 Q. And this other one starts on February 14th?
19 A. Yes. I noticed that.
20 Q. Okay. It seems like there may be some additional
21 information contained on this report, so let's look,
22 for example, at page -1458. That might not be a good
23 example because we don't have a comparison, but we'll
24 look at it really quick. So you see on December 22,
25 2010, it says add payroll 301 - PTO?

**Page 103**

1 A. Yes.
2 Q. What does that mean?
3 A. The person, Evangelina, must have taken PTO time.
4 Q. And that looks like the timecard editor added that
5 in?
6 A. That's correct.
7 Q. Okay. And then that looks like on the same day FML
8 EEM. Use my deductive reasoning and guess, that's
9 probably FMLA?
10 A. Yes.
11 Q. Okay. So is it correct for me to understand that she
12 used three hours of her PTO, which is personal time
13 off? Is that what that stands for?
14 A. Personal time off, that's correct.
15 Q. Okay. And that was eight hours counted against her
16 FMLA leave?
17 A. That is correct.
18 Q. That's what this series of entries shows me?
19 A. She must have been on FMLA.
20 Q. Okay.
21 A. And supplemented her time with paid time off.
22 Q. Because Waukesha Memorial has a policy that people
23 can use their paid time off and their FMLA leave
24 concurrently; is that right?
25 A. To remain whole, yes.

**Page 104**

1 Q. All right. So then let's go maybe to one and we can
2 compare. Okay. Can you go to -1481 for me?
3 A. Okay.
4 Q. Okay. So that one looks like a punch was edited by a
5 timecard editor, right?
6 A. Yes.
7 Q. And maybe they added an in-punch because she forgot
8 to punch in?
9 A. That could be.
10 Q. That may be possible?
11 A. That's possible.
12 Q. Okay. Does the timecard editor have the power to do
13 that, add an in-punch if an employee forgot to punch
14 in?
15 A. Yes.
16 Q. Okay.
17 A. As long as it's on the edit log that would state
18 forgot to punch in.
19 Q. Okay. So that's helpful. So if I looked at the edit
20 log for February 24, 2011, I should see from
21 Ms. Aguilera a note that says forgot to punch?
22 A. If she wrote it in, yes.
23 Q. That's the expectation?
24 A. That is.
25 Q. And that's how this particular timecard editor would

**Page 105**

1 presumably know that he needed to alter the record?
2 A. Yes.
3 Q. Got it. And then if we look back at Exhibit 36, we
4 can see at -224 there's an 8:56 punch in here, right?
5 First page, 2-24-2011, maybe a third of the way down.
6 A. Can you say the date again?
7 Q. 2-24-2011.
8 A. Okay.
9 Q. Okay. And then you can see here, 8:56 p.m. matches
10 this other one, 8:56 p.m. on the big fat exhibit,
11 right?
12 A. Okay.
13 Q. So that one, 2-24-2011, doesn't show up with a
14 timecard editor on Exhibit 36, right?
15 A. That's correct.
16 Q. Okay. So maybe Exhibit 36 doesn't show all of the
17 manual changes, is that maybe one of the differences?
18 A. Honestly, I don't know.
19 Q. Okay.
20 A. I can't speak to it.
21 Q. That's fine. Let's go to page -- okay. So let's
22 look at page -1487, and then the second page of
23 Exhibit 36, and that's page -69. So there's a note
24 here, sort of the second entry from the bottom. It
25 says, unplanned late, and you can see that she

**Page 106**

1 punched in at 4:02 --
2 A. Yes.
3 Q. -- right?
4 A. Yes.
5 Q. So that is presumably past her start time?
6 A. Yes.
7 Q. And there's a note. And so if she had followed the
8 expectations of the hospital, she would have recorded
9 in the manual edit log that she was late?
10 A. Yes.
11 Q. Okay. That doesn't show up on Exhibit 36, page -69,
12 that kind of additional information, the unplanned
13 late note, right?
14 A. It does not.
15 Q. Okay.
16 A. But I don't know why.
17 Q. Yeah. I mean, I don't know if it's just a different
18 report --
19 A. Different report.
20 Q. Okay. And then same question for page -1508. If you
21 look at the bottom, it says badge forgot to bring --
22 A. Okay.
23 Q. -- right?
24     So presumably that's recorded in the
25 June 25, 2011 manual edit log, and some timecard

**Page 107**

1 editor went in and punched her in and out, right?
2 A. Uh-huh.
3 Q. Okay. And if we look at Exhibit 36, we can see that
4 there's a timecard editor entry there. I'm sorry,
5 I'm looking at page -71. So that one shows us that
6 somebody went in and did it for her, right?
7 A. Yes, yes.
8 Q. Okay. But you don't have any information as to why
9 some of them show up on Exhibit 36 and some of them
10 don't?
11 A. I do not.
12 Q. Okay. Do you know who might know that?
13 A. The supervisor should be able to answer.
14 Q. Okay.
15 A. If not -- well, she should.
16 Q. Okay.
17 A. Because she approves them.
18 Q. Do you know who would have run this report, that one,
19 which is Exhibit 39?
20 A. Payroll.
21 Q. Payroll, okay.
22 A. Uh-huh.
23 Q. Same that ran the punch record?
24 A. Yes.
25 Q. Now we're talking specifically about Ms. Aguilera,

**Page 108**

1 but is it possible for a report like that in
2 Exhibit 39, can that report be run for any
3 housekeeper?
4 A. For any housekeeper.
5 Q. And any CNA?
6 A. And any CNA.
7 Q. Do you know if this can be exported to Excel?
8 A. I do not.
9 Q. Do you know who ran this report?
10 A. I do not.
11 Q. Okay. Is it the same sort of process?
12 A. The same department.
13 Q. Right. But previously you testified that you would
14 ask Ms. Wald to have this run?
15 A. The same way, yes.
16 Q. The same way?
17 A. The same way, yes.
18 Q. Okay. This data, do you know where it's stored?
19 A. It's in the Kronos system.
20 Q. And do you know -- obviously you can go back at least
21 three years --
22 A. Yes.
23 Q. -- correct?
24 A. Yes.
25 Q. And that's -- that data, do you know if it's wiped or

**Page 109**

1 archived or anything at any point in time?
2 A. At some point it's archived, but I don't know what
3 frequency.
4 Q. Okay. Not for the last three years?
5 A. Not for the last three years.
6     MS. MURSHID: Okay. So we're at 12:30,
7 and I think that we can take a break here. Do we
8 want to say -- you want an hour or 45 minutes?
9     MR. LIED: 45 minutes.
10 (Break taken from 12:27 p.m. to 1:37 p.m.)
11     BY MS. MURSHID:
12 Q. So you and I had a prior conversation where we talked
13 about the individuals who facilitate the orientation
14 for new employees. You recall that conversation?
15 A. That is correct.
16 Q. Okay. And at the time you had a hard time
17 remembering the name of the second person, and now
18 you remember her name. Can you spell it for us?
19 A. I do remember. Arlene, A-R-L-E-N-E, Verdin,
20 V-E-R-D-I-N.
21 Q. And she is another HR business manager?
22 A. She is -- she works for Nicole Berlowski --
23 Q. Okay.
24 A. -- as an admin assistant, HR assistant. She helps
25 coordinate and facilitate the day of orientation.

---

**Page 110**

1 Q. So the majority of the time, all of the time, 99.9
2 percent of the time, it's either Amy or Arlene that's
3 facilitating that orientation?
4 A. That is correct.
5 Q. Okay.
6 A. The majority of the time it is Amy.
7 Q. Okay. And Amy falls under your direct report?
8 A. Yes, yes.
9 Q. Okay. Arlene will fall under Mike?
10 A. Yes. Blickhahn.
11 MS. MURSHID: Blickhahn. Man, okay. We
12 are making progress.
13 (Exhibit 40 marked for identification.)
14 BY MS. MURSHID:
15 Q. This is a document that is similar to the much larger
16 timecard audit trail that we looked at for
17 Ms. Aguilera. This is for our other named plaintiff,
18 the CNA, Angelina Nunez, and I've given you just an
19 excerpt of what was produced by defense counsel.
20 I've given you WMH001990 through -196. Is that what
21 you have?
22 A. That is correct.
23 Q. Okay. I've given you this primarily because I want
24 to have you look at page -1995 for me. And if you
25 look at the date 12-6-2010, you see 30-minute meal,

---

**Page 111**

1 six hour out-punch. Do you see that at the bottom?
2 A. Yes.
3 Q. Okay. And if you flip to the next page.
4 A. Yes.
5 Q. It says meal break cancelled on that entry.
6 A. Okay.
7 Q. Do you see where I'm looking?
8 A. Yes.
9 Q. Okay. And if you know, is that how the Kronos
10 reporting system shows that a meal break has been
11 cancelled?
12 A. If that's how the timecard editor inputs it, that's
13 how it would show. Whether it's cancelled or missed
14 punch, that would be something she would -- the
15 editor would enter.
16 Q. Okay. So let me make sure I understand. Looking at
17 this particular entry where it says meal break
18 cancelled, are you inferring that the timecard
19 editor, the supervisor, went back in and corrected
20 this time?
21 A. That's correct.
22 Q. Okay. Because theoretically, if Ms. Nunez followed
23 hospital protocol, she would have written down on the
24 manual edit log no lunch, missed punch --
25 A. That's correct.

---

**Page 112**

1 Q. -- or something along those lines --
2 A. Yes.
3 Q. -- on December 6, 2010?
4 A. Yes. And then the editor would have noted that in
5 the system, and in this case it has been noted that
6 may have had a meal break but didn't actually take it
7 because it was cancelled.
8 Q. Right. Because the policy is the 30 minutes is
9 automatically deducted?
10 A. That is correct.
11 Q. And if it's cancelled, then that 30 minutes is
12 credited back, right?
13 A. That's correct.
14 Q. Okay. So this is what it would look like if the
15 person -- if the CNA or housekeeper, or any other
16 hourly employee for that matter, manually entered no
17 lunch, missed punch on the edit logs; is that
18 correct?
19 A. I have to assume that, yes.
20 Q. Okay. It would be different if the person -- let me
21 ask it.
22 Would it be different if the person swiped
23 their card, their Kronos card, to punch out and
24 pushed the no lunch button on the Kronos machine? Do
25 you know if it would look different?

---

**Page 113**

1 A. I don't know.
2 Q. Okay.
3 A. I'm really not an expert on the Kronos clock.
4 Q. Okay. If I wanted to get that kind of information,
5 who should I talk to?
6 A. The supervisor.
7 Q. The supervisor would know exactly what the Kronos
8 report would look like?
9 A. I would anticipate, yes.
10 Q. Okay. Is there also someone in the IT department who
11 may have information on, like, the IP address or the
12 server or things like that that are listed on here?
13 Is that something I should talk to IT about?
14 A. I would anticipate Payroll can potentially answer
15 that question. I don't know who in IT.
16 Q. Okay.
17 A. It --
18 Q. So it's not an IT person?
19 A. It would not necessarily be an IT person. It would
20 be a Payroll person that could.
21 Q. Maybe the manager of Payroll that we talked about
22 earlier?
23 A. Could very well be.
24 Q. Okay. Erica Umbach?
25 A. Erica Umbach.

---

Case 2:13-cv-01245-LA Filed 05/09/14 Page 29 of 69 Document 34-3

Page 114

1  Q.  Can you spell her last name?
2  A.  U-M-B-A-C-H.
3  Q.  I have that all wrong.  Okay.  So for our purposes,
4  this particular time entry reflects what it would
5  look like if someone used the manual edit log?
6  A.  Yes.
7  Q.  A CNA or a housekeeper?
8  A.  Or a housekeeper.
9  Q.  Got it.
10 A.  The editor referred to the manual edit log to make
11 the change to this report, yes.
12 Q.  Got it.  Okay.  And that report -- sorry.  That
13 report that we were just looking at, what exhibit was
14 that, 40?
15 A.  Yes.
16 Q.  That's also run from Kronos?
17 A.  Yes.
18    (Exhibit 41 marked for identification.)
19    BY MS. MURSHID:
20 Q.  Okay.  Exhibit 41 is WMH000029 through -67.  It's
21 called Time Detail, parentheses, Excel.  Do you
22 recognize this document?
23 A.  Yes.
24 Q.  Okay.  What is it?
25 A.  It looks like the person's employee number, the date,

Page 115

1  and the pay code that they -- that was entered for
2  them and the hours for that -- for a specific time
3  period.
4  Q.  Okay.  Do you know which system this report would
5  have come off of?
6  A.  I do not.
7  Q.  Okay.
8  A.  It looks like it could have come from Kronos or -- or
9  a separate payroll report.
10 Q.  Okay.
11 A.  I don't know.
12 Q.  Okay.  Do you know who would know?
13 A.  I do not.  Unless supervisor might.
14 Q.  The supervisor?
15 A.  Yeah.
16 Q.  So this is Ms. Aguilera.  She's in EVS.  Would
17 Ms. Wald know?
18 A.  I do not know.
19 Q.  Okay.
20 A.  I can't speak to that.
21 Q.  Okay.  That's fine.  It's enough that -- okay.  So
22 have you seen a report like this before?
23 A.  I have seen a report like this, but not in great
24 detail.
25 Q.  Okay.  The ID number that's listed here, is that the

Page 116

1  employee ID number that we talked about earlier?
2  A.  The employee number, yes.
3  Q.  Yeah.  That would have been assigned to
4  Ms. Aguilera --
5  A.  Upon hire.
6  Q.  Okay.  --when she started?
7     And it looks like this report dates back to
8  the end of December 2010, right?
9  A.  Yes.
10 Q.  Okay.  And pay code, you see FML EE.  Do you know
11 what that means?
12 A.  Family medical leave of an employee.
13 Q.  Okay.  And then over on the side it says hours.  Do
14 you see where I'm looking, that first column that
15 says hours?
16 A.  Yes.  So eight hours of FMLA.
17 Q.  So that's how you're reading that report?
18 A.  That's how I read that.
19 Q.  Okay.  And let's maybe flip to a page that wasn't
20 FMLA.  Let's go to page -31.  You see at the top,
21 2-15-2011?  Would you just interpret that to mean
22 that she worked eight hours on that particular day at
23 the very top if there's no pay code?
24 A.  There's no pay code, so I would have to assume that
25 she worked.

Page 117

1  Q.  Okay.  So if there's a pay code, then her hours were
2  being provided by some other mechanism, PTO, FMLA?
3  A.  It appears that way.  FMLA, PTO, or there's quite a
4  few in here that says PTO as well.
5  Q.  Okay.  And then -- and I'm just asking in your
6  capacity as sort of HR having done this for a while,
7  there's -- if you look, it says hours, and then it
8  looks -- it says hours decimal.  That's the column
9  right next to it.
10 A.  Uh-huh.
11 Q.  It's not super clear on the first couple of pages,
12 but if you go to, like, the third page, page -31, and
13 the third entry on February 17th, it says -- it looks
14 like hours 2:15 and then decimal 2.25?
15 A.  Uh-huh.
16 Q.  And do you think it's accurate that that means she
17 worked for two hours and 15 minutes so she's getting
18 paid two hours -- two and a quarter hours?  Is that
19 how you would read that?
20 A.  The way I would read that is that she may have either
21 came in late or left early potentially, and those
22 hours were -- those minutes were PTO hours to keep
23 her whole, that's how I read it.  Maybe I'm --
24 Q.  All right.  I'm just asking, and I know you're not
25 familiar with this report so maybe we'll have to --

---

1 A. Because -- sorry. If you look at, again, -31, if you
2 go a little bit further down on 3-2-2011, she had PTO
3 three hours. So it's potential that she may have
4 worked five hours and received -- and then got three
5 hours of PTO.
6 Q. Sure.
7 A. It's possible that on the line that you had asked me
8 about, she may have had PTO for either 15 minutes or
9 25 minutes, I just don't know why it's different.
10 Q. Okay. And I will -- you know, what we do here
11 doesn't necessarily matter. It could just be that --
12 well, if she had PTO, that would presumably be
13 reflected in the pay code, right? And there's no pay
14 code on there?
15 A. That's PTO - 301.
16 Q. Oh, okay.
17 A. So I have to assume that it was --
18 Q. Something happened there?
19 A. Something happened where she needed PTO either early
20 or --
21 Q. Okay. But your understanding of this report is that
22 it shows the hours that she was paid for on those
23 particular days?
24 A. I have to assume that, yes.
25 Q. Now we talked earlier about her scheduled shift.

---

1 It's from 4:00 to 12:30, which is an eight and a half
2 hour shift?
3 A. Yes.
4 Q. Because the hospital automatically deducts a half
5 hour. Is it correct to say that employees are then
6 scheduled for 8.5 hours and paid for eight?
7 A. That is correct.
8 Q. All CNAs?
9 A. All CNAs.
10 Q. And all housekeepers?
11 A. If that is their schedule. Some people may work a
12 10-hour shift.
13 Q. Okay.
14 A. Again, I don't know if each one is a little bit
15 different based on how they are scheduled.
16 Q. Sure. So let me ask then in terms of the global
17 policy. Because hourly employees have a half hour
18 lunch automatically deducted from their paycheck, is
19 it accurate to say that they are scheduled for an
20 extra half hour?
21 A. Yes.
22 Q. Okay.
23 A. No matter what hours they work.
24 Q. Okay. So whether it's an eight-hour day or 10-hour
25 day, they're scheduled an extra half hour?

---

1 A. Yes.
2 MS. MURSHID: Okay.
3 (Exhibit 42 marked for identification.)
4 BY MS. MURSHID:
5 Q. Okay. I don't really know why the staple is on the
6 top right. It's kind of weird. So so sorry about
7 this. This is document, 42, WMH000001 through -28.
8 Do you recognize this document?
9 A. Yes. It looks like her -- Evangelina's pay records.
10 Q. And do you know what system this report is run from?
11 A. I believe it comes out of Lawson.
12 Q. Okay. And can a report like this be run for every
13 housekeeper?
14 A. Yes.
15 Q. Can a report like this be run for every CNA?
16 A. Yes.
17 Q. Is it exportable to Excel?
18 A. I do not know.
19 Q. Okay. Who has the power -- I guess, who has the
20 ability to run this report?
21 A. Payroll.
22 Q. Payroll, okay. Same question for the last two
23 exhibits that we looked at, who has the ability to
24 run those reports?
25 A. Payroll.

---

1 Q. Anybody else other than Payroll?
2 A. I am not aware of anyone else that would have access.
3 Payroll is very limited for people to utilize. It's
4 something -- it's not taken lightly.
5 Q. Okay. Right. I understand.
6 A. Yeah.
7 Q. You don't want everybody willy-nilly running reports.
8 A. Right.
9 MS. MURSHID: I have never gotten
10 willy-nilly on the record and I just did, twice.
11 (Discussion held off the record.)
12 BY MS. MURSHID:
13 Q. Let's kind of walk through this here. I think some
14 of this is rather self-explanatory. User name, you
15 see on the front page, is that the person that ran
16 the report, or is that -- would that be the person
17 who ran the report, do you know?
18 A. I do not know.
19 Q. Okay.
20 A. It looks that way because that's the same person that
21 ran this report.
22 Q. Okay.
23 A. Item -- report 41, the user name is 23496 and seems
24 to be the same thing, 23496.
25 Q. Do you know who that is off the top of your head?

---

| Page 122 | Page 124 |
|---|---|

**Page 122**

1 A. I do not.
2 Q. Okay. So this is a report that shows what for
3 Ms. Aguilera then?
4 A. It seems to show her pay stubs.
5 Q. Okay.
6 A. Or her pay. For example, the top from January 1st of
7 '11 to November 1st of 2013.
8 Q. Okay.
9 A. Her -- what she has been paid on a biweekly basis and
10 her deductions and such.
11 Q. Okay. Are all housekeepers paid on a biweekly basis?
12 A. Yes.
13 Q. Okay. Are all CNAs paid on a biweekly basis?
14 A. Yes.
15 Q. Okay. So if we look here -- well, that looks like
16 short-term disability. Let's go here. Okay. Flip
17 to page -4 if you would for me. I am just going to
18 try to read this to see if you agree. At the top it
19 shows her employee number under employee and then her
20 name. Do you see where I'm reading?
21 A. Yes.
22 Q. And then you see under earnings it says WMH PM?
23 A. Yes.
24 Q. Units 80. Accurate to assume that's 80 hours?
25 A. Yes.

**Page 123**

1 Q. Okay. And then it says WMH OTP. Do you know what
2 that stands for?
3 A. I believe that's overtime paid.
4 Q. Okay. So that's .5?
5 A. That's a half an hour, yes.
6 Q. Right. So then she would have been paid -- let me
7 back up.
8   Housekeepers are paid overtime for hours
9 worked over 40 we already established, right?
10 A. Yes.
11 Q. And they're paid 1.5 times their hourly rate as their
12 overtime rate; is that right?
13 A. Yes.
14 Q. Okay. And CNAs are also paid 1.5 times their hourly
15 rate, correct?
16 A. That's correct. Over 40 hours.
17 Q. Over 40 hours in a workweek?
18 A. Yes.
19 Q. So here it looks like she worked 80.5 hours in that
20 two-week period, and .5 of that was paid at an
21 overtime rate, right?
22 A. It appears that way.
23 Q. Okay. And then the rest of this pay stub shows the
24 deductions?
25 A. Yes.

**Page 124**

1 Q. That are being taken out, right?
2 A. Yes.
3 Q. Okay. And if we look at the bottom, it looks like
4 there's DIR DEP distribution. Do you know what that
5 stands for?
6 A. Direct deposit distribution into her bank account.
7 Q. And that's her bank account information, right?
8 A. Yes.
9 Q. Okay.
10 A. And after taxes her total amount.
11 Q. Which would have been on this top stub 984.81,
12 correct?
13 A. Yes.
14 Q. Can you please flip to page -6 for me.
15 A. Sure.
16 Q. At the bottom, that last line item, it says earnings
17 and then it says WMHProSh. Do you know what that
18 stands for?
19 A. That stands for ProShare.
20 Q. Which is what?
21 A. If I understand correctly, that's a bonus that people
22 receive once a year.
23 Q. What is it based on?
24 A. Organization's financial goal.
25 Q. Okay. So how is that allocated?

**Page 125**

1 A. That I don't know.
2 Q. Who would know that?
3 A. Nicole Berlowski.
4 Q. Okay. Do all housekeepers get a ProShare bonus?
5 A. All employees, yes. There may be some criteria
6 around how long a person may be employed before
7 they're eligible. I don't know the criteria.
8 Q. Is that something Nicole would know?
9 A. Yes.
10 Q. And you think that's an annual bonus or you're not
11 sure?
12 A. There's an annual bonus, but only if the organization
13 meets the financial goals and the board approves some
14 sort of a distribution.
15 Q. Okay.
16 A. So it can vary from year to year. It could be none
17 as well.
18 Q. With the understanding that there are criteria, so
19 for instance, perhaps tenure at the organization,
20 would CNAs also be eligible for that bonus?
21 A. Yes.
22 Q. Okay. And housekeepers?
23 A. Yes.
24 Q. Okay. One of the topics that we listed in the
25 30(b)(6) notice that we sent was whether any

Page 126

1 complaints, either administrative or in court, had
2 been made against Waukesha Memorial. Do you have any
3 information about whether or not any complaints have
4 been filed against the organization?
5 A. I am not aware of any.
6 Q. Okay. What did you do to research that, if anything?
7 A. I have researched it with Payroll.
8 Q. Okay.
9 A. And they have confirmed that there haven't been any
10 complaints received.
11 Q. And do you mean internally, or are you talking about
12 at all, like --
13 A. At all.
14 Q. Okay. So there's been no internal complaints about
15 pay that you're aware of?
16 A. That's correct.
17 Q. Okay. And there's been no filings in the Department
18 of Labor that you're aware of?
19 A. That's correct.
20 Q. There have been no filings in the Department of
21 Workforce Development that you're aware of?
22 A. Until this case.
23 Q. Okay.
24 A. Outside of this case, right?
25 Q. Yes, not talking about this case.

Page 127

1 A. Okay.
2 Q. I'm talking about any other cases.
3 A. Correct.
4 Q. And no state litigation you're aware of?
5 A. No.
6 Q. And no other federal litigation?
7 A. No.
8 Q. Okay. Who is responsible for ensuring compliance
9 with state and federal wage laws?
10 A. Human Resources and Payroll.
11 Q. Okay. So Human Resources, is that something that
12 falls under your purview or Mike's purview?
13 A. Mike.
14 Q. Mike's?
15 A. And Nicole.
16 Q. Mike and Nicole, okay. Did you speak to them about
17 the organization's compliance with state and federal
18 wage laws in preparation for this -- in preparation
19 for this deposition today?
20 A. I did not.
21 Q. You did not, okay. Have you ever had any
22 conversations with them about compliance?
23 A. I did not.
24 Q. No?
25 A. Because the policy is in place, and we enforce the

Page 128

1 policy.
2 Q. Okay.
3 A. And I assume that we are in compliance given that
4 there hasn't been any complaints that I'm aware of or
5 I heard about.
6 Q. So when you said you spoke to Payroll about
7 complaints, who specifically did you talk to?
8 A. Erica Umbach.
9 Q. And she's the only person that you talked to with
10 regard to complaints?
11 A. I discussed it with Lisa Wald.
12 Q. And was Lisa aware of any complaints?
13 A. No.
14 Q. Did you talk to Sue Oliver about it?
15 A. I did not.
16 Q. So it's possible that there may have been complaints
17 to Sue that you're not aware of?
18 A. Prior to my employment with them, with ProHealth,
19 possible. Since my employment, there hasn't been any
20 because I would have been aware.
21 Q. Okay. So you're not aware of any since the time that
22 you started?
23 A. That's correct.
24 Q. And then you spoke to Lisa about complaints that
25 would have come from the EVS Department prior to your

Page 129

1 employment?
2 A. That's correct.
3 Q. You didn't speak to Sue about prior complaints from
4 the CNAs?
5 A. I did not.
6 Q. Okay. Do you know if there -- other than your
7 knowledge that Mike and Nicole are responsible for
8 compliance with state and federal wage laws, do you
9 know how they make sure they're compliant?
10 A. The attendance of various workshops --
11 Q. Okay.
12 A. -- legal workshops that occur during the year, and
13 the newsletters that come through from the
14 organizations that we belong to such as Management
15 Resources, Society of Human Resource Management, and
16 of course our legal firm would send us information if
17 something is changing that we need to be aware of.
18 Q. Okay. And are you familiar with how they take that
19 information and process it to ensure compliance?
20 A. I'm not.
21 Q. So if I wanted to know about that, I would need to
22 talk to Mike and/or Nicole?
23 A. Yes.
24 Q. What is the role of the Environmental Services
25 Department?

1  A.  To ensure that the patient rooms are cleaned and
2  multiple other duties, but it's primarily ensuring
3  that the facility is clean for the patients or -- and
4  the rooms or whole building.
5  Q.  Okay.  And who is responsible for -- well, let me ask
6  this.  Does each department have a budget?
7  A.  Yes.
8  Q.  Okay.  And who's responsible for managing the EVS
9  budget?
10  A.  Chris Williams --
11  Q.  Okay.
12  A.  -- as the vice president is overall responsible.
13  Q.  Okay.  And then anybody else have input in that?
14  A.  It would be the department manager.
15  Q.  Rick Swan?
16  A.  Rick Swan working collaboratively with the
17  supervisors.  I would anticipate that they work
18  together to create the budget and then get it
19  approved with their next level.
20  Q.  Okay.  So they put together a budget, and then it
21  goes sort of up the chain through the approval
22  process?
23  A.  Correct.  Including finance.
24  Q.  Including finance and the CFO?
25  A.  It wouldn't go as far as the CFO, but it would go to

1  the Director of Finance.
2  Q.  Okay.
3  A.  Who's managing the budget process.
4  Q.  When was the EVS Department established?
5  A.  Probably the same time as the hospital.
6  Q.  Okay.  So much prior to 2010?
7  A.  Yeah.
8  Q.  And I think we've established this, but all
9  housekeepers are part of the EVS Department, correct?
10  A.  Yes.
11  Q.  There's no housekeepers that are housed, if you will,
12  in any other department?
13  A.  Nope.
14  Q.  Okay.  And those housekeepers first report to a team
15  leader?
16  A.  A team lead -- they don't report to a team lead.
17  Q.  Okay.
18  A.  Team lead's role is to help them if they need
19  guidance about their role, but they report to a
20  supervisor or a manager.
21  Q.  Okay.  So the first line of reporting for them is
22  then a supervisor?
23  A.  Yes.
24  Q.  And then the next line of reporting would be the EVS
25  manager?

1  A.  That's correct.
2  Q.  Okay.  And this organizational chart that we talked
3  about previously has the names of those individuals,
4  correct?
5  A.  Yes.
6  Q.  It's up-to-date?
7  A.  Yes.
8  Q.  Yes, okay.
9  A.  Well, up-to-date as of yesterday.
10  Q.  Okay.  That's good enough.
11  A.  Okay.
12  Q.  Well, unless somebody got fired yesterday.
13  A.  Yes.
14  Q.  Did somebody get fired yesterday?
15  A.  Yes.
16  Q.  Oh.  Who got fired?
17  A.  Rick Swan.
18  Q.  Okay, Rick Swan.  Why did he get fired?
19  A.  He was in a performance improvement plan for several
20  months, and he did not improve through the process.
21  Q.  And is there an interim person in that position now?
22  A.  Randy Sparrow is the one that's going to oversee the
23  department until there's a backfill.
24  Q.  Okay.  And so will you hire somebody internally or
25  externally?

1  A.  Whatever he decides, yes.
2  Q.  Okay.  Except for Mr. Swan then, this is accurate?
3  A.  Yes.
4  Q.  Okay.  Who made the decision to terminate him, was
5  that Randy Sparrow?
6  A.  Yes.
7  Q.  In consult with HR or no?
8  A.  Yes.
9  Q.  Yes?
10  A.  Yes.
11  Q.  In consult with you specifically?
12  A.  In consult with Lisa and I specifically.
13  Q.  Thank you.  How many housekeepers are currently
14  employed by Waukesha Memorial?
15  A.  I believe there's 138.  Again, I'm just getting off
16  the top of my head.
17  Q.  Approximately?
18  A.  Approximately.
19  Q.  If I wanted to know that exact number, who would
20  know?
21  A.  I can ask Lisa to run a report, or I can ask someone
22  else within a department who does data analysis, and
23  we could run that report.
24  Q.  What system would you run that report off of?
25  A.  It would be Lawson because it's run by titles.  We

Page 134

1 would run it by the title.
2 Q. Oh, okay.
3 A. Housekeeper, how many.
4 Q. Got it.
5 A. We would do the same for CNA.
6   (Exhibit 43 marked for identification.)
7   BY MS. MURSHID:
8 Q. So this is -2797 through -2800. Is this the report
9   you were just referring to?
10 A. Yes.
11 Q. So this would be -- it looks like under description
12   it says certified nursing assistant, correct?
13 A. Correct.
14 Q. So you could run a report just like this for
15   housekeepers?
16 A. Yes.
17 Q. And any other employee?
18 A. Yes.
19 Q. Okay. While we're looking at this, this report shows
20   the department name where CNAs work. Do you see that
21   column?
22 A. Yes.
23 Q. And then the description, right?
24 A. That's their title.
25 Q. And at the far right it says their supervisor?

Page 135

1 A. That's correct.
2 Q. And my first question is, this is a list of every CNA
3   currently employed as of March 20, 2014, right?
4 A. Yes.
5 Q. And then this would be a reflection of all the
6   departments within which CNAs are assigned?
7 A. That is correct.
8 Q. Are these all of the departments that fall under Sue
9   Oliver's purview as HR business manager -- no?
10 A. Business partner.
11 Q. Business partner.
12 A. It looks like it, yes.
13 Q. Okay. Thank you. And then the supervisor's names,
14   are those supervisors, are they CNA supervisors or
15   are they --
16 A. They're supervisor of the department where they have
17   service people working, so not just CNAs but nursing.
18 Q. Okay. So for -- I think it's last name first. For
19   this first person, Olin Yauchler?
20 A. Yes.
21 Q. 1SE. He's the supervisor of 1SE?
22 A. For 1 Southeast within the hospital, and these are
23   the nursing assistants that would directly report to
24   Olin.
25 Q. What is his job -- his or her job title, if you know?

Page 136

1 A. I don't know.
2 Q. Okay.
3 A. Might be manager, might be supervisor. I do not
4   know.
5 Q. Is that person an RN?
6 A. I don't know.
7 Q. You don't know?
8 A. I don't know.
9 Q. Okay. How would I find that information?
10 A. We could run another report that would say what the
11   title of that particular manager is. I know Karen
12   Cacciotti, the one lower on the highlighted.
13 Q. Uh-huh. Oncology.
14 A. She's a nurse and manager of that Oncology
15   Department. I've never met Olin, that's why I can't
16   speak to it.
17 Q. Okay.
18 A. I can speak to Karen.
19 Q. Anyone else that you know off the top of your head?
20 A. Cindy Bohlman, manager that was under Karen
21   Cacciotti. Barb Olstad, manager. I never met
22   Geneva. I believe she's a manager, too. Dawn
23   Greeson and Jane Smeaton, manager. It looks like
24   these are all managers then.
25 Q. And when you say manager, that person -- does that

Page 137

1 person have to be a nurse as well?
2 A. On a nursing floor typically.
3 Q. Okay. Maybe we can talk through what each of these
4   departments mean. Can we go through that really
5   quick since I have you?
6 A. Sure.
7 Q. So what's 1 Southeast?
8 A. It's nursing floor. I'm not exactly sure whether it
9   is behavioral health, but it could be just off the
10   top of my head.
11 Q. Okay. So on a nursing floor, the manager of that
12   floor is always going to be a nurse?
13 A. Yes.
14 Q. Okay.
15 A. I have to assume that.
16 Q. Okay.
17 A. I've not known a nursing floor where it hasn't been a
18   nurse that managed the floor.
19 Q. Who makes those decisions in terms of organizational
20   structure?
21 A. The organizational structure for each department?
22 Q. Well, I mean, I guess I'm asking, like, is it the
23   policy of the hospital that every nursing floor has a
24   manager that's a nurse?
25 A. I don't think that's a policy.

1 Q. Okay.
2 A. I think that's the desired state.
3 Q. Okay. That's fair enough. The desired state of
4 somebody in charge?
5 A. That's correct.
6 Q. Okay. Healthcare unit I feel like is -- or heart
7 care unit, rather self-explanatory?
8 A. Yes.
9 Q. Okay. Oncology, also explanatory?
10 A. Yes. 5 Southwest is a medical/surgical unit, and the
11 same is 5 Northwest.
12 Q. Medical/surgical?
13 A. Yes.
14 Q. Okay. LDRP?
15 A. Labor and delivery.
16 A. I was there recently, not at Waukesha Memorial.
17    NICU is neonatal intensive care, right?
18 A. Yes.
19 Q. What is W&C?
20 A. What is W&C? See, I don't know because -- oh, women
21 and children.
22 Q. Women and children?
23 A. Yes.
24 Q. Okay.
25 A. I had to think about that for a minute.

1 Q. 4 Northwest is ortho/neuro I know because that's
2 where Angelina was. Is that still the case?
3 A. Yes.
4 Q. GI, gastrointestinal?
5 A. Yes.
6 Q. All righty. 4SW?
7 A. It's the same as same as 4 Northwest.
8 Q. Ortho/neuro?
9 A. Yes. It's just a different wing.
10 Q. Okay. E Med?
11 A. That's basically 4 East, which is also med/surgical.
12 Q. Okay. Ambulatory care, so that's --
13 A. That's more -- I don't know what that stands for.
14 I'm sorry. I know what ambulatory care is, I just
15 don't know -- I don't know Susan Flottum-Zurcher.
16 Q. Is it a department?
17 A. It is a department.
18 Q. Okay. What's PACU?
19 A. PACU is yet another department she's responsible for,
20 but it's -- I don't know what it stands for. I don't
21 know what it stands for.
22 Q. Okay. If you remember, let me know.
23 A. Okay.
24 Q. All right. And then there's what appears to be
25 float?

1 A. There's nursing float pool.
2 Q. So Debra Lyman is responsible for the floaters?
3 A. Yes.
4 Q. Okay. We got a little off track here. We'll use
5 that a little later. But what we were actually
6 talking about is the number of housekeepers, and you
7 said there was 138. Who's responsible for
8 determining the staffing needs and the number of
9 housekeepers employed?
10 A. It is the department.
11 Q. So Randy Sparrow I think until yesterday in
12 conjunction with Rick Swan?
13 A. They determine what staffing they need based on the
14 volumes for the hospital.
15 Q. Okay. And then do they work with Ms. Wald or --
16 A. They would work with Finance.
17 Q. They would work with Finance?
18 A. Yes.
19 Q. Okay. If they needed to increase that number?
20 A. That's correct.
21 Q. Or decrease it?
22 A. If it's a decrease, if it means an elimination of a
23 position because of a decrease, then they would also
24 work with HR. If it's just adjusting schedules, they
25 would not work with HR.

1 Q. And when you say adjusting schedules, what do you
2 mean?
3 A. Sometime there's ATO, that's time off for not having
4 enough patients to take care of, so the person can --
5 they may be scheduled to work eight hours, but there
6 is not enough work so they are given an opportunity
7 to leave. They're sent home.
8 Q. What does ATO stand for?
9 A. It's in here.
10 Q. Okay.
11 A. It's time off.
12 Q. Something that starts with an A?
13 A. Yes.
14 Q. Is it in -- okay. We'll think about that.
15 A. I'm sorry. I have that on the tip of my tongue.
16 Q. That's okay. No worries. So those sort of
17 day-to-day decisions are made by --
18 A. By the department.
19 Q. The department. Rick Swan? Randy Sparrow?
20 A. That's correct.
21 Q. Okay. Who actually hires housekeepers? Who does the
22 interview process and extends offers?
23 A. Lori.
24 Q. Who's Lori?
25 A. She is a recruiter within the HR Department, reports

1 to Mike Blickhahn.
2 Q. You know her last name?
3 A. Lori -- is it Lawson? I don't know.
4 Q. It's okay. It's okay. We will not tell anybody that
5 you don't know the last name.
6 A. Laura. Sorry, Laura.
7 Q. Laura, okay. And how does that come to fruition?
8 Randy Sparrow or Rick Swan would say we need to hire
9 some new folks?
10 A. There is a process in place.
11 Q. What's the process?
12 A. Once they determine there is a vacancy, then there is
13 a form that the department manager fills out, goes
14 through the approval process through Finance and a
15 committee to make sure it's -- if they can rehire or
16 refill or backfill or add. And once it's approved,
17 then it comes to the recruiter, and then the
18 recruiter fills the position internally and
19 externally, and then the recruitment process begins.
20 Q. Okay. And then I'm assuming is there like a
21 screening interview or telephone screen?
22 A. The recruiter would do a telephone screen, and then
23 goes through a number of candidates. And the top
24 candidates, sometimes two, sometimes four, depends
25 how many she finds, she may schedule with the manager

1 or supervisor. Each department has a different way
2 that they might interview and who they want to
3 include in the interview process. They would
4 interview those candidates and then they, the
5 department, would make the final determination as to
6 who they want to hire.
7 Q. Okay. So in EVS, do you know who actually met with
8 housekeeping candidates?
9 A. I do not.
10 Q. Do you know who would know that?
11 A. Supervisor.
12 Q. Okay. And when you say the supervisor, do you mean
13 the department manager or the actual first shift
14 supervisors?
15 A. The actual first shift supervisor.
16 Q. Okay. So the one person that I'm taking to tomorrow
17 would know that?
18 A. Yes, she would.
19 Q. Okay. What if somebody wants to terminate a
20 housekeeper?
21 A. Okay.
22 Q. How is that done?
23 A. It is done -- if it comes down to termination, if
24 it's been determined that it's a termination --
25 Q. And I guess who makes that determination?

1 A. Well, depends on performance or attendance. Based on
2 the policy and the progressive discipline process or
3 if there's no improvement in performance after
4 there's been the improvement plan in place, then the
5 manager of that department or supervisor of that
6 department discusses with their next level leader
7 that there's no improvement or this is continuous,
8 there's issues, and then they come to HR and present
9 their case and we -- in this case for housekeeping
10 they would come to Lisa Wald. Lisa would evaluate to
11 make sure that there's documentation and there is --
12 proper process have been followed before we would
13 support the manager's desire to terminate someone.
14 Q. Is it the same process for hiring for all
15 housekeepers?
16 A. Yes.
17 Q. And is it the same process for termination for all
18 housekeepers?
19 A. Yes.
20 (Exhibit 44 marked for identification.)
21 BY MS. MURSHID:
22 Q. This was produced by defense counsel. It's obviously
23 the Environmental Services handbook. Have you seen
24 this before?
25 A. I have not.

1 Q. You have not?
2 A. I don't recall seeing it. It was pulled together as
3 a document to be submitted here --
4 Q. Okay.
5 A. -- by Lisa, but I don't recall seeing it.
6 Q. Okay.
7 A. I may have, but then there's a lot.
8 Q. Okay. So this is -- is this something that
9 that. Okay. So this is -- is this something that
10 Ms. Wald would have worked on with the EVS managers
11 to put together?
12 A. No.
13 Q. No?
14 A. This would be something that the department
15 themselves would put together as a
16 department-specific handbook.
17 Q. Okay. And does Human Resources review this to ensure
18 compliance with the other hospital-wide policies? I
19 guess let me -- let me ask this way.
20 A. I don't know because I have not --
21 Q. You haven't seen this?
22 A. This must have been in place for a while, so I'm not
23 certain if HR was ever involved in reviewing this
24 before this was --
25 Q. Disseminated?

1 A. -- disseminated. Correct.
2 Q. Okay. So let me ask this. EVS is permitted to have
3 an employee handbook?
4 A. Certain departments have department-specific
5 guidelines, or as they call it, a handbook.
6 Q. Okay.
7 A. That outlines what is their expectations within that
8 particular department and they document that.
9 Q. Okay.
10 A. It's outside of the organization-wide policy. It's
11 the exact department specific.
12 Q. Okay. EVS has that?
13 A. Uh-huh.
14 Q. What other departments have department-specific
15 guidelines?
16 A. There may be call-in guidelines in a call center. I
17 have not seen them, but it's possible that there are
18 specific guidelines that are specific to the
19 department. Calling in, if they're not going to be
20 in, those kind of procedures. I don't know if
21 they're documented differently.
22 Q. All right. I understand what you're saying. So in
23 the example that you just gave, it would -- you know,
24 if you work second shift, you call John Doe to report
25 that you're not going to be in to work that day; is

1 that what you mean?
2 A. That's what I was referring to. It may also be
3 written in a specific policy in here.
4 Q. I understand. All right. Well, let's back up. So
5 the department-wide -- sorry. The hospital-wide
6 policies that we discussed today --
7 A. Yes.
8 Q. -- time keeping, compensation, information relating
9 to Kronos, expectations that are listed in the
10 orientation materials, those are hospital-wide and
11 they apply to all housekeepers, correct?
12 A. All employees.
13 Q. All employees?
14 A. All CNAs, all employees.
15 Q. Regardless of whether or not there is a
16 department-specific instruction or handbook; is that
17 correct?
18 A. That's correct.
19 Q. And that's also the case for CNAs?
20 A. That is correct.
21 Q. And then to the extent that there are
22 department-specific instructions, those are created
23 by department leaders, in this case EVS Department
24 director and manager?
25 A. Correct.

1 Q. Okay. Would Chris Williams as the sort of VP of
2 whatever he is the VP of -- quality?
3 A. Uh-huh.
4 Q. Would he have had any involvement in this -- in
5 creation of this document or the policies, if you
6 know?
7 A. I don't know for certain, but he's also new in the
8 organization. So if this document has been in place
9 longer than -- I mean, he started in -- summer last
10 year. Then, no, he would not have been. But it
11 appears that this document, at least the content
12 information, has been updated to include his name
13 when he was hired.
14 Q. Okay.
15 A. I have to assume that.
16 Q. And then you can see on page -229 there's a list of
17 phone numbers here.
18 A. Yes.
19 Q. Okay.
20 A. As a department, as you know on the department
21 checklist that we talked about previously, when
22 there's a department orientation, I have to assume
23 that this is what the manager or supervisor uses to
24 orientate employees to the rules within the
25 department or guidelines within the department.

1 Q. Okay. So the expectation then is on that orientation
2 checklist that we talked about, the managers will
3 make sure that the employees are familiar and trained
4 with all of the hospital-wide policies?
5 A. Uh-huh.
6 Q. Okay. And then if there are -- if there's specific
7 departmental information, they provide that at that
8 time as well?
9 A. Yes.
10 Q. And by they, I'm sorry, I mean --
11 A. The supervisor.
12 Q. -- the supervisor or the manager responsible for
13 completing the orientation?
14 A. That is correct.
15 Q. And that supervisor or manager went through a
16 training process through HR to be able to make sure
17 that they complete that orientation properly?
18 A. That's correct.
19 Q. So -- and that -- did you call it, like, leadership
20 training?
21 A. New leader orientation.
22 Q. New leader orientation. So that's facilitated by HR?
23 A. Yes.
24 Q. And HR in that training does what?
25 A. HR in that training reviews all the policies that are

1  relevant for managing employees as well as the
2  regulatory policies and safety policies, the
3  strategies of the organization. So there's a number
4  of different topics that are covered to supplement
5  the new employee orientation for managers.
6  Q. Are there documents associated with that leadership
7  development?
8  A. Leadership orientation.
9  Q. I don't know why I can't remember that. Yes?
10 A. Yes. They're given an actual binder of information.
11 Q. And then they use that to train employees when they
12 come in and are oriented to the department?
13 A. The manager --
14 Q. Yes.
15 A. -- is trained on how to be effective as a manager.
16 What they train the employees to do is what is
17 expected of them in their role.
18 Q. Okay.
19 A. So --
20 Q. Including the explanation of policies and procedures
21 that apply to the employee being trained?
22 A. Within that -- their area, yes. If there -- the
23 overall, they get that in orientation, but if there's
24 anything specific to that specific department, then
25 it's the supervisor or manager that reviews that with

1  the employee in the department.
2  Q. Is all that in writing, those -- I mean, is there an
3  expectation that anything department specific would
4  be in writing?
5  A. No. Not that I'm aware of.
6  Q. Okay. There are some references to OMH.
7  A. Oconomowoc Memorial Hospital.
8  Q. Okay. And that is those department policies?
9  A. Applies to them as well.
10 Q. Applies to them as well?
11 A. The same, yes.
12 Q. Okay. Now we're back. This handbook, questions I
13 have about how it's distributed, et cetera, and then
14 the information contained in here, is that something
15 that I should speak with Ms. Thornburg about --
16 A. Yes, please.
17 Q. -- tomorrow?
18 A. Yes.
19 Q. So you're not familiar with --
20 A. I'm not familiar with. I know that they have this.
21 Q. Okay.
22 A. I don't know who puts it together.
23 Q. Okay.
24 A. But it is their department guideline in addition to
25 the policies and procedures that the organization

1  has. Their expectations of employees within that
2  department.
3  Q. Let me ask this. If there was a performance
4  improvement plan or some sort of move towards
5  termination, could managers in Environmental Services
6  use the information contained in this handbook and
7  failure to follow this handbook as the basis for
8  termination?
9  A. There's more to it than that.
10 Q. Okay.
11 A. If -- if they don't follow safety procedures and
12 it's -- if it's outlined in here.
13 Q. Uh-huh.
14 A. Then they would potentially be retrained, and if they
15 still fail, then they may lead to termination. You
16 may work with the safety department to help them
17 determine whether the termination should occur.
18 Q. Okay.
19 A. If it's attendance, if there is something specific,
20 we have an overarching attendance policy, but if we
21 have attendance that's specific to the department,
22 then that would be followed.
23 Q. Okay.
24 A. And if it's continually abused, then, yes, a person
25 could be terminated.

1  Q. Okay. So the information contained in this handbook
2  could be relied upon and brought to, for instance,
3  Ms. Wald in the event that a manager was trying to
4  make the case for termination if there was, like, a
5  pattern of behavior?
6  A. Could be as long as it's still following the
7  progressive policy.
8  Q. Okay.
9  A. HR wouldn't approve anything unless there was proper
10 documentation and proper discussion and alignment
11 with our overarching policy.
12 Q. Is there an overarching progressive discipline
13 policy?
14 A. Yes.
15 Q. Okay. And does it look like that compensation policy
16 that we looked at and the time recording policy that
17 we looked at?
18 A. The coaching, the verbal, yes. It's the progressive
19 process.
20 Q. Okay. Is there a separate policy document that sort
21 of outlines that, or is it just contained in another
22 policy?
23 A. The attendance policy and the discipline policy are
24 the ones that -- I know the attendance policy we
25 didn't have that we can get for you.

Case 2:13-cv-01245-LA Filed 05/09/14 Page 39 of 69 Document 34-3

**Page 154**

1 Q. And I don't think we have a copy of the discipline
2 policy either.
3 A. And there is a policy, a discipline policy, as well.
4 Q. Okay. This handbook and the information contained in
5 it are put together by the management of EVS. We've
6 already established that.
7 A. Yes.
8 Q. Is there an expectation then that EVS employees will
9 comply with the policies or guidelines outlined in
10 this handbook?
11 A. Yes.
12 Q. Okay. Are you aware that one of the requirements in
13 this handbook is that housekeepers carry either a
14 walkie-talkie or a pager or a cell phone?
15 A. Yes.
16 Q. And that -- well, I'm going to ask you this, but stop
17 me if this is something better addressed to
18 Ms. Thornburg. How long has that requirement been in
19 place?
20 A. That I do not know.
21 Q. Okay. Do you know if it was pre2010?
22 A. I do not know.
23 Q. Do you know who implemented that policy?
24 A. I do not know.
25 Q. Okay. Are you familiar with how it is -- works on a

**Page 155**

1 day-to-day basis?
2 A. Yes.
3 Q. Okay. Can you describe how that works or your
4 understanding of how it works?
5 A. My understanding is that when a person comes into
6 work, they can use their card to swipe in, and then
7 they obtain a little phone or pager, which is
8 directly next to the clock, the Kronos clock, as well
9 as next to the log-in, the manual log, and they check
10 it out.
11 Q. Okay.
12 A. And they write down what the number of that little
13 phone or little ID is, and they go to work. And at
14 the end of the day they turn it in.
15 Q. Okay. Is that -- I don't know if I -- I'll use this
16 word, but correct me if I'm wrong. It's not a
17 hospital-wide policy that -- because that -- that
18 policy didn't come from HR; is that correct?
19 A. That's correct.
20 Q. It came directly from EVS managers?
21 A. If -- that's the way that they get a hold of or work
22 with their people. So if they need to get a hold of
23 someone, they may use that pager.
24 Q. Yeah. So what I'm asking is sort of globally. The
25 fact that they carry that communication device,

**Page 156**

1 that's a requirement that was put in place by the EVS
2 Department, correct?
3 A. I believe so.
4 Q. Okay. And that's something that the EVS Department
5 has the power to do?
6 A. Yes.
7 Q. Okay. And then the subsequent implementation of that
8 is also something that the EVS Department has the
9 power to do?
10 A. Yes.
11 Q. Okay.
12 A. They determine how to best manage the workforce they
13 have and how to best communicate the most efficient
14 way.
15 Q. Within the confines of the organizational structure?
16 A. That's correct.
17 Q. Which ultimately goes up and comes from the top down?
18 A. That's correct.
19 Q. Okay. The hospital uses Epic as well; correct?
20 A. That's correct.
21 Q. So we talked about Kronos and we talked about Lawson
22 and how those two work together. What does the
23 department -- sorry. What does the hospital use Epic
24 for?
25 A. That's the employee -- patient health record.

**Page 157**

1 Q. What doesn't it use Epic for, right?
2 A. That's for a lot of things.
3 Q. Yes.
4 A. That's basically a central place to manage the
5 patient's health record. That's an electronic health
6 record that certain people have access to.
7 Q. Okay. And is it used for any employee-based
8 information? Does it contain any employee-based
9 information, anything related to Human Resources or
10 employee jobs?
11 A. I do not know that.
12 Q. Okay. Housekeepers have a job description?
13 A. Yes.
14 Q. Okay. Who creates that job description?
15 A. The department leader or the manager or the --
16 manager would update the job description or create it
17 if they need a new role.
18 Q. And is that something that's done in conjunction with
19 Ms. Wald or HR?
20 A. It's in conjunction with HR, but primarily with Total
21 Rewards, with Nicole's group.
22 Q. And why would Total Rewards be involved in that?
23 A. Because they price the position appropriately based
24 on what range it should be placed in and to make sure
25 that it's consistent with other job descriptions.

Case 2:13-cv-01245-LA   Filed 05/09/14   Page 40 of 69   Document 34-3

Page 158

1 Q. Under the way that this organization chart is laid
2 out, I'm -- and correct me if I'm wrong, I'm reading
3 this to mean that housekeepers sort of are the
4 bottom?
5 A. Yes.
6 Q. They report to -- they don't report to their team
7 leaders, but they work in conjunction with the team
8 leaders, right?
9 A. Yes, yes.
10 Q. And then the team leaders report to the shift
11 supervisor?
12 A. That's correct.
13 Q. And then the shift supervisor reports to the EVS
14 manager, which until yesterday was Rick Swan?
15 A. That's correct.
16 Q. And that person reports to the Food Nutrition
17 Director, Randy Sparrow?
18 A. Yes.
19 Q. Okay.
20 A. And Randy in turn reports to Chris Williams.
21 Q. Yes, Mr. Williams. And then we kind of talked about
22 sort of going up the chain after that?
23 A. Correct.
24 Q. This was Exhibit 12. Do you recognize this set of
25 documents?

Page 159

1 A. I was shown this --
2 Q. Okay.
3 A. -- as part of -- these are the Epic screens.
4 Q. Okay.
5 A. By Ms. Thornburg who's going to be talking to you
6 tomorrow, but --
7 Q. Okay. So Epic is used in some respects to manage
8 employees then, it's not just patient records?
9 A. No, it's not just patient records.
10 Q. Okay.
11 A. So if -- I misunderstood your question, previously.
12 Q. There may have been an unartful question.
13 A. Yes. Epic is used in -- to also identify if a person
14 is assigned to work at a certain area, that -- for
15 example, housekeeping is able to identify where that
16 person is.
17 Q. Uh-huh.
18 A. And if that person is done with the particular room,
19 then that person calls or logs into Epic and can log
20 themselves out so that it shows that they're
21 available to work on a different assignment.
22 Q. Okay.
23 A. And it may even show them -- I think it may even show
24 them where they can go next.
25 Q. On Epic?

Page 160

1 A. On Epic. If they're assigned for a specific room,
2 but -- but I don't --
3 Q. So probably better to talk to Ms. Thornburg about
4 this one?
5 A. Yes, yes.
6 Q. Okay.
7 A. She just walked me through the process once.
8 Q. Okay. So when did Epic get put into place for
9 housekeepers?
10 A. It was my understanding it's been in place for about
11 a year.
12 Q. Okay. And prior to that, do you know what system was
13 used, if any?
14 A. I do not. I don't know if there was any other system
15 used other than maybe still the same call.
16 Q. Okay.
17 A. I don't know.
18 Q. So it's still the case that -- well, let's see. How
19 long have -- did I already asked you this? May have
20 already asked you this. How long have housekeepers
21 been required to carry a communication device? Did
22 that predate 2010?
23 A. You asked me that question, and I didn't know.
24 Q. Okay.
25 A. I didn't know.

Page 161

1 Q. I'm going to ask Ms. Thornburg.
2 A. They may have always had it, I just don't know.
3 Q. But now they do have it currently since you've been
4 there?
5 A. Since I've been there, they've had it.
6 Q. And --
7 A. And since I've been there, they've also been using
8 Epic.
9 Q. And Epic works in some way to track where the
10 housekeepers are?
11 A. That is correct, whether they're working or whether
12 they are not available because they're working on
13 something else.
14 Q. Okay. And there is a number that housekeepers call,
15 61100 or something. You talked about that with
16 Ms. Thornburg?
17 A. Yes, yes.
18 Q. Okay. But your familiarity with that is limited to
19 the discussion that you had with her?
20 A. Yes. Because basically she just showed me what one
21 does and how it shows up. I don't know how it
22 functions.
23 MS. MURSHID: Okay. Sorry. I'm just
24 making notes so I remember what to ask her tomorrow.
25 Can we take a five-minute break?

1   MR. LIED: Yeah.
2   (Break taken from 2:47 p.m. to 2:53 p.m.)
3   BY MS. MURSHID:
4   Q.  Let me start by saying this, there are several
5   documents that have been provided to us, like the
6   schedule for which housekeepers work which shift and
7   who's on vacation, the sign-out sheet for the pagers,
8   some department-specific agendas.  Are you familiar
9   enough with the department's inner workings to talk
10  to me about those, or is that something that I should
11  talk to Ms. Thornburg about?
12  A.  I think it would be best for you to talk to
13  Ms. Thornburg about those.
14  Q.  Okay.  Then let me back up and ask this question.
15  Those decisions are all made at the department level,
16  correct?
17  A.  That's correct.
18  Q.  But those department leaders are acting within their
19  official capacity as managers and supervisors of the
20  hospital, correct?
21  A.  Yes.
22  Q.  Yes?
23  A.  Yes.
24  Q.  Okay.  And so they are well within their power to,
25  for instance, come up with an employee handbook to

1   advise employees of those department policies and
2   procedures?
3   A.  Yes.  To orientate them to the inner workings of the
4   department.
5   Q.  And to establish those inner workings of the
6   department?
7   A.  That's correct.
8   Q.  And it's the expectation that -- it's the expectation
9   of the hospital as a whole that housekeepers would
10  abide by the -- both the department-specific policies
11  as well as the hospital-wide policies?
12  A.  Yes.
13  MS. MURSHID: Just took out, like, three
14  pages.  Let me go through a couple things.
15  (Exhibit 45 marked for identification.)
16  BY MS. MURSHID:
17  Q.  I think this is several different versions of the EVS
18  job description.  It seems to have gone through a few
19  different iterations.  I just want to confirm a
20  couple of things.  You can kind of tell.  I think
21  there's three different versions here.  You can kind
22  of tell where the new versions start, right?
23  A.  Uh-huh.  Yes.
24  Q.  And we talked about how this works.  The changes
25  would have -- let me not put words in your mouth.

1   Is it -- my understanding of your prior
2   testimony was that the job descriptions are managed,
3   for lack of a better word, by the EVS managers?
4   A.  The content is created by the EVS managers.
5   Q.  Okay.
6   A.  The format and the pricing is managed by HR.
7   Q.  Okay.  Thank you.  And so to the extent that there
8   are changes reflected between these three versions of
9   the housekeeping job description, or I guess it's
10  Environmental and Building Services, BUILDING SERVICE
11  WORKER, then it was changed to environmental services
12  associate, and now it's housekeeper.  Those changes
13  have been made by the EVS manager working in
14  conjunction with HR and Compensation?
15  A.  That is correct.
16  Q.  The same job description, though, would apply to all
17  housekeepers?
18  A.  Yes.  The latest version, obviously.
19  Q.  The latest version, obviously.  The one that's in
20  effect?
21  A.  Yes.
22  (Exhibit 46 marked for identification.)
23  BY MS. MURSHID:
24  Q.  I am going to go back for one second.  Not asking you
25  about this document that I just handed you quite yet.

1   We talked about -- let me ask this.  Environmental
2   Services, is that a department that staffs both
3   Waukesha Memorial and did you say Oconomowoc?
4   A.  Yes.
5   Q.  So that EVS Department applies to both hospitals?
6   A.  Yes, it does.
7   Q.  And then all department policies would apply to WMH
8   and OMH?
9   A.  Yes, it does.
10  Q.  And then the HR policies then apply hospital-wide at
11  Waukesha Memorial and Oconomowoc Memorial Hospital?
12  A.  Yes, it does.
13  Q.  And the same -- there's no differences in terms of
14  Kronos?
15  A.  No.
16  Q.  Or any other distinctions that need to be made based
17  on what we've -- what you've already testified to
18  today?
19  A.  There should be no differences.  There are no
20  differences.
21  Q.  Thank you.  Okay.  This document is 46, Exhibit 46,
22  and it is WMH001450 to -1452.  Do you know what this
23  is?
24  A.  It looks like a list of Evangelina's breaks that she
25  has taken from January 21, 2014 all the way back to

**Page 166**

1 March 13th of 2013.
2 Q. Do you know what report this system was run from?
3 A. Given that a person doesn't swipe out for -- in
4 Kronos for a break, I would have to assume this came
5 out of Epic.
6 Q. Okay. You're not -- you don't know for sure, or are
7 you --
8 A. I can say for sure it came out of Epic.
9 Q. You can say for sure it came out of Epic?
10 A. Yes.
11 Q. Okay. Can a report like this be run for all
12 housekeepers?
13 A. Yes.
14 Q. Okay. Do you know how the information that forms the
15 basis for this report is collected for housekeepers?
16 A. It's collected in the system.
17 Q. Okay. So sorry. That was an unartful question.
18    Housekeepers are required to dial 61100 and
19 go through this process. We've kind of talked about
20 it a little.
21 A. Yes.
22 Q. To record a break, right?
23 A. Yes.
24 Q. That's an Epic system, correct?
25 A. Yes.

**Page 167**

1 Q. That started you said for housekeepers about a year
2 ago?
3 A. Yes.
4 Q. Okay. So if we look back at the first date of this
5 on March 13, 2013, that was about a year ago, right?
6 A. Yeah.
7 Q. So if we were going to -- if we would kind of look at
8 this report and say that this would record all of the
9 breaks which Ms. Aguilera called in since the Epic
10 system was in place for housekeepers, does that seem
11 correct?
12 A. That is -- that seems correct to me.
13 Q. Okay. And it shows the break time, right?
14 A. Uh-huh.
15 Q. 27 minutes, 35 minutes, some are 251 minutes. She
16 reported yesterday that sometimes she forgets to call
17 back in and tell them that she's no longer on break,
18 and so that's what she thought those larger breaks
19 were. To your knowledge, are these the unpaid
20 breaks, the 30-minute unpaid breaks?
21 A. These would be either -- it doesn't appear to be
22 30-minute breaks. It may be breaks that are part of
23 the pay today, not the 30-minute unpaid. It could
24 be, but the timing is -- the -- some are 20 minutes,
25 some are shorter than that.

**Page 168**

1 Q. How would I know if these breaks are paid or unpaid?
2 A. I don't know.
3 Q. Okay.
4 A. On this report, I couldn't tell you.
5 Q. Okay. So it looks here if you look, there's just
6 one, it looks like one break per day --
7 A. Yes.
8 Q. -- right?
9    And there --
10 A. These appear to be their 30-minute lunch break.
11 Q. Okay. But you can't tell based on this report if
12 they're paid or unpaid?
13 A. I can't.
14 Q. Is there a way that Epic knows? Like, is there a way
15 that we could run a report on Epic to see which
16 breaks these are?
17 A. I don't know that.
18 Q. Okay. Do you know who would know?
19 A. Ms. Thornburg will know.
20 Q. Okay. But if you wanted to -- and I am officially
21 asking you to speculate here. If you wanted to
22 speculate, you think that these are representing the
23 30-minute breaks, the unpaid 30-minute lunch break?
24 A. It appears that way, yes.
25 Q. Okay.

**Page 169**

1 A. And not in every case because it seems like some of
2 them are much shorter than the 30 minutes. There's a
3 couple of them that are 22 minutes, and some of them
4 are much longer as well.
5 Q. Okay. This you said was an Epic report. So if I
6 wanted -- well, if I wanted a report like this for
7 all housekeepers, who could run that report for me?
8 A. The supervisor should be able to do that.
9 Q. So the supervisor has access to this information on
10 Epic?
11 A. Yes.
12 Q. Anybody else?
13 A. Within the department, whoever -- the supervisor or
14 manager who's trained in Epic.
15 Q. Does HR have access to this information?
16 A. No, HR is not trained in Epic.
17 Q. Okay. So Epic is department specific?
18 A. Yes. It's a health -- it's department specific that
19 are -- has to do with patient-related areas. HR has
20 no access. That is the reason why we don't know
21 about Epic and what it looks -- I mean, I only know
22 what it looks like from what was shown to me based on
23 those previous exhibits you had given me.
24 Q. Okay. So Ms. Thornburg would be able to talk to me
25 about this?

Case 2:13-cv-01245-LA   Filed 05/09/14   Page 43 of 69   Document 34-3

Page 170

1  A.  Yes.
2  Q.  Okay.  You weren't working for Waukesha Memorial when
3     Epic was implemented for housekeepers, though?
4  A.  No, I was not.  Or for anyone.  I think it was
5     implemented the same time for everyone.
6  Q.  Oh, okay.  So about a year ago?
7  A.  Yeah.
8  Q.  Okay.  Who was in your position prior to you, if you
9     know?
10  A.  No one.
11  Q.  No one?
12  A.  My position is newly created.
13  Q.  Oh, okay.  Who did your job functions before you?
14  A.  My boss, Phil Kubow, the business partners reported
15     to him directly.
16  Q.  Oh, okay.  So he's happy you're here.  Okay.
17  A.  Let's hope so.
18  Q.  Let's hope so, okay.  In terms of what specific areas
19     specific housekeepers clean and how those assignments
20     are allocated, that's a Ms. Thornburg question as
21     well?
22  A.  Yes.  It's -- their department determines where the
23     needs are.
24  Q.  The department determines the schedules and --
25  A.  Yes.

Page 171

1  Q.  The department determines the agendas for -- well,
2     let me ask this.  If there is a policy change that
3     comes from HR, we talked about that showed up on the
4     I-Net?
5  A.  Yes.
6  Q.  Is there an expectation or a requirement that the
7     department would have a meeting to discuss that
8     change as well?
9  A.  If it impacts the employees, yes.
10  Q.  Okay.
11  A.  The managers are communicated that there is a change
12     and what the changes were in an electronic
13     communication.  They are then to review the policy in
14     greater detail, and if it impacts the employees, it's
15     their responsibility to ensure that the employees are
16     trained and understand the change of the policy.
17  Q.  So I'll give you a hypothetical, and you tell me if I
18     understood what you just said correctly through my
19     hypothetical.  Suppose there's a change in the
20     compensation policy and that is then posted to the
21     I-Net.  Additionally an e-mail goes to all of the
22     managers of the departments whose employees are
23     affected by that change advising them of the change,
24     right?
25  A.  Uh-huh.

Page 172

1  Q.  Yes?
2  A.  Yes.
3  Q.  And then it's the expectation that those managers
4     would communicate that change to the employees in
5     their department that it affects?
6  A.  It is an expectation that they do that, yes.  In
7     addition, if there's a significant enough change to a
8     policy, there's also communication that goes out to
9     all employees as well.
10  Q.  Via e-mail?
11  A.  Via -- there's a publication called ProLeader and
12     ProNews, comes out weekly.  Any communication for
13     leaders comes into ProLeader, and any communication
14     for employees goes into ProNews.  So if there's
15     anything significant, it would be communicated in
16     that manner as well, in addition to reviewing it at a
17     staff meeting.
18  Q.  And is it the expectation that departments will have
19     staff meetings on a regular basis?
20  A.  It's up to each department how often and whether they
21     have them.
22  Q.  Okay.  So I think we looked at a change to the time
23     recording policy earlier, like it was revised in
24     2012, and I think in a situation like that, is that
25     something that comes out in the ProLeader and the

Page 173

1     ProNews?
2  A.  It would have.
3  Q.  Okay.
4  A.  I believe.
5  Q.  Okay.
6  A.  Again, I wasn't there in 2012, but --
7  Q.  Right.  But if I wanted old ProLeader and ProNews
8     documents from that time and I looked at it, it would
9     presumably be in there?
10  A.  Uh-huh.  Yes.
11  Q.  Something like Epic being implemented -- well, I
12     guess let me ask this.  Who would have made the
13     decision -- which department or which leader or
14     officer would have made the department -- would have
15     made the decision to use Epic for housekeepers?
16  A.  I believe that it wouldn't have just been for
17     housekeepers, it may have been for all employees.  It
18     comes from the executive team that they wanted to
19     automate the --
20  Q.  Everything pretty much?
21  A.  Everything, yeah.
22  Q.  Okay.
23  A.  And then as far as who uses it, anybody who has
24     patient access or patient care area uses it.
25  Q.  And so for housekeepers, the need for them to be

Case 2:13-cv-01245-LA    Filed 05/09/14    Page 44 of 69    Document 34-3

**Page 174**

1 involved in the Epic system relates to the fact that
2 they're cleaning patient rooms and patient areas, and
3 so anything that's associated with patients,
4 including the cleanliness of the room and the fact
5 that the room was clean, shows up in Epic?
6 A. Yes.
7 Q. Okay. The pagers, though, are those linked to Epic,
8 or is that better for Ms. Thornburg?
9 A. I think you need to ask her that question.
10 Q. Okay. But as far as you know, they're not linked?
11 A. As far as I know, they're not linked.
12 Q. Okay. They're just like regular pagers, somebody
13 calls them, it beeps, and then the person who has the
14 pager calls the caller back?
15 A. Uh-huh. Yes.
16 Q. Yes?
17 A. Yes.
18 MS. MURSHID: Okay.
19 (Exhibit 47 marked for identification.)
20 BY MS. MURSHID:
21 Q. Do you recognize this document?
22 A. It looks like a request form for either paid time off
23 or leaving for an appointment.
24 Q. So I'm just -- we don't have to talk about, like, the
25 substantive filled-in parts of this sheet. This is a

**Page 175**

1 document that we produced to defendant's attorneys
2 which our client had. I just kind of want to talk
3 about the form itself and where it comes from, if you
4 know. Is this an HR form?
5 A. I do not know whether it is an HR form. It was
6 created -- it's been always in place that I know of.
7 Ever since I've been there, I've seen this form, so
8 it must have been in place in all other departments
9 when there's a person that needs to request time away
10 or must need to complete a request form for time off.
11 Q. Okay. How is this different, if at all, than the
12 manual edit logs that we've been talking about today?
13 A. This appears to be a request in advance.
14 Q. Okay.
15 A. As opposed to the manual edit log, it must happen on
16 the day that they either missed, came in late, or
17 left early or missed a punch.
18 Q. I understand. So if I want to take off to go on
19 vacation and I know when I'm going on vacation, I
20 would use this form to submit it to -- and who does
21 it go to, your manager?
22 A. It would go to your supervisor.
23 Q. Similarly, if I wanted to cancel my vacation, I would
24 use this form to cancel PTO?
25 A. That's right.

**Page 176**

1 Q. Leaving for an appointment, leaving early, leaving
2 late, starting early, starting late, or if I want
3 advanced notice to work through lunch or dinner,
4 right?
5 A. Yes.
6 Q. Or advanced approval, okay.
7 A. Yes.
8 Q. Then I would submit this to my manager?
9 A. Yes.
10 Q. All CNAs, all housekeepers?
11 A. Yes.
12 Q. In -- well, let's -- so I think I understand most of
13 this. I'm starting early, I'm starting late. Then
14 it says trading days. What does that mean, if you
15 know?
16 A. It's possible that a person had asked for time off
17 and may be willing to trade with someone else,
18 someone else would work for them.
19 Q. And then would you notify your supervisor using this?
20 A. Yes.
21 Q. I'm going to work for John Doe?
22 A. Yes.
23 Q. He's trading with me?
24 A. Yes.
25 Q. Now it says here trading days not result in overtime.

**Page 177**

1 What does that mean?
2 A. It means if someone is trading that has already put
3 in, let's say, 30 hours, and the person that wants to
4 trade for 12, it would put that other person to 42
5 hours for the week, therefore it -- they could --
6 they couldn't work more than the difference.
7 Q. 10 hours?
8 A. 10 hours, right.
9 Q. Okay. Okay. And then there's a box over here, it
10 says reason not approved. That suggests to me,
11 correct me if I'm wrong, that the manager has the
12 power to not approve this request?
13 A. That's correct. The manager, if they have other --
14 several people on PTO at the same time, it may be
15 that they need the staff, so, therefore, they would be
16 declined and it would be noted as to the reason why.
17 Q. Is there a set of guidelines that govern when it
18 would be approved versus not approved?
19 A. That would be something based on the department.
20 Q. Nothing written that you know of?
21 A. Nothing that I know of.
22 Q. In contrast, the manual edit logs that we talked
23 about are more like a contemporaneous day-to-day
24 document that people fill out if they forget their
25 badge or something else happens?

Page 178

1 A. That is correct. Not in advance of. This would be
2 in advance of.
3 Q. Okay. Oh. Can you go back to this, 43. I think
4 it's actually underneath your glasses. You kept it
5 in there probably.
6 A. Thank you. You told me to keep it out. You're
7 absolutely right. That's why it was out of order.
8 Q. Okay. This document I think we talked about -- I
9 think you told me who ran this report, maybe.
10 A. This is an all-employee download.
11 Q. Yeah. For CNAs?
12 A. That --
13 Q. Came from Lawson, right?
14 A. It came from Lawson, and PACU is outpatient surgery.
15 Q. ATO yet?
16 A. Yes. It's approved time off, not authorized time.
17 Which is really one of the same, I just didn't want
18 to misspeak.
19 Q. What is the difference between approved time off and
20 personal time off, PTO?
21 A. There is no difference in my opinion. Personal time
22 off -- well, yes, there is. Personal time off is
23 earned.
24 Q. Okay.
25 A. And approved time off is when someone is sent home

Page 179

1 early, but during the time that they are sent home
2 early, they still earn benefits.
3 Q. But not pay?
4 A. And not pay, unless they choose to use paid time off
5 to supplement their time.
6 Q. Okay. Got it. When you say they still earn
7 benefits, though, what does that mean?
8 A. Their benefit does not impact that they earn PTO.
9 Q. Oh. So you accrue PTO on a daily rate?
10 A. On an approved time off, yes.
11 Q. So that --
12 A. Sorry.
13 Q. No. You go. I'm trying to summarize, and I should
14 not do that, so --
15 A. You accrue paid time off based on hours worked.
16 Q. So if you get sent home, you're not penalized --
17 A. That is correct.
18 Q. -- in terms of your ability to accrue paid time off?
19 A. Thus approved time off.
20 Q. Got it. Okay. All housekeepers get ATO and PTO?
21 A. Yes.
22 Q. All CNAs get ATO and PTO?
23 A. Yes. As long as they're benefit eligible.
24 Q. Okay.
25 A. And what that means is if they are part-time or

Page 180

1 above, then they have benefits. If someone's less
2 than part-time or less than half time, they don't.
3 They're not benefitted. If they chose to work only a
4 couple days a week, that's a non-benefitted position.
5 Q. Okay.
6 A. Depends.
7 Q. Is there an hours cutoff that makes them
8 non-benefitted?
9 A. .5, which is 20 hours a week.
10 Q. Okay. So if you work less than 20 hours a week, you
11 are a non-benefitted employee?
12 A. Correct. You still get some benefits.
13 Q. But not ATO and PTO?
14 A. Well, it wouldn't go against them, but, no, they
15 would not accrue.
16 MS. MURSHID: Okay. I understand.
17 (Exhibit 48 marked for identification.)
18 BY MS. MURSHID:
19 Q. Okay. This is the job description -- a couple of
20 them actually, I think. Two for CNAs. My question
21 is -- well, let me start by saying this. Do all CNAs
22 have a job description?
23 A. Yes.
24 Q. Okay. That job description is formulated by the
25 department which they are assigned to?

Page 181

1 A. Yes.
2 Q. In conjunction with Compensation and Benefits?
3 A. Yes.
4 Q. And Sue Oliver, would she be involved?
5 A. In writing the job description?
6 Q. Or having anything to do with it.
7 A. She may help facilitate if there isn't one done to go
8 after the manager that it does get done.
9 Q. Okay.
10 A. Or update it in a timely manner.
11 Q. Okay. So if you flip to the very last page, it says
12 last modified 12-11-2013 by Jane Smeaton?
13 A. Yes.
14 Q. I recognize that name as someone who's coming
15 tomorrow.
16 A. Yes.
17 Q. She's the manager?
18 A. Yes.
19 Q. For 4NW CNAs; is that correct?
20 A. 4 Northwest. That's correct.
21 Q. So they would have worked with Compensation and
22 Benefits to formulate the job description 4 Northwest
23 certified nursing assistants?
24 A. That's correct.
25 Q. And who is Bridget Morstad?

Case 2:13-cv-01245-LA Filed 05/09/14 Page 46 of 69 Document 34-3

Page 182

1 A. She is in Compensation who would have done the
2 compensation analysis on this particular role.
3 Q. Got it. But regardless of which department a CNA is
4 in, they would all have a job description?
5 A. Yes.
6 Q. What type of work do CNAs do?
7 A. They -- a variety of duties.
8 Q. Uh-huh.
9 A. As outlined right here. They basically assist the
10 nurse in caring for the patient.
11 Q. That's what all CNAs do?
12 A. Uh-huh.
13 Q. Regardless of department?
14 A. Uh-huh. They may have something specific to a
15 department, but I don't --
16 Q. So if you worked in ortho/neuro, would you deal with
17 post-op patients more than you would in labor and
18 delivery or something?
19 A. Yes. And some of the procedures may be slightly
20 different because of the specific area of the nursing
21 area.
22 Q. But as a general rule, CNAs are employed by the
23 hospital to assist the nurse with patients?
24 A. That is correct.
25 Q. Is there an educational requirement for housekeepers?

Page 183

1 A. High school.
2 Q. Is there an educational requirement for CNAs?
3 A. Yes.
4 Q. What is it?
5 A. Preferably certified as a nursing assistant.
6 Q. It is not required?
7 A. It is now.
8 Q. Okay.
9 A. But high school education.
10 Q. Okay.
11 A. And training as a certified nursing assistant.
12 Q. Okay. On the job or through, like, a technical
13 college?
14 A. Technical college typically.
15 Q. Okay.
16 A. The organization at Waukesha Memorial does not offer
17 certificate nursing assistant training, so the
18 nursing assistants that are hired are required going
19 forward to be certified.
20 Q. Okay.
21 A. And maintain the certification.
22 Q. Okay. Sounds to me like that reflects a recent
23 change.
24 A. Well, they've always asked for certification, but we
25 did an audit and made certain that there's no lapse.

Page 184

1 Q. Okay.
2 A. And if there was, we asked the person to finish and
3 get certified or recertified.
4 Q. Okay.
5 A. At the organization's cost, by the way.
6 Q. Okay. And that's the same for all CNAs regardless of
7 the department?
8 A. That's correct.
9 Q. Okay. There -- it says on the bottom of my page of
10 this document page 1 of 8, but I only have four pages
11 here. Do you know why that might be the case?
12 A. No, I don't.
13 Q. Okay. I don't know if there's something missing. Do
14 you know how many CNAs are currently employed by
15 Waukesha Memorial?
16 A. I thought it was about 184.
17     MS. MURSHID: I actually think that we are
18 about done, but I just want to go through a couple
19 of things one more time in my office. So if you
20 would give me just a few minutes, I may get you out
21 of here in time.
22     MR. LIED: Great.
23     (Break taken from 3:27 p.m. to 3:35 p.m.)
24     BY MS. MURSHID:
25 Q. Let's look quickly at 46. We talked about this being

Page 185

1 a report that was run from Epic --
2 A. Uh-huh.
3 Q. -- based on housekeepers being required to call in
4 their breaks?
5 A. Yes.
6 Q. Are CNAs also required to call in their breaks?
7 A. I don't know.
8 Q. Okay. Who would know?
9 A. The CNA manager, supervisor, that you will be meeting
10 with tomorrow.
11 Q. Okay. She is identified as the 4 Northwest CNA
12 manager, right?
13 A. Yes.
14 Q. Will she have that information for CNAs generally?
15 A. Yes, she would.
16 Q. Okay.
17 A. Yes, she would.
18 Q. Across all departments?
19 A. Yes, she would.
20 Q. Is that because they're -- all the CNA managers are
21 all the same way?
22 A. Yes, they are.
23 Q. Thank you.
24 A. And they all report within the nursing division.
25 They all report up to the same leader.

Case 2:13-cv-01245-LA   Filed 05/09/14   Page 47 of 69   Document 34-3

**Page 186**

1 Q. Great. Are CNAs required to carry a communication
2 device?
3 A. I do not know.
4 Q. That would be something that Jane would know also?
5 A. Yes.
6 Q. Okay. CNAs use Epic?
7 A. CNAs use Epic.
8 Q. For patient recording?
9 A. That's my understanding.
10 Q. Okay.
11 A. But I don't know if they use it for their own
12 personal, like housekeeping.
13 Q. Okay. So it's not clear whether a report like this
14 could be run for CNAs?
15 A. It's not clear from my perspective. It may be, but I
16 do not know.
17 Q. Okay. So you just said that all the CNA managers are
18 trained together. Did I understand that correctly?
19 A. Well, the CNA managers understand Epic.
20 Q. Uh-huh.
21 A. The CNA managers know what the CNAs' requirements are
22 and how they support the department that they are
23 working on.
24 Q. Uh-huh.
25 A. And how CNAs, if they use Epic, how all CNAs use Epic

**Page 187**

1 regardless of what department they're in.
2 Q. I understand. Okay. And then -- and that's because
3 those CNA managers are within the same reporting
4 structure? Like, do all CNA managers report to the
5 same person?
6 A. They report to different directors who report up to
7 the chief nursing executive.
8 Q. Okay. Like, can we go back to this organizational
9 chart?
10 A. Of course.
11 Q. I think this was way, way on the bottom there. So
12 help me understand where my CNAs are going to fall.
13 A. Okay. The last one, -114.
14 Q. Okay.
15 A. There is a director, Holly Schmidtke.
16 Q. Okay. First I see Chief Nurse Executive, Verna?
17 A. That's correct.
18 Q. And then I see Behavioral Health and Staffing
19 Director, Holly Schmidtke?
20 A. Yes. And underneath her there are different
21 managers.
22 Q. Deborah, Kirk, Corrine?
23 A. Yeah. And each one of those areas would have CNAs
24 working in there.
25 Q. Okay. So System Pool Manager, Behavioral Health

**Page 188**

1 Interim Manager, okay. Interim Nurse Manager. So
2 under behavioral health and staffing is the only
3 place where CNAs fit?
4 A. They would fit under Behavioral Interim Manager and
5 Interim Nurse Manager, Corrine Gresen. In the system
6 pool, I don't know -- well, they could if they have
7 pool CNAs that are called upon to work when there's a
8 shortage of full-time CNAs to do the work.
9 Q. Okay. I understand. So my question, though, is
10 Holly Schmidtke is ultimately responsible for -- as
11 the director -- at the director level?
12 A. Correct.
13 Q. For CNAs?
14 A. Yes, in addition to the nurses and others.
15 Q. Right.
16 A. Yes.
17 Q. But as it pertains to CNAs, she's --
18 A. As a director, she's ultimately responsible.
19 Q. Would you say she's the Randy Sparrow equivalent for
20 CNAs?
21 A. Sure.
22 Q. Yes?
23 A. Yes.
24 Q. Okay. That's very helpful. Thank you. And then
25 ultimately Holly reports to Verna Seitz?

**Page 189**

1 A. Correct, Seitz.
2 Q. Okay. So then all of the policies and procedures in
3 terms of using Epic and communication devices and --
4 for CNAs, the training on those is directed by Holly
5 or one of the managers that reports to her?
6 A. Yes.
7 Q. Okay.
8 A. Same for the next department, Mimi Pfitzinger's area,
9 Trauma/EMS.
10 Q. Are there CNAs there?
11 A. There's CNAs in each one of these areas.
12 Q. Oh, okay. Then I'm misunderstanding. Oh, let's back
13 up.
14 Okay. So there's CNAs in each one of these
15 director's areas?
16 A. That's correct.
17 Q. Okay. So if I wanted -- but I guess what I'm trying
18 to find out is are all CNAs treated the same in
19 terms -- we've talked about a lot of the ways that
20 CNAs are treated the same. They're all hourly,
21 they're all nonexempt, et cetera?
22 A. That's right.
23 Q. They are all subject to the hospital-wide policies?
24 A. That's correct.
25 Q. Okay. And then the training on things like carrying

Case 2:13-cv-01245-LA Filed 05/09/14 Page 48 of 69 Document 363

1 a communication device or using Epic is going to come
2 from one of these director level people?
3 A. That's correct. Except please know that each one of
4 these areas, you know, for consistency purposes, they
5 would all be trained the same.
6 Q. That's very helpful. So all CNAs would be trained
7 the same?
8 A. Yes.
9 Q. No matter which department they're in?
10 A. That's correct.
11 Q. So the fact that I'm talking to Jane Smeaton tomorrow
12 who's under medical/surgical unit as the manager of 4
13 Northwest ortho/neuro, she's going to be able to tell
14 me the policies and procedures that apply to all CNAs
15 at the hospital?
16 A. Yes, she should.
17 Q. Because she was trained and they're all trained the
18 same?
19 A. Yes.
20 MS. MURSHID: Thank you. I think I'm
21 good.
22 MR. LIED: I have just a few questions.
23 MS. MURSHID: All right. Well, I reserve
24 the right to follow up.
25 EXAMINATION

1 BY MR. LIED:
2 Q. Ms. Huppertz, is there any requirement you are aware
3 of that employees must stay on the hospital property
4 during their lunch hour?
5 A. They do not have to stay on the property during lunch
6 hour as long as they swipe out.
7 Q. If you could look at what was earlier marked as
8 Exhibit 15 and page 3, paragraph numbered six on that
9 page as Section C.
10 MS. MURSHID: Hang on one second. I have
11 to find it. 15 you're looking at?
12 MR. LIED: Correct.
13 MS. MURSHID: Okay.
14 BY MR. LIED:
15 Q. If an hourly employee misses the meal break, is there
16 a mechanism to report that?
17 A. Yes. It would be they must indicate that on the
18 clock, on their swipe clock, and/or -- I mean on the
19 log.
20 Q. Okay. And this policy we're looking at, Exhibit 15,
21 it refers to a cancelled lunch function key. If you
22 know, what is that?
23 A. If somebody takes a shortened lunchtime, essentially
24 they have to indicate that they cancelled the lunch,
25 that they didn't take the lunch. So then that would

1 reverse their half an hour that they would not have
2 received as pay. It would be paid because they
3 worked it.
4 Q. And we know that the housekeepers carry a pager and
5 maybe CNAs carry some communication device. What is
6 your understanding of the hospital's reason for
7 requiring that?
8 A. Safety reasons potentially, security, and the ability
9 to reach a housekeeper if there's a stat.
10 Q. We've talked several times today about the manual
11 edit log. Let's say an employee missed a lunch
12 period but forgot to write that down. Is it possible
13 that a supervisor might have noted that situation and
14 still reported that to an editor to be corrected?
15 A. Yes, that's possible. As long as they're aware, the
16 editor can make the change if an employee forgot to
17 do it.
18 MR. LIED: No other questions.
19 FURTHER EXAMINATION
20 BY MS. MURSHID:
21 Q. You talked about a couple of the reasons why
22 housekeepers are required to carry a pager, CNAs
23 require a communication device, and one of them was
24 that safety, security, and if they needed to be
25 reached in case of a stat. Is that what you called

1 it?
2 A. Stat, yeah. Emergency.
3 Q. Okay.
4 A. If there's an emergency need for an extra room to be
5 cleaned because maybe some -- to make the room
6 available for the next person because somebody's
7 coming in because of a huge accident or something.
8 It's just an accident.
9 Q. Sure.
10 A. They may want to make sure that they reach the person
11 and they can quickly clean the room.
12 Q. So in order for them to be available to do that, then
13 they have to monitor that pager?
14 A. What do you mean by monitoring the pager?
15 Q. I mean, they have the pager, and they have to -- if
16 there's an emergency, the only way they would know
17 that is if they're monitoring their pager, right?
18 A. They would hear it.
19 Q. Right. And it's on all the time?
20 A. It's on all the time.
21 Q. Right.
22 A. They don't have to answer it, though, if they are not
23 on work time.
24 Q. Okay. But it's being monitored at all times?
25 A. It's on the person.

Case 2:13-cv-01245-LA Filed 05/09/14 Page 49 of 69 Document 34-3

Page 194

1 Q.  Uh-huh.
2 A.  Because they check it out in the morning, and they
3    turn it in at the end of the day.
4 Q.  Sure.
5 A.  So I don't know if the right word to use is monitored
6    because it's not monitored.  You have it with you,
7    and if there's a stat, the person knows it, whether
8    being paged or whether they look on the Epic system.
9 Q.  Uh-huh.
10 A.  They do not necessarily -- if they -- if they're out,
11    not on paid time during that time that they carry
12    that pager, they do not have to respond during their
13    unpaid time.
14 Q.  Unless it's a stat?
15 A.  I don't know that for sure.
16 Q.  Okay.
17 A.  If it's -- when they're during working hours, if they
18    have a stat, they know that because they get paged.
19 Q.  And -- right.  And so the only way they know that is
20    by keeping the pager on them at all times?
21 A.  Correct.
22 Q.  Okay.  And having it on at all times?
23 A.  Correct.
24 Q.  Okay.  And the same with the communication devices
25    for the CNAs?

Page 195

1 A.  Yes.
2 Q.  It's on them at all times?
3 A.  I believe so.
4 Q.  Okay.  And they are able to respond at all times if
5    needed?
6 A.  If they choose to during the unpaid time, yes.
7 Q.  Because they have that communication device on their
8    person at all times?
9 A.  Yes, yes.
10    MS. MURSHID: Okay.  That's all.
11    MR. LIED: We'll reserve the right to read
12    and sign.
13 (Original exhibits attached to original transcript.)
14 (Copies of exhibits attached to transcripts as requested.)
15    (The deposition concluded at 3:50 p.m.)
16    *  *  *
17
18
19
20
21
22
23
24
25

Page 196

1 STATE OF WISCONSIN )
2 MILWAUKEE COUNTY  )
3    I, JENNIFER M. STEIDTMANN, Registered
4 Professional Reporter, Certified Realtime Reporter and
5 Notary Public in and for the State of Wisconsin, do hereby
6 certify that the preceding deposition of ILDIKO HUPPERTZ
7 was recorded by me and reduced to writing under my
8 personal direction.
9    I further certify that said deposition was
10 taken at Hawks Quindel, S.C., 222 East Erie Street, Suite
11 210, Milwaukee, Wisconsin, on the 15th day of April, 2014,
12 commencing at 10:02 a.m. and concluding at 3:50 p.m.
13    I further certify that I am not a relative or
14 employee or attorney or counsel of any of the parties, or
15 a relative or employee of such attorney or counsel, or
16 financially interested directly or indirectly in this
17 action.
18    In witness whereof I have hereunto set my hand
19 and affixed my seal of office at Milwaukee, Wisconsin,
20 this 21st day of April, 2014.
21
22    JENNIFER M. STEIDTMANN, RPR, CRR
23
24 Notary Public in and for the State of Wisconsin
25    My Commission expires 11/2/2014

Page 197

1 STATE OF _____ )
2 _____ COUNTY )ss.
3
4    I, ILDIKO HUPPERTZ, do hereby certify that I
5 have read the foregoing transcript of proceedings, taken
6 on the 15th day of April, 2014, at Hawks Quindel, S.C.,
7 222 East Erie Street, Suite 210, Milwaukee, Wisconsin, and
8 the same is true and correct except for the list of
9 corrections, if any, noted on the annexed errata sheet.
10
11    Dated at_____, _____
12                  (city)              (state)
13    this _____ day of _____, 2014.
14
15
16
17
18
19    _____
19    ILDIKO HUPPERTZ
20
21
22
23
24
25

**A**

**abide (1)**
163:10

**ability (5)**
99:23;120:20,23;
179:18;192:8

**able (8)**
10:23;107:13;
149:16;159:15;169:8,
24;190:13;195:4

**above (2)**
70:9;180:1

**absence (1)**
10:19

**absolutely (4)**
39:20;87:14,89:22;
178:7

**abused (1)**
152:24

**access (16)**
32:20;35:6,7;36:25;
57:20;58:16,19,21;
74:11;97:4;121:2;
157:6;169:9,15,20;
173:24

**accessed (1)**
59:4

**accident (2)**
193:7,8

**according (1)**
67:11

**accordingly (1)**
62:13

**account (2)**
124:6,7

**accrue (4)**
179:9,15,18;180:15

**accurate (8)**
17:13;36:15;37:16;
100:17;117:16;
119:19;122:24;133:2

**accurately (1)**
31:11

**acting (1)**
17:14;191:19;185:18

**action (3)**
162:18

**action (1)**
196:17

**activity (1)**
75:7

**actual (3)**
143:13,15;150:10

**actually (15)**
27:10;34:23;54:18;
59:15;60:5;69:21;
78:21;180:22;112:6;
140:5;141:21;143:7;
178:4;180:20;184:17

**add (4)**
55:14;102:25;
104:13;142:16

**added (2)**
103:4;104:7

**addition (9)**
13:4;35:7;56:21;
67:15,15;151:24;
172:7,16;188:14

**additional (7)**
8:11,13;48:21;
55:14;90:3;102:20;
106:12

**Additionally (1)**
171:21

**address (3)**
21:7;57:5;113:11

**addressed (2)**
14:12;154:17

**adjourned (1)**
8:14

**adjust (1)**
73:22

**adjusting (2)**
140:24;141:1

**admin (1)**
109:24

**administrative (4)**
69:15;81:8;82:11;
126:1

**advance (2)**
175:13;178:1,2

**advanced (2)**
176:3,6

**advise (1)**
163:1

**advising (1)**
171:23

**affected (1)**
171:23

**affects (1)**

**affixed (1)**
172:5

**after (6)**
58:7;94:10;124:10;
144:3;158:22;181:8

**afternoon (2)**
78:25;85:25

**again (17)**
9:22;34:25;39:1;
45:3;46:16,20;52:25;
64:7;67:8;69:15;
85:23,25;105:6;118:1;
119:14;133:15;173:6

**against (1)**
180:14

**agendas (2)**
162:8;171:1

**ago (7)**
9:8,9,24;10:1;
81:11;101:25;167:2,5;
170:6

**agree (2)**
8:5;122:18

**agreed (1)**
8:10

**Aguilera (12)**
28:18;83:19;84:14;
87:16;102:6;104:21;
107:25;110:17;
115:16;116:4;122:3;
167:9

**ahead (3)**
10:16,21;11:21

**alignment (2)**
81:16;153:10

**all-employee (1)**
178:10

**Allison (1)**
45:8

**allocated (2)**
124:25;170:20

**allowed (1)**
90:2

**allows (1)**
7:18

**almost (1)**
92:5

**Along (2)**
30:24;112:1

**alter (1)**
105:1

**Although (1)**
59:14

**always (7)**
67:14;78:14;95:14;
137:12;161:2;175:6;
183:24

**Ambulatory (2)**
139:12,14

**amended (2)**
9:3;14:2

**amount (1)**
124:10

**Amy (7)**
45:4,5,17,18;110:2;
6,7

**analysis (2)**
133:22;182:2

**and/or (2)**
129:22;191:18

**Angelina (2)**
110:18;139:2

**annual (6)**
40:21;4:7,16;
125:10,12

**Annually (1)**
60:4

**answered (1)**
96:3

**anticipate (4)**
87:5;113:9,14;
130:17

**API (1)**
87:9

**appear (3)**
54:6;167:21;168:10

**appears (2)**
20:18;36:17;70:21;
84:7;86:19;91:3;
117:3;123:22;139:24;
148:1;163:24;175:13

**applicable (6)**
33:25;65:12,16,17,
23;78:3

**applied (1)**
71:22

**applies (13)**
39:11;40:9;43:8;
64:1,3;72:1;75:11;
78:17;80:4;98:23;
151:9,10;165:5

**apply (9)**
24:18,24;26:3;
147:11;150:21;
164:16;165:7,10;
190:14

**appointment (2)**
174:23;176:1

**appropriate (1)**
58:11

**appropriately (4)**
21:4;51:9;100:19;
157:23

**approval (7)**
130:21;142:14;
176:6

**approve (6)**
37:10,10,15;73:3;
153:9;177:12

**approved (10)**
130:19;142:16;
177:10,18,18;178:16,
22;166:4

**approver (2)**
73:4,23

**approves (2)**
107:17;125:13

**Approximately (2)**
133:17,18

**April (3)**
43:18;196:11,20

**archived (2)**
109:1,2

**area (1)**
15:13,20;17:5;
22:11;27:23;150:22;
159:14;173:24;
182:20;21;189:8

**areas (10)**
13:17;17:4;34:13;
169:19;170:18;174:2;
187:23;189:11,15;
190:4

**Arlene (1)**
109:19;110:2,9

**A-R-L-E-N-E (1)**
109:19

**around (1)**
125:6

**arrived (1)**
38:7

**articulated (1)**
101:9

**aspects (1)**
70:3

**assigned (16)**
13:17;16:8;17:10;
18:11;23:5,15,16;
38:17,22;67:9,21;
116:3;135:6;159:14;
160:1;180:25

**assignment (1)**
159:21

**assignments (1)**
170:19

**assist (3)**
29:17;182:9,23

**assistance (1)**
49:14

**assistant (2)**
109:24;24;134:12;
183:5,11,17

**assistants (6)**
16:16,17,23;135:23;
181:23;183:18

**associate (1)**
164:12

**associated (2)**
150:6;174:3

**assume (14)**
10:9;62:3;81:3;
90:23;112:19;116:24;
118:17,24;122:24;
128:3;137:15;148:15,
22;166:4

**assuming (6)**
60:1;61:1;63:16;
65:11;81:1;142:20

**ATO (6)**
141:3,8;178:15;
179:20,22;180:13

**attached (1)**
195:13,14

**attendance (11)**
32:12;80:13,21;
81:2;129:10;144:11;
152:19,20,21;153:23,
24

**attended (1)**
79:12

**attorney (6)**
116:15,5;28:8;
66:22;196:14,15

**attorneys (7)**
7:12;28:24;29:17;
24:30:22;33:3,14;
42:4;175:1

**audit (4)**
101:19,23;110:16;
183:25

**August (1)**
11:17

**authorized (1)**
178:16

**authorizer (10)**
72:6,6,7,7;12;73:2,
5,7;9:17;94:2

**authorizers (1)**
72:8

**authorizes (1)**
94:3

Case 2:13-cv-01245-LA Filed 05/09/14 Page 51 of 69 Document 34-3

**auto (3)**
75:24,25;77:9
**automate (1)**
173:19
**automatically (5)**
77:6,18;112:9;
119:4,18
**available (7)**
7:24,25;52:8;
159:21;161:12;193:6,
12
**aware (24)**
20:24;21:3;39:2;
49:11;53:7;62:23;
74:21;100:12;121:2;
126:5,15,18,21;127:4;
128:4,12,17,20,21;
129:17;151:5;154:12;
191:2;192:15
**away (1)**
175:9

**B**

**back (38)**
8:15;26:17;27:15;
37:17;61:16;62:3;
68:10;70:24,25;75:8;
76:4,5;81:10;82:9,14;
87:18;90:15;95:22,24;
98:11;102:15;105:3;
108:20;111:19;
112:12;116:7;123:7;
147:4;151:12;162:14;
164:24;165:25;167:4,
17;174:14;178:3;
187:8;189:12
**backfill (2)**
132:23;142:16
**background (2)**
50:25;54:6
**badge (14)**
35:2,4,14,21,25;
36:8;38:6,7,13;56:6,
11;83:13;106:21;
177:25
**bank (2)**
124:6,7
**Barb (1)**
136:21
**based (13)**
78:14;85:10;
119:15;124:23;
140:13;144:1;157:23;
165:16;168:11;
169:22;177:19;
179:15;185:3
**Basically (10)**
30:8;32:19;34:25;
48:22;79:5;81:15;
139:11;157:4;161:20;
182:9
**basis (8)**
76:16;122:9,11,13;
152:7;155:1;166:15;

172:19
**becomes (1)**
8:13
**beeps (1)**
174:13
**before (12)**
10:4,6;23:5;40:3;
45:4;100:25;115:22;
125:6;144:12,24;
145:24;170:13
**beginning (1)**
80:5
**begins (1)**
142:19
**behalf (2)**
7:22;8:3
**behavior (1)**
153:5
**behavioral (5)**
137:9;187:18,25;
188:2,4
**belong (1)**
129:14
**benefit (2)**
179:8,23
**Benefits (9)**
32:6;57:22,25;
179:2,7;180:1,12;
181:2,22
**benefitted (1)**
180:3
**Berlowski (8)**
55:5,6;66:21;69:8,
11;70:2;109:22;125:3
**B-E-R-L-O-W-S-K-I (1)**
55:6
**best (3)**
156:12,13;162:12
**better (5)**
14:11;154:17;
160:3;164:3;174:8
**beyond (1)**
70:10
**big (3)**
61:24,24;105:10
**binder (1)**
150:10
**bit (4)**
39:5;59:21;118:2;
119:14
**biweekly (3)**
122:9,11,13
**blank (1)**
45:20
**Blickhahn (19)**
25:21;26:1,1,2,3,8;
48:1,3;55:11,12;58:1;
66:20;69:8;70:8;
71:17;82:24;110:10,
11;142:1
**board (2)**
12:14;125:13
**Bohlman (1)**
136:20
**bonus (5)**

124:21;125:4,10,12,
20
**boss (2)**
82:24;170:14
**both (7)**
8:3;64:18;72:18,19;
163:10;165:2,5
**bottom (15)**
20:5;43:24;50:8;
60:1,2;65:8;81:6;
105:24;106:21;111:1;
124:3,16;158:4;184:9;
187:11
**box (1)**
177:9
**break (27)**
10:13;55:23;75:14,
15,18,20,22;76:25;
78:16,23;109:7,10;
111:5,10,17;112:6;
161:25;162:2;166:4,
22;167:13,17;168:6,
10,23;184:23;191:15
**breaks (16)**
75:8,16;78:8,20;
165:24;167:9,18,20,
20,22,22;168:1,16,23;
185:4,6
**Bridget (1)**
181:25
**bring (2)**
8:15;106:21
**brochure (3)**
49:14,14,20
**brought (1)**
153:2
**budget (5)**
130:6,9,18,20;131:3
**building (5)**
89:13,14;130:4;
164:10,10
**bullet (1)**
51:25
**business (25)**
13:1,10,12,14,17;
15:11,19;16:3,6,18,
22;19:6;23:4,5,15;
65:25;67:9;69:25;
71:1;82:2;109:21;
135:9,10,11;170:14
**businesses (2)**
23:6,8
**button (1)**
112:24
**buy (1)**
36:9

**C**

**Cacciotti (2)**
136:12,21
**call (13)**
7:10;40:5;49:22;
101:8;146:5,16,24;
149:19;160:15;

161:14;167:16;185:3,
6
**called (7)**
7:2;12:3;114:21;
167:9;172:11;188:7;
192:25
**caller (1)**
174:14
**call-in (1)**
146:16
**Calling (1)**
146:19
**calls (3)**
159:19;174:13,14
**came (15)**
27:12;48:8;63:11;
68:25;69:2,7;88:4;
117:21;155:20;166:4,
8,9;175:16;178:13,14
**campus (3)**
75:17;76:24;79:11
**can (74)**
10:13;11:6,9;12:4,
23;19:20;22:12;27:3,
11;33:6;36:9,12;39:7;
44:15;45:19;48:9;
58:16,17;63:1;68:14;
72:5;73:19;75:4,
78:25;80:23;83:1;
86:20,23;87:20;90:7;
99:4,20;103:23;104:1,
2;105:4,6,9,25;107:3;
108:2,7,20;109:7,18;
113:14;114:1;120:12,
15;124:14;125:16;
133:21,21;136:18;
137:3,4;141:4;142:15;
148:16;153:25;155:3,
6;159:19,24;161:25;
163:20,21;166:8,9,11;
178:3;187:8;192:16;
193:11
**cancel (3)**
99:5;175:23,24
**cancelled (9)**
77:25;111:5,11,13,
18;112:7,11;191:21,
24
**candidates (4)**
142:23,24;143:4,8
**capacity (5)**
9:10,11;27:8;117:6;
162:19
**card (3)**
112:23,23;155:6
**Care (9)**
20:3,8;23:13;138:7,
17;139:12,14;141:4;
173:24
**caring (1)**
182:10
**carry (8)**
154:13;155:25;
160:21;186:1;192:4,5,
22;194:11

**carrying (1)**
189:25
**case (26)**
7:13;9:9,12,13;
28:4;54:13;65:23;
68:1;71:5;74:12;
85:21;92:12;112:5;
126:22,24,25;139:2;
144:9,9;147:19,23;
153:4;160:18;169:1;
184:11;192:25
**cases (2)**
47:3;127:2
**cell (1)**
154:14
**center (1)**
146:16
**central (1)**
157:4
**CEO (2)**
12:12;22:6
**certain (15)**
34:10,16;38:23;
40:21;46:22;59:9;
60:22;67:9;77:12;
89:1;100:6;145:23;
146:4;148:7;157:6;
159:14;183:25
**certificate (1)**
183:17
**certification (2)**
183:21,24
**certified (10)**
16:15,17,23;134:12;
181:23;183:5,11,19;
184:3;196:4
**certify (1)**
196:6,9,13
**cetera (2)**
151:13;189:21
**CFO (5)**
26:25;88:15,21;
130:24,25
**chain (2)**
130:21;158:22
**change (35)**
40:14,15,24;41:4;
43:18,20;46:16;51:24;
52:11;54:6;56:15;
59:13;60:6;66:16,17;
68:4,4,7;71:7;93:23,
23;172:4,7,22;183:23;
192:16
**changed (9)**
47:16;50:22,25;
51:22;66:19,22;71:3;
93:24;164:11
**changes (22)**
41:1,15;43:16;47:9;
58:4,7;59:11,13;
60:14,18;63:24;66:12,
14;70:19;82:7,9;
94:17;105:17;163:24;

Case 2:13-cv-01245-LA Filed 05/09/14 Page 52 of 69 Document 363

164:8,12;171:12
**changing (2)**
82:13;129:17
**charge (5)**
13:8,10;66:4,5;
138:4
**chart (9)**
20:2,8;21:9;26:11;
45:19;72:25;132:2;
158:1;187:9
**charts (4)**
13:6;19:16;22:13;
26:13
**check (4)**
58:18;61:15;155:9;
194:2
**checklist (7)**
39:9,16;60:12;62:1;
95:25;148:21;149:2
**checklists (1)**
59:22
**checks (1)**
56:24
**Chief (8)**
12:2;22:16;26:15;
46:10;70:9,11;187:7,
16
**chiefs (1)**
46:15
**children (2)**
138:21,22
**choose (2)**
179:4;195:6
**chose (1)**
180:3
**Chris (3)**
130:10;148:1;
158:20
**Christopher (1)**
21:24
**Cindy (1)**
136:20
**circle (2)**
27:16;55:25
**Civil (1)**
7:18
**claim (1)**
10:19
**clarification (1)**
8:21
**clarifications (1)**
8:20
**clarify (1)**
10:8
**clean (4)**
130:3;170:19;
174:5;193:11
**cleaned (2)**
130:1;193:5
**cleaning (1)**
174:2
**cleanliness (1)**
174:4
**clear (5)**
8:13;62:5;117:11;

186:13,15
**click (1)**
37:4
**client (3)**
86:25,25;175:2
**clipboard (1)**
91:18
**clock (12)**
51:7;77:1;87:9,10;
89:18,20;91:17;113:3;
155:8,8;191:18,18
**clocks (1)**
53:15
**close (1)**
95:7
**CNA (26)**
17:4,17;18:2,9;
47:11;62:13;76:10;
101:12;108:5,6;
110:18;112:15;114:7;
120:15;134:5;135:2,
14;182:3;185:9,11,20;
186:17,19,21;187:3,4
**CNAs (116)**
17:10,14,21,24,25;
24:3,4;25:3,8;26:5;
31:3,23;32:1,15;
33:22,25;34:4;35:25;
36:2;37:18;38:2,5,23;
39:12,14;40:10;41:13,
14;43:10;51:20;
52:19;54:3;55:17;
56:2,6,18;57:9;58:6;
59:19;60:20;61:9;
64:1,2,7,11,18;65:3;
71:23;72:1;74:7;75:2,
11;76:21;77:14;78:5,
15,16;79:15;80:8;
86:23;93:11;94:5;
96:18;97:21;98:10,23;
119:8,9;122:13;
123:14;125:20;129:4;
134:20;135:6,17;
147:14,19;176:10;
178:11;179:22;
180:20,21;181:19;
182:6,11,22;183:2;
184:6,14;185:6,14;
186:1,6,7,14,25,25;
187:12,23;188:3,7,8,
13,17,20;189:4,10,11,
14,18,20;190:6,14;
192:5,22;194:25
**CNAs' (1)**
186:21
**coach (1)**
24:15
**coaching (3)**
13:2;40:3;153:18
**code (9)**
92:19;99:4;115:1;
116:10,23,24;117:1;
118:13,14
**codes (2)**
91:10,13

**collaborating (1)**
67:22
**collaboration (3)**
26:23;66:6,13
**collaboratively (1)**
130:16
**collaborators (2)**
67:1;82:10
**collected (2)**
166:15,16
**college (2)**
183:13,14
**color (1)**
35:16
**column (7)**
84:20;86:3,25;
91:22;116:14;117:8;
134:21
**columns (1)**
91:19
**combine (1)**
42:22
**comfortable (1)**
52:17
**coming (3)**
25:22;181:14;193:7
**commencing (1)**
196:12
**Commission (1)**
196:25
**committee (11)**
59:14;81:8,8,18,19,
24;82:3,6,7,11;142:15
**communicate (4)**
58:24;60:18;
156:13;172:4
**communicated (4)**
59:18;60:10;
171:11;172:15
**communication (14)**
59:3;155:25;
160:21;171:3;172:8,
12,13;186:1;189:3;
190:1;192:5,23;
194:24;195:7
**comp (2)**
26:18;59:11
**compare (1)**
104:2
**comparison (1)**
102:23
**compensated (1)**
26:22
**Compensation (28)**
24:22;25:15,18,19,
22,25;26:7,16,17;
32:6;63:7;66:10;67:5;
69:14,24;71:17;80:13,
14;82:20,21;147:8;
153:15;164:14;
171:20;181:2,21;
182:1,2
**compiles (1)**
34:17
**complaints (11)**

126:1,3,10,14;
128:4,7,10,12,16,24;
129:3
**complete (8)**
32:16,18;57:18;
85:15;93:6;99:1;
149:17;175:10
**completed (2)**
41:9;94:10
**completes (2)**
58:11;93:23
**completing (1)**
149:13
**compliance (7)**
127:8,17,22;128:3;
129:8,19;145:18
**compliant (1)**
129:9
**complied (1)**
70:5
**comply (2)**
64:8;154:9
**complying (1)**
55:18
**computer (1)**
93:25
**computer-based (4)**
40:22,23;42:1;59:2
**concerned (1)**
74:23
**concluded (1)**
195:15
**concluding (1)**
196:12
**concurrently (1)**
103:24
**confines (1)**
156:15
**confirm (2)**
29:4;163:19
**confirmed (1)**
126:9
**conjunction (8)**
27:2;28:25;140:12;
157:18,20;158:7;
164:14;181:2
**connect (1)**
65:21
**considered (2)**
72:11,14
**consistency (1)**
190:4
**consistent (1)**
157:25
**consult (5)**
19:12;24:8;133:7,
11,12
**consultant (1)**
25:6
**contain (1)**
157:8
**contained (12)**
33:25;34:3;43:6;
48:12;51:2;57:3;
102:21;151:14;152:6;

153:1,21;154:4
**contemporaneous (1)**
177:23
**content (11)**
43:16,20;66:16,16,
17;68:7;71:14,18;
82:15;148:11;164:4
**context (1)**
28:22
**continually (1)**
152:24
**continuous (1)**
144:7
**contractor (1)**
35:16
**contrast (1)**
177:22
**conversation (3)**
10:18;109:12,14
**conversations (3)**
28:5;31:5;127:22
**conveyed (1)**
43:7;47:10;55:19
**cooperatively (1)**
8:9
**coordinate (1)**
109:25
**Coordinator (1)**
96:23
**copies (2)**
39:4;195:14
**copy (8)**
33:12;45:22;49:13,
19;63:2;80:22,23;
154:1
**corporate (1)**
7:19
**corporation (1)**
7:20
**corrected (2)**
111:19;192:14
**correctly (4)**
7:8;124:21;171:18;
186:18
**Corrine (2)**
187:22;188:5
**cost (1)**
184:5
**counsel (11)**
8:11;17:8;20:6;
24:15;50:3;59:24;
83:8;110:19;144:22;
196:14,15
**counseling (3)**
13:3;80:1;99:18
**counted (1)**
103:15
**COUNTY (1)**
196:2
**couple (9)**
7:14;28:12;64:6;
72:4;117:11;163:14,
20;169:3;180:4,19;
184:18;192:21
**course (4)**

Case 2:13-cv-01245-LA Filed 05/02/14 Page 53 of 69 Document 34-3

8:23;45:23;129:16;
187:10
**court (1)**
126:1
**covered (5)**
64:14,22;77:24;
78:18;150:4
**create (5)**
32:18;46:6,7;
130:18;157:16
**created (6)**
34:7;46:8;147:22;
164:4;170:12;175:6
**creates (2)**
90:15;157:14
**creation (1)**
148:5
**credited (1)**
112:12
**criteria (3)**
125:5,7,18
**cross-reference (1)**
81:1
**CRR (1)**
196:22
**current (5)**
41:1,3;63:17,18;
70:22
**currently (10)**
11:11;56:2;66:1;
71:25;101:2,3;133:13;
135:3;161:3;184:14
**curriculum (1)**
13:4
**cutoff (1)**
180:7

**D**

**daily (1)**
179:9
**data (16)**
34:10;51:6;57:5,14,
15,16,18,20;58:2;
83:18;87:8,10;102:6;
108:18,25;133:22
**date (23)**
11:16,19;43:15,15,
18;47:15;50:13,16;
52:21;59:25;60:2,2;
63:10,13;68:5,22;
70:19;84:20;91:20;
105:6;110:25;114:25;
167:4
**dates (2)**
102:15;116:7
**dating (1)**
87:17
**Dawn (1)**
136:22
**day (22)**
25:10;32:5,9;35:2;
38:12;42:24;44:12;
48:22;80:5;89:11;
103:7;109:25;116:22;

119:24,25;146:25;
155:14;168:6;175:16;
194:3;196:11,20
**days (7)**
61:2,5,10;118:23;
176:14,25;180:4
**day-to-day (5)**
12:22,25;141:17;
155:1;177:23
**DCMS (1)**
86:4
**deal (2)**
99:18;182:16
**Deborah (1)**
187:22
**Debra (1)**
140:2
**December (6)**
84:18;87:18;91:7;
102:24;112:3;116:8
**decide (1)**
71:9
**decides (1)**
133:1
**decimal (2)**
117:8,14
**decision (2)**
133:4;173:13,15
**decisions (3)**
137:19;141:17;
162:15
**declined (1)**
177:16
**decrease (3)**
140:21,22,23
**deducted (6)**
75:24,25;77:6,18;
112:9;119:18
**deduction (1)**
77:9
**deductions (2)**
122:10;123:24
**deductive (1)**
103:8
**deducts (1)**
119:4
**defendant (1)**
11:11
**defendants (1)**
8:9
**defendant's (4)**
9:2;15:5;29:11;
175:1
**defense (7)**
8:11;20:6;50:3;
59:24;83:8;110:19;
144:22
**Define (1)**
75:15
**defined (1)**
93:16
**definition (1)**
72:5
**deliver (1)**
46:21

**delivering (1)**
47:5
**delivery (2)**
138:15;182:18
**DEP (1)**
124:4
**department (151)**
16:11,12,20,25;
17:16;18:3,6,9,10,13,
15,22;19:4;20:11,15;
21:10,15;22:10,11;
24:7,8,11,19;25:17,18,
19;26:1,9,10,19,23;
30:3;32:21;38:22;
45:11,12;48:16,20;
49:2;54:1;57:12;
60:15,24;63:11;69:3;
72:11,21,23,23;73:6,
16,25;79:21;88:21;
91:4,16,17;94:13;
95:7,19;96:11;97:2,7,
18,23;98:2;100:8;
108:12;113:10;
126:17,20;128:25;
129:25;130:6,14;
131:4,9,12;132:23;
133:22;134:20;
135:16;136:15;
137:21;139:16,17,19;
140:10;141:18,19,25;
142:13;143:1,5,13;
144:5,6;145:14;146:8,
11,19;147:23,23;
148:20,20,22,25,25;
150:12,24;151:1,3,8,
24;152:2,16,21;156:2,
4,8,23;157:15;162:15,
18;163:1,4,6;165:2,5,
7;169:13,17,18;
170:22,24;171:1,7;
172:5,20;173:13,14;
177:19;180:25;182:3,
13,15;184:7;186:22;
187:1;189:8;190:9
**departmental (1)**
149:7
**departments (27)**
17:11,14,21;18:21;
19:12;20:3;22:24;
23:13,14,17,20,24;
24:4;25:8;34:9;67:16;
81:24;99:16;135:6,8;
137:4;146:4,14;
171:22;172:18;175:8;
185:18
**department's (1)**
162:9
**department-specific (10)**
48:19,23;49:10;
145:16;146:4,14;
147:16,22;162:8;
163:10
**department-wide (1)**
147:5
**depends (9)**

23:13;24:23;35:15;
42:20;72:21;85:18;
142:24;144:1;180:6
**deponents (1)**
9:4
**deposed (1)**
9:7
**deposit (1)**
124:6
**deposition (15)**
7:17,19;8:12,14;
9:19,22;14:17;27:18;
28:13;74:22;75:1;
127:19;195:15;196:6,
9
**describe (1)**
155:3
**description (15)**
12:15;134:11,23;
157:12,14,16;163:18;
164:9,16;180:19,22,
24;181:5,22;182:4
**descriptions (2)**
157:25;164:2
**design (1)**
13:4
**designate (1)**
73:7
**designated (5)**
7:23;9:2;14:7;62:6;
79:20
**designates (1)**
7:20
**designation (1)**
33:19
**designees (1)**
47:4
**desire (1)**
144:13
**desired (2)**
138:2,3
**desk (1)**
26:14
**detail (4)**
14:11;114:21;
115:24;171:14
**detailed (1)**
45:24
**determination (2)**
143:5,25
**determine (4)**
140:13;142:12;
152:17;156:12
**determined (2)**
26:18;143:24
**Determines (5)**
74:1,2;170:22,24;
171:1
**determining (1)**
140:8
**development (6)**
12:19;13:3,5,11;
126:21;150:7
**device (7)**
155:25;160:21;

186:2;190:1;192:5,23;
195:7
**devices (2)**
189:3;194:24
**Diagnostics (2)**
21:19,23
**dial (1)**
166:18
**difference (5)**
52:5;91:24;177:6;
178:19,21
**differences (5)**
35:15;105:17;
165:13,19,20
**different (45)**
18:5,6,21;22:11,24,
24;34:13,14,22;35:16;
39:1;42:6;44:22,23;
45:11;52:16;59:25;
68:15,17;72:16;96:14;
101:24;102:1,2,3,8,
14;106:17,19;112:20,
22,25;118:9;119:15;
139:9;143:1;150:4;
159:21;163:17,19,21;
175:11;182:20;187:6,
20
**differently (2)**
85:19;146:21
**dinner (1)**
176:3
**DIR (1)**
124:4
**direct (5)**
10:21;11:24;67:19;
110:7;124:6
**directed (1)**
189:4
**direction (3)**
10:20;70:8;196:8
**directly (13)**
19:6;22:6,25;25:12,
14;55:10;60:14;
88:20;135:23;155:8,
20;170:15;196:16
**Director (15)**
9:18;11:14;13:7;
18:25;21:10,22;131:1;
147:24;158:17;
187:15,19;188:11,11,
18;190:2
**directors (1)**
187:6
**director's (1)**
189:15
**disability (1)**
122:16
**disagreements (1)**
8:20
**discipline (12)**
40:2,3,6;76:14;
80:1;99:17;101:9;
144:2;153:12,23;
154:1,3
**disciplined (3)**

Case 2:13-cv-01245-LA Filed 05/09/14 Page 54 of 69 Document 63

76:13,15,18
**discovery (1)**
8:8
**discrepancy (3)**
39:3;54:2;93:10
**discrimination (1)**
9:13
**discuss (4)**
27:21;68:1;95:20;
171:7
**discussed (3)**
53:17;128:11;147:6
**discusses (1)**
144:6
**discussion (8)**
8:2;15:4;27:17,19;
83:3;121:11;153:10;
161:19
**discussions (5)**
15:1,10;17:8;28:12;
30:1
**disrespect (1)**
12:3
**Disseminated (2)**
145:25;146:1
**dissemination (1)**
59:7
**distinct (1)**
22:24
**distinction (2)**
8:5,6
**distinctions (1)**
165:16
**distributed (2)**
41:19;151:13
**distribution (3)**
124:4,6;125:14
**Division (2)**
22:2;185:24
**docked (1)**
100:20
**document (53)**
13:22,25;19:20;
29:12,18,20;30:2,16;
33:11;34:17;39:25;
40:12,20;46:19;50:6;
62:6;63:6;65:14;66:4,
9;80:10;81:7;83:7,9,
11;90:10,16,24;91:15;
92:23,25;93:7;94:9,
23;101:18,24;110:15;
114:22;120:7,8;145:3;
146:8;148:5,8,11;
153:20;164:25;
165:21;174:21;175:1;
177:24;178:8;184:10
**documentation (3)**
48:21;144:11;
153:10
**documented (1)**
146:21
**documents (24)**
8:16;14:18,19,21;
19:23;28:12,24;31:11;
32:14,22;34:7,12;

42:7;48:14,15,23;
49:2,10,11;145:8;
150:6;158:25;162:5;
173:8
**Doe (2)**
146:24;176:21
**done (15)**
11:4;14:15;38:15;
40:22;41:18;95:20;
117:6;143:22,23;
157:18;159:18;181:7,
8;182:1;184:18
**down (9)**
70:13;86:9;105:5;
111:23;118:2;143:23;
155:12;156:17;192:12
**download (1)**
178:10
**draft (2)**
48:24;63:20
**draw (1)**
18:7
**drawing (1)**
45:20
**due (1)**
63:22
**duly (1)**
7:3
**during (11)**
43:7;75:6;76:24;
129:12;179:1;191:4,5;
194:11,12,17;195:6
**duties (4)**
12:16;61:1;130:2;
182:7

**E**

**EAP (1)**
49:15
**earlier (6)**
53:3;113:22;116:1;
118:25;172:23;191:7
**early (8)**
117:21;118:19;
175:17;176:1,2,13;
179:1,2
**earn (3)**
179:2,6,8
**earned (1)**
178:23
**earnings (2)**
122:22;124:16
**easier (1)**
34:8
**East (2)**
139:11;196:10
**edit (32)**
30:4;38:15,17,18;
39:2,4;52:8;53:1,2,5,
9,19,24;54:1;56:16;
69:20;97:1;99:24;
100:21;101:6;104:17,
19;106:9,25;111:24;
112:17;114:5,10;

175:12,15;177:22;
192:11
**edited (7)**
39:2;40:12;47:9;
86:14,18;93:6;104:4
**editing (3)**
38:14;70:3;72:17
**editor (31)**
38:16,19,24;72:9,
14;73:15;79:17;86:12,
17;87:12;92:22;93:15,
16,24;99:20;100:9,12;
103:4;104:5,12,25;
105:14;107:1,4;
111:12,15,19;112:4;
114:10;192:14,16
**editors (2)**
73:15,21
**editor's (1)**
100:17
**edits (5)**
40:19;73:22;79:4;
92:19;93:21
**education (1)**
183:9
**educational (2)**
182:25;183:2
**Educator (1)**
96:21
**Edwards (2)**
12:10;22:7
**Edwards' (1)**
12:11
**EE (1)**
116:10
**EEM (1)**
103:8
**effect (3)**
71:22;72:1;164:20
**effective (4)**
63:13;68:22;70:19;
150:15
**Effectiveness (3)**
11:14;23:3;25:16
**efficient (1)**
156:13
**eight (7)**
78:7;103:15;
116:16,22;119:1,6;
141:5
**eight-hour (1)**
119:24
**either (15)**
24:15;61:13;79:17;
92:15;100:19;110:2;
117:20;118:8,19;
126:1;154:2,13;
167:21;174:22;175:16
**electronic (3)**
79:6;157:5;171:12
**eligible (3)**
125:7,20;179:23
**elimination (1)**
140:22
**else (20)**

20:14;28:3,7,13;
36:8;46:7;53:6;73:5;
78:17;86:7;121:1,2;
130:13;133:22;
136:19;161:13;
169:12;176:17,18;
177:25
**e-mail (2)**
171:21;172:10
**Emergency (3)**
193:2,4,16
**employed (9)**
11:11;58:8;66:1;
125:6;133:14;135:3;
140:9;182:22;184:14
**Employee (62)**
11:14;12:19;13:2;
23:3;24:13,13,16,25;
25:17;32:10;36:25;
41:2;47:11;48:21;
49:14;51:6;52:7;57:5,
18;58:8;59:4;60:23;
61:6,19,20;62:1;
83:22,23;84:14;91:21,
23,25,25;92:1,4,9;
93:23;95:17,18;99:24;
104:13;112:16;
114:25;116:1,2,12;
122:19,19;134:17;
146:3;150:5,21;151:1;
156:25;157:10;
162:25;180:11;
191:15;192:11,16;
196:14,15
**employee-based (2)**
157:7,8
**employees (72)**
15:24;24:11;27:24;
31:16;32:15;33:17,23,
24;35:24;36:2;37:13,
18,22;39:11,14;41:3,
10,11;42:24;43:7;
48:15;49:11,15;53:23;
57:9,20;58:13,16,24;
59:19;60:11;61:25;
62:16;64:2,8,18;
74:10;75:5;79:6;89:9;
91:20;96:14;97:10,12,
14,19;98:10;109:14;
119:5,17;125:5;
147:12,13,14;148:24;
149:3;150:1,11,16;
152:1;154:8;159:8;
163:1;171:9,14,15,22;
172:4,9,14;173:17;
191:3
**employees' (1)**
28:14
**employee's (4)**
61:7;93:8;100:9,15
**employer (3)**
9:14,16;12:20
**employment (4)**
48:14;128:18,19;
129:1

**empower (1)**
100:9
**end (12)**
25:10;37:14;38:12;
61:21;80:5;94:11,13,
15;95:2;116:8;
155:14;194:3
**enforce (1)**
127:25
**engage (1)**
101:8
**enough (10)**
42:4;49:8;61:14;
115:21;132:10;138:3;
141:4,6;162:9;172:7
**ensure (7)**
62:23;67:10;81:15;
129:19;130:1;145:17;
171:15
**ensuring (2)**
127:8;130:2
**enter (7)**
37:4,9;38:3;57:19;
90:7;91:20;111:15
**entered (4)**
44:6;100:18;
112:16;115:1
**enters (2)**
58:12;79:17
**entire (1)**
97:2
**entity (1)**
7:19
**entries (1)**
103:18
**entry (6)**
105:24;107:4;
111:5,17;114:4;
117:13
**Environmental (13)**
16:19;20:8;21:17,
18;48:24,25;97:23;
129:24;144:23;152:5;
164:10,11;165:1
**Epic (41)**
30:6;156:19,23;
157:1;159:3,7,13,19,
25;160:1,8;161:8,9;
166:5,8,9,24;167:9;
168:14,15;169:5,10,
14,16,17,21;170:3;
173:11,15;174:1,5,7;
185:1;186:6,7,19,25;
25;189:3;190:1;194:8
**equivalent (1)**
188:19
**Erica (4)**
88:22;113:24,25;
128:8
**Erie (1)**
196:10
**essentially (1)**
191:23
**establish (1)**
163:5

Case 2:13-cv-01245-LA   Filed 05/09/14   Page 55 of 69   Document 34-3

established (5)
69:9;123:9;131:4,8;
154:6
establishes (2)
73:24;91:13
establishment (1)
24:18
et (2)
151:13;189:21
evaluate (1)
144:10
evaluation (1)
26:17
Evangelina (3)
28:16;83:19;103:3
Evangelina's (2)
120:9;165:24
even (5)
61:20;68:7;81:13;
159:23,23
event (6)
8:4,1;14:10;41:1;
76:6;153:3
everybody (6)
35:3,14;36:20;
74:21;97:4;121:7
everybody's (1)
33:12
everyone (4)
35:1,1;78:17;170:5
EVS (39)
21:5,10;23:21;24:7,
19;72:11,22,23;73:2,
6,16;91:3,16,17;98:5,
6;115:16;128:25;
130:8;131:4,9,24;
143:7;145:10;146:2,
12;147:23;154:5,8;
155:20;156:1,4,8;
158:13;163:17;164:3,
4,13;165:5
exact (4)
52:21;89:2;133:19;
146:11
exactly (5)
23:19;33:2;83:17;
113:7;137:8
EXAMINATION (3)
7:5;190:25;192:19
examined (1)
7:3
example (6)
34:13;102:22,23;
122:6;146:23;159:15
examples (1)
79:10
Excel (4)
87:20;108:7;
114:21;120:17
Excellent (2)
11:16;61:4
Except (2)
133:2;190:3
excerpt (1)
110:19

excerpted (1)
50:7
executive (4)
70:10;173:18;
187:7,16
exempt (3)
37:13;41:12;64:12
Exhibit (49)
13:19,21;19:18;
29:8,10;30:14;33:9;
42:2;49:22,23;63:1;
68:20;70:16;71:22,25;
80:17,19;83:4,6;90:8;
96:4;101:16,24;102:1;
105:3,10,14,16,23;
106:11;107:3,9,19;
108:2;110:13;114:13,
18,20;120:3;134:6;
144:20;158:24;
163:15;164:22;
165:21;174:19;
180:17;191:8,20
Exhibits (6)
68:13;101:25;
120:23;169:23;
195:13,14
exist (1)
81:6
expect (1)
9:5
expectation (16)
39:21;60:17;98:15,
18;101:7,12;104:23;
149:1;151:3;154:8;
163:8,8;171:6;172:3,
6,18
expectations (4)
106:8;146:7;147:9;
152:1
expected (5)
34:4;36:3;64:8;
99:1;150:17
expert (4)
69:24;71:14,15;
113:3
experts (1)
71:17
expires (1)
196:25
explained (1)
21:14
explanation (1)
150:20
explanatory (1)
138:9
exportable (1)
120:17
exported (2)
87:20;108:7
extends (1)
141:22
extent (2)
147:21;164:7
external (1)
87:9

externally (2)
132:25;142:19
extra (3)
119:20,25;193:4

**F**

facilitate (5)
34:23;45:13;
109:13,25;181:7
facilitated (1)
44:14;62:21;149:22
facilitating (1)
110:3
facilitator (1)
44:23
facility (2)
75:6;130:3
fact (5)
71:7;155:25;174:1,
4;190:11
fail (1)
152:15
failure (1)
152:7
fair (2)
49:8;138:3
fairly (1)
27:3
fall (6)
20:20;24:3,4;110:9;
135:8;187:12
falls (3)
21:18;110:7;127:12
familiar (10)
50:4;74:17,19;
117:25;129:18;149:3;
151:19,20;154:25;
162:8
familiarity (1)
161:18
Family (1)
116:12
far (13)
38:5;60:7;68:5;
74:22;84:20;93:4;
97:17;100:24;130:25;
134:25;173:23;
174:10,11
Farr (3)
26:15,25;27:7
fat (1)
105:10
February (7)
41:9,10;84:24;85:5;
102:18;104:20;117:13
Federal (6)
7:17;70:6;127:6,9,
17;129:8
feeds (1)
51:8
feel (3)
21:13;31:10;138:6
felt (1)
52:17

few (7)
32:7;59:25;117:4;
145:8;163:18;184:20;
190:22
file (4)
28:14,15;61:3,7
filed (1)
126:4
filings (2)
126:17,20
fill (1)
177:24
filled-in (1)
174:25
fills (2)
142:13,18
final (1)
143:5
finalized (1)
63:22
finally (1)
8:7
Finance (7)
88:19;130:23,24;
131:1;140:16,17;
142:14
Financial (3)
26:15;124:24;
125:13
financially (1)
196:16
find (4)
68:18;136:9;
189:18;191:11
finds (1)
142:25
fine (10)
7:11;10:12;42:7;
61:14;62:8;87:15;
89:5;95:13;105:21;
115:21
finish (4)
10:4,5,6;184:2
fired (4)
132:12,14,16,18
firm (1)
129:16
first (29)
7:3;10:2;20:4,6;
26:16;29:11;32:5;
40:3;42:9;43:21;
48:22;50:6,15;51:3,
22;68:19;76:16;
105:5;116:14;117:11;
131:14,21;135:2,18,
19;143:13,15;167:4;
187:16
fit (2)
188:3,4
fits (3)
22:1;47:21,23
five (1)
118:4
five-minute (1)
161:25

flavor (1)
81:17
flip (6)
64:6;111:3;116:19;
122:16;124:14;181:11
float (2)
139:25;140:1
floaters (1)
140:2
floor (10)
96:12,13;100:4;
137:2,8,11,12,17,18,
23
Flottum-Zurcher (1)
139:15
FLSA (1)
37:20
FML (2)
103:7;116:10
FMLA (8)
103:9,16,19,23;
116:16,20;117:2,3
folder (1)
52:2
folks (1)
142:9
follow (6)
34:5;39:21;40:6;
152:7,11;190:24
followed (4)
106:7;111:22;
144:12;152:22
following (2)
99:12;153:6
follows (1)
7:4
Food (1)
158:16
footnotes (1)
95:14
forget (4)
45:3,8;89:23;
177:24
forgets (1)
167:16
forgot (9)
79:11;98:14;104:7,
13,18,21;106:21;
192:12,16
form (15)
58:11;60:12,22;
61:4;62:16;97:25;
142:13;174:22;175:3,
4,5,7,10,20,24
format (5)
63:20;81:18;102:3,
8;164:6
former (1)
71:2
forms (3)
34:10;60:4,7,7;
166:14
formulate (1)
181:22
formulated (1)

Case 2:13-cv-01245-LA Filed 05/02/14 Page 56 of 69 Document 34-3

180:24
**forward (3)**
27:25;28:2;183:19
**four (2)**
142:24;184:10
**frequency (1)**
109:3
**fresh (1)**
67:14
**front (2)**
46:17;121:15
**fruition (1)**
142:7
**full (4)**
11:6;27:15;32:9;
55:25
**full-time (1)**
188:8
**function (4)**
24:9,10;78:1;
191:21
**functions (4)**
24:6;79:23;161:22;
170:13
**further (4)**
118:2;192:19;
196:9,13

**G**

**gastrointestinal (1)**
139:4
**gather (1)**
43:4
**gave (2)**
13:8;146:23
**general (1)**
182:22
**generalists (2)**
13:14;45:1
**generally (4)**
9:12,13;93:3;
185:14
**Geneva (1)**
136:22
**gets (8)**
35:1,3,14;61:4;
62:2;66:5;83:23;
95:18
**GI (1)**
139:4
**given (12)**
19:24;29:1;68:16,
17;110:18,20,23;
128:3;141:6;150:10;
166:3;169:23
**gives (4)**
34:20;36:25;79:10;
92:3
**glasses (2)**
83:20;178:4
**global (1)**
119:16
**globally (2)**
64:7;155:24

**goal (1)**
124:24
**goals (1)**
125:13
**goes (16)**
32:10;36:20;46:17;
57:19;82:9;87:12;
93:24;95:22,24;
130:21;142:13,23;
156:17;171:21;172:8,
14
**Good (6)**
7:7;19:15;44:24;
102:22;132:10;190:21
**gosh (1)**
9:24
**govern (1)**
177:17
**grammar (1)**
81:16
**granted (1)**
78:14
**great (3)**
115:23;184:22;
186:1
**greater (1)**
171:14
**Greeson (1)**
136:23
**Gresen (1)**
188:5
**group (2)**
81:13;157:21
**guess (26)**
21:13;34:8;36:23;
40:12;51:25;56:22;
57:11;64:7,21,22;
69:1;72:21;75:21;
77:13;81:11;94:20;
95:7;101:8;103:8;
120:19;137:22;
143:25;145:19;164:9;
173:12;189:17
**guidance (2)**
17:23;131:19
**guide (1)**
24:15
**guideline (1)**
151:24
**guidelines (7)**
146:5,15,16,18;
148:25;154:9;177:17
**guy (2)**
61:24,24

**H**

**half (8)**
119:1,4,17,20,25;
123:5;180:2;192:1
**hand (1)**
196:18
**handbook (13)**
144:23;145:16;
146:3,5;147:16;

151:12;152:6,7;153:1;
154:4,10,13;162:25
**handed (1)**
164:25
**Hang (1)**
191:10
**happen (3)**
44:10;79:10;175:15
**happened (3)**
11:19;118:18,19
**happens (6)**
66:24;76:17;94:9,
22;95:2;177:25
**happy (1)**
170:16
**hard (1)**
109:16
**Hause (2)**
70:25;71:10
**Hawks (1)**
196:10
**head (10)**
10:11;18:8;23:19;
25:20;73:25;98:22;
121:25;133:16;
136:19;137:10
**Health (9)**
96:23;137:9;
156:25;157:5,5;
169:18;187:18,25;
188:2
**Healthcare (1)**
138:6
**hear (3)**
15:7;28:9;193:18
**heard (1)**
128:5
**heart (1)**
138:6
**held (8)**
42:13,15,16,17,17;
57:6;83:3;121:11
**help (6)**
34:23;37:6;131:18;
152:16;181:7;187:12
**helpful (5)**
19:15;97:11;
104:19;188:24;190:6
**helps (1)**
109:24
**hereby (1)**
196:5
**herein (1)**
7:2
**hereunto (1)**
196:18
**herself (1)**
86:5
**hey (1)**
66:22
**High (2)**
183:1,9
**highlighted (1)**
136:12
**hire (7)**

11:16,19;33:18;
116:5;132:24;142:8;
143:6
**hired (5)**
42:20,21;57:17;
148:13;183:18
**hires (1)**
31:20;141:21
**hiring (1)**
144:14
**histories (1)**
57:8
**hold (3)**
18:5;155:21,22
**Holly (5)**
187:15,19;188:10,
25;189:4
**home (5)**
23:13;141:7;
178:25;179:1,16
**honestly (3)**
10:24;90:19;105:18
**honor (1)**
99:24
**hope (3)**
61:10;170:17,18
**hospital (28)**
17:4,11;18:21,22;
22:2;35:6,7;56:9,12;
93:4,23;101:7;106:8;
111:23;119:4;131:5;
135:22;137:23;
140:14;151:7;156:19,
23;162:20;163:9;
165:11;182:23;
190:15;191:3
**hospitals (1)**
165:5
**hospital's (1)**
192:6
**hospital-wide (10)**
26:3,4;145:18;
147:5,10;149:4;
155:17;163:11;
165:10;189:23
**hour (11)**
109:8;111:1;119:2,
5,17,20,25;123:5;
191:4,6;192:1
**hourly (14)**
37:18,22;64:12;
75:5;79:5;97:10,12,
19;112:16;119:17;
123:11,14;189:20;
191:15
**hours (44)**
37:5,9,14;51:14;
65:1,6;85:22;103:12,
15;115:2;116:13,15,
16,22;117:1,7,8,14,17,
18,18,22,22;118:3,4,5,
22;119:6,23;122:24;
123:8,16,17,19;141:5;
177:3,5,7,8;179:15;
180:7,9,10;194:17

**housed (1)**
131:11
**housekeeper (20)**
24:24;47:11;62:12;
75:13;76:7,12,25;
98:3,6;101:4;108:3,4;
112:15;114:7,8;
120:13;134:3;143:20;
164:12;192:9
**housekeepers (111)**
16:15,17;20:11,20;
21:1;25:1,2;26:5;
31:19,22,25;32:15;
33:22;34:1,4;35:20;
36:3;37:22;38:2,5,20,
22;39:12,15;40:10;
41:13,43:8;51:18;
52:19;54:3;55:17;
56:2,6,18;57:9;58:6;
59:19;60:20;61:9;
64:3,4,8,11,18,22;
71:23;72:1,7,23;74:6,
13,24;75:11,21;76:20,
21;77:2,14;78:3,9;
79:15;80:8;85:16;
86:21;93:13;94:7;
98:9,15;119:10;
122:11;123:8;125:4,
22;131:9,11,14;
133:13;134:15;140:6,
9;141:21;144:15,18;
147:11;154:13;
157:12;158:3;160:9,
20;161:10,14;162:6;
163:9;164:17;166:12,
15,18;167:1,10;169:7;
170:3,19;173:15,17,
25;176:10;179:20;
182:25;185:3;192:4,
22
**housekeeping (8)**
23:16;24:6;41:14;
143:8;144:9;159:15;
164:9;186:12
**houses (1)**
51:6
**HR (88)**
12:25;13:14;15:23;
16:6,8,18,22;17:22;
19:3,6;21:15;22:9,10,
11,12,16,19,23;24:6,8,
9;25:6;26:18,24;27:2;
32:4;34:9,11,11,17,
20;40:20;45:2;47:23;
48:24;49:5;56:21;
59:13,14,16;60:7,12,
15,18;61:2,7,16;62:3,
12,15,20;63:11;64:15;
65:25;68:25;70:9;
71:1;73:24;82:2;88:4;
100:8;109:21,24;
117:6;133:7;135:9;
140:24,25;141:25;
144:8;145:23;149:16,
22,24,25;153:9;

Case 2:13-cv-01245-LA Filed 05/09/14 Page 57 of 69 Document 34-3

155:18;157:19,20;
164:6,14;165:10;
169:15,16,19;171:3;
175:4,5
**HRIS (1)**
51:6
**HUC (1)**
96:23
**huge (1)**
193:7
**human (10)**
9:18;13:9;22:16;
24:22;25:22;127:10,
11;129:15;145:17;
157:9
**HUPPERTZ (4)**
7:2;11:8;191:2;
196:6
**H-U-P-P-E-R-T-Z (1)**
11:10
**hypothetical (2)**
171:17,19

**I**

**I-9s (2)**
32:16;48:13
**ID (12)**
35:1,3,14,20,25;
36:8;91:21;92:3,9;
115:25;116:1;155:13
**idea (1)**
12:18
**identification (20)**
13:19;19:18;29:8;
30:14;33:9;42:2;
49:23;83:4;90:8;96:4;
101:16;110:13;
114:18;120:3;134:6;
144:20;163:15;
164:22;174:19;180:17
**identified (4)**
33:4,16;38:23;
185:11
**identifier (1)**
83:21
**identify (2)**
159:13,15
**ILDIKO (7)**
7:2,9,10,10,11;11:8;
196:5
**I-L-D-I-K-O (1)**
11:10
**impact (1)**
179:8
**impacts (2)**
171:9,14
**implement (1)**
62:16
**implementation (1)**
156:7
**implemented (4)**
154:23;170:3,5;
173:11
**impressive (1)**

26:12
**improve (1)**
132:20
**improvement (5)**
132:19;144:3,4,7;
152:4
**inaccurately (1)**
100:11
**include (6)**
32:25;34:15;50:10;
97:21;143:3;148:12
**included (4)**
34:11,16;41:16;
52:6
**includes (3)**
25:1,2,3
**Including (14)**
31:22,23;36:2;
39:12,14;41:12,13,14;
67:4;75:8;130:23,24;
150:20;174:4
**incorrect (1)**
33:19
**incorrectly (1)**
17:9
**increase (1)**
140:19
**indicate (2)**
191:17,24
**indicated (2)**
98:20,21
**indicating (1)**
99:2
**indirectly (1)**
196:16
**individual (6)**
7:21;53:25;83:15,
16;93:5;94:21
**individuals (7)**
7:22;14:12;16:9,12;
82:14;109:13;132:3
**I-Net (11)**
37:4,9;58:23,23;
59:5,15;81:14,20;
84:3;171:4,21
**inferring (1)**
111:18
**information (56)**
8:12,23;11:21;
29:24;31:2,10,12;
32:18,25;33:24;34:10;
38:1;39:15;40:18;
43:6;47:10;48:12;
51:2;54:23;55:15,18;
57:3,16,22;59:7,18;
66:25;79:13,18;86:16;
90:3;101:6;102:21;
106:12;107:8;113:4,
11;124:7;126:3;
129:16,19;136:9;
147:8;148:12;149:7;
150:10;151:14;152:6;
153:1;154:4;157:8,9;
166:14;169:9,15;
185:14

**informed (1)**
17:7
**initial (2)**
58:2;61:18
**initials (1)**
93:15
**inner (3)**
162:9;163:3,5
**in-punch (2)**
104:7,13
**input (9)**
66:7,8,17,20,20,21;
69:17;71:9;130:13
**inputs (2)**
58:1;111:12
**instance (5)**
46:3;82:12;125:19;
153:2;162:25
**instituted (1)**
27:1
**instruct (1)**
55:14
**instructed (2)**
53:9,11
**instructing (1)**
53:23
**instruction (2)**
95:16;147:16
**instructions (2)**
36:25;147:22
**integration (1)**
32:10
**intensive (1)**
138:17
**interested (1)**
196:16
**interim (5)**
132:21;188:1,1,4,5
**internal (3)**
56:21;65:9;126:14
**internally (3)**
126:11;132:24;
142:18
**interpret (1)**
116:21
**interrogatories (2)**
29:12;30:19
**interview (5)**
141:22;142:21;
143:2,3,4
**into (25)**
7:14;14:11;27:11;
32:19,20;48:5;56:8;
57:14;58:12;60:10;
62:3;66:7,8;79:18;
84:3;92:4;93:25;
95:18;100:18;124:6;
155:5;159:19;160:8;
172:13,14
**intranet (3)**
37:3;58:16;81:15
**introduction (1)**
34:25
**investigate (1)**
31:8

**involved (6)**
16:13;70:2;145:23;
157:22;174:1;181:4
**involvement (1)**
148:4
**IP (1)**
113:11
**issue (5)**
9:10;16:9;24:13,14;
56:24
**issued (1)**
91:25
**issues (5)**
13:2;15:24;17:22;
27:25;144:8
**Item (2)**
121:23;124:16
**iterations (1)**
163:19

**J**

**Jane (4)**
136:23;181:12;
186:4;190:11
**janitorial (1)**
20:23
**January (10)**
41:9;42:10;43:17;
54:11;68:22;70:20;
91:7;94:22;122:6;
165:25
**JENNIFER (2)**
196:3,22
**Jenny (1)**
11:9
**Jenny's (1)**
10:3
**job (34)**
9:17;11:13;12:1,15,
16;13:8;16:3;17:25;
20:14;47:2;48:22;
61:1;72:10,24;88:23;
96:20;135:25,25;
157:12,14,16,25;
163:18;164:2,9,16;
170:13;180:19,22,24;
181:5,22;182:4;
183:12
**jobs (1)**
157:10
**job-titled (1)**
96:14
**John (3)**
22:3;146:24;176:21
**July (1)**
63:13
**June (1)**
106:25

**K**

**Karen (3)**
136:11,18,20
**keep (3)**

67:10;117:22;178:6
**keeping (3)**
74:11;147:8;194:20
**kept (5)**
91:15,17;94:13;
95:21;178:4
**key (1)**
191:21
**kind (29)**
7:15;12:22;19:20;
20:23;27:10,21;29:6;
33:6;34:21;35:20;
42:4;50:3;64:5;70:13;
72:4;75:8;77:24;
92:24;106:12;113:4;
120:6;121:13;146:20;
158:21;163:20,21;
166:19;167:7;175:2
**kinds (1)**
57:3
**Kirk (1)**
187:22
**knowledge (5)**
69:23;73:9;100:8;
129:7;167:19
**known (1)**
137:17
**knows (4)**
62:12;90:3;168:14;
194:7
**Kronos (40)**
35:12;36:3,14;37:1,
3;38:6,7;50:7;51:7,10;
52:18,20;56:1,8,12,
22;57:15;74:7;77:1,5;
79:18;84:10;88:9;
92:23;93:25;101:5;
102:12;108:19;111:9;
112:23,24;113:3,7;
114:16;115:8;147:9;
155:8;156:21;165:14;
166:4
**Kronos-specific (1)**
50:1
**Kubow (9)**
11:25;12:7;19:9,9;
22:17,23;25:14;46:14;
170:14
**K-U-B-O-W (1)**
12:6

**L**

**lab (2)**
23:11,20
**Labor (3)**
126:18;138:15;
182:17
**lack (1)**
164:3
**laid (3)**
21:14;26:13;158:1
**lapse (1)**
183:25
**larger (1)**

Case 2:13-cv-01245-LA   Filed 05/09/14   Page 58 of 69   Document 34-3

110:15;167:18

**last (28)**
12:4,5;15:16;28:16;
29:14;30:20;45:5;
51:24,25;54:10;55:1;
65:8;70:20;74:10;
80:10;87:17;109:4,5;
114:1;120:22;124:16;
135:18;142:2,5;148:9;
181:11,12;187:13

**late (8)**
105:25;106:9,13;
117:21;175:16;176:2,
2,13

**later (1)**
140:5

**latest (2)**
164:18,19

**Laura (3)**
142:6,6,7

**law (2)**
60:7;66:22

**laws (4)**
66:13;127:9,18;
129:8

**Lawson (20)**
51:5,6,8,12,14,15,
16;52:24;56:1,20,25;
57:4;58:16;92:1;
120:11;133:25;142:3;
156:21;178:13,14

**lawsuit (2)**
16:9,13

**LDRP (1)**
138:14

**lead (3)**
131:16,16;152:15

**leader (9)**
62:1,18;131:15;
144:6;149:21,22;
157:15;173:13;185:25

**leaders (13)**
13:1;17:21,24,25;
62:23;81:13,21;
147:23;158:7,8,10;
162:18;172:13

**leadership (6)**
12:19;13:3,5;
149:19;150:6,8

**lead's (1)**
131:18

**learned (1)**
31:12

**learning (4)**
40:22;41:4;42:1;
59:2

**least (2)**
108:20;148:11

**leave (10)**
68:11;75:6;76:2,13;
89:10;98:10;103:16,
23;116:12;141:7

**leaves (1)**
75:13

**leaving (4)**

**left (12)**
76:7;80:6;84:20,23;
89:12,13,14;98:16,24;
99:8;117:21;175:17

**legal (2)**
129:12,16

**less (3)**
180:1,2,10

**level (5)**
130:19;144:6;
162:15;188:11;190:2

**LIED (20)**
8:21;45:22;55:1,22;
62:5,8;63:3;80:24;
89:18;90:2,5;109:9;
162:1;184:22;190:22;
191:1,12,14;192:18;
195:11

**lightly (1)**
121:4

**limited (2)**
121:3;161:18

**Lindsay (3)**
70:25;71:4,10

**line (6)**
15:25;74:10;118:7;
124:16;131:21,24

**lines (2)**
16:2;112:1

**linked (3)**
174:7,10,11

**links (1)**
59:2

**Lisa (16)**
15:15;23:16;30:3;
87:25,25;88:1,7,8;
128:11,12,24;133:12,
21;144:10,10;145:5

**list (3)**
135:2;148:16;
165:24

**listed (10)**
14:3;39:16;83:15;
84:17;91:4;92:11;
113:12;115:25;
125:24;147:9

**litigation (3)**
28:23;127:4,6

**little (12)**
20:5;39:5;59:21;
102:14;118:2;119:14;
140:4,5;155:7,12,13;
166:20

**located (1)**
56:8

**log (22)**
30:4;38:16;39:5;
53:24;56:16;79:13;
92:4;97:1;99:9;101:6;
104:17,20;106:9,25;
111:24;114:5,10;
155:9;159:19;175:15;
191:19;192:11

**log-in (1)**

**155:9**

**logistics (1)**
45:1

**logs (14)**
30:4;37:14;52:8;
53:1,2,5,10;54:1;
73:22;100:21;112:17;
159:19;175:12;177:22

**Long (17)**
10:1,14;52:18,20,
24;99:9,12;100:21;
104:17;125:6;153:6;
154:18;160:19,20;
179:23;191:6;192:15

**longer (3)**
148:9;167:17;169:4

**look (41)**
13:22;22:16,19;
35:18;44:14;45:19;
46:23;50:3,15;60:4;
63:1;68:14,19;70:16,
24;76:11;83:18;
90:24;102:21,24;
105:3,22;106:21;
107:3;110:24,25;
112:14,25;113:8;
114:5;117:7;118:1;
122:15;124:3;153:15;
167:4,7;168:5;184:25;
191:7;194:8

**looked (9)**
83:20;101:25;
104:19;110:16;
120:23;153:16,17;
172:22;173:8

**looking (16)**
21:19;22:1,5;62:6,
9;69:3;74:5;93:17;
107:5;111:7,16;
114:13;116:14;
134:19;191:11,20

**looks (38)**
20:2,7;36:14;39:8;
43:22;48:9;50:7,21;
51:23;52:6;65:9;
78:18;84:24;85:24;
91:8;92:11;103:4,7;
104:4;114:25;115:8;
116:7;117:8,13;120:9;
121:20;122:15;
123:19;124:3;134:11;
135:12;136:23;
165:24;168:5,6;
169:21,22;174:22

**Lori (3)**
141:23,24;142:3

**lot (6)**
12:17;23:11;54:11;
145:7;157:2;189:19

**Lots (2)**
40:22;41:24

**lower (1)**
136:12

**lunch (23)**
36:9;77:25;89:10,

12;98:11,16,24;99:5,
5,8;111:24;112:17,24;
119:18;168:10,23;
176:3;191:4,5,21,24,
25;192:11

**lunchtime (1)**
191:23

**Lyman (1)**
140:2

## M

**machine (1)**
112:24

**maintain (1)**
183:21

**major (1)**
60:6

**majority (2)**
110:1,6

**makes (5)**
40:20;93:25;
137:19;143:25;180:7

**making (8)**
10:3;34:25;66:5;
67:11;69:12;70:5;
110:12;161:24

**Man (1)**
110:11

**manage (4)**
24:11;156:12;
157:4;159:7

**managed (6)**
24:22;57:11;59:6;
137:18;164:2,6

**management (5)**
82:1,5;129:14,15;
154:5

**manager (70)**
18:1,23;21:5;24:10,
14;47:2;48:3,20;55:8;
58:9;60:15,17;61:4;
69:18;70:3;72:9,10,
24;88:22,24,24;89:4;
99:20;109:21;113:21;
130:14;131:20,25;
135:9;136:3,11,14,20,
21,22,23,25;137:11,
24;142:13,25;143:13;
144:5;147:24;148:23;
149:12,15;150:13,15,
25;153:3;157:15,16;
158:14;164:13;
169:14;175:21;176:8;
177:11,13;181:8,17;
185:9,12;187:25;
188:1,4,5;190:12

**managers (27)**
60:11,25;61:15;
62:15;81:23;95:25;
99:16;136:24;145:10;
149:2;150:5;152:5;
155:20;162:19;164:3,
4;171:11,22;172:3;
185:20;186:17,19,21;

12;98:11,16,24;99:5,
5,8;111:24;112:17,24;
119:18;168:10,23;
176:3;191:4,5,21,24,
25;192:11

**lunchtime (1)**
191:23

**Lyman (1)**
140:2

**187:3,4,21;189:5**

**manager's (3)**
60:21;95:19;144:13

**managing (3)**
130:8;131:3;150:1

**mandatory (1)**
32:12

**manner (3)**
8:10;172:16;181:10

**manual (34)**
38:15;39:4;53:2,5,9,
19,24;54:1;56:15;
73:22;79:3,13;90:12;
91:3;95:5;96:6;97:1,6,
17;98:16;99:1,24;
100:21;105:17;106:9,
25;111:24;114:5,10;
155:9;175:12,15;
177:22;192:10

**manually (4)**
37:9;38:3;79:7;
112:16

**many (13)**
17:2;18:5;23:14,15,
17;42:20;51:14;
62:21;67:10;103:13;
134:3;142:25;184:14

**March (5)**
68:23;86:9;135:3;
166:1;167:5

**Marian (2)**
21:6;73:12

**marked (25)**
13:19,21;19:18;
29:8;10;30:14;33:9;
42:2;49:23;62:25;
83:4,6;90:8;96:4;
101:16;110:13;
114:18;120:3;134:6;
144:20;163:15;
164:22;174:19;
180:17;191:7

**Mary (6)**
65:24;67:16;69:13,
22,23;71:11

**Mary's (2)**
66:14;69:15

**matches (1)**
105:9

**materials (1)**
147:10

**matter (5)**
71:14;112:16;
118:11;119:23;190:9

**may (66)**
8:15;9:20;21:3;
34:10,12;35:16;43:13,
16;47:4;48:16,19;
49:2,10,17;52:16;
65:20;66:14;67:16,17,
21;68:7,10;69:20;
73:7;80:19;82:9;
85:18,21;86:14;87:23;
100:3,12;102:20;
104:10;112:6;113:11;

Case 2:13-cv-01245-LA Filed 05/09/14 Page 59 of 69 Document 34-3

117:20;118:3,8;
119:11;125:5,6;
128:16;141:5;142:25;
145:7;146:16;147:2;
152:15,16;155:23;
159:12,23,23;160:19;
161:2;167:22;173:17;
176:17;177:14;181:7;
182:14,19;184:20;
186:15;193:10
**maybe (27)**
14:11;18:18;33:6;
37:13;50:25;65:9;
73:12;81:13;84:24,25;
87:3;93:1;95:4;104:1,
7;105:5,16,17;113:21;
116:19;117:23,25;
137:3;160:15;178:9;
192:5;193:5
**meal (12)**
75:8,16,18,20,22;
76:24;110:25;111:5,
10,17;112:6;191:15
**mean (31)**
12:22;13:13;14:20;
15:22;35:10;37:12;
46:19;53:12;69:1;
72:5;86:4;103:2;
106:17;116:21;
126:11;137:4,22;
141:2;143:12;147:1;
148:9;149:10;151:2;
158:3;169:21;176:14;
177:1;179:7;191:18;
193:14,15
**means (8)**
53:13;66:3;69:12;
116:11;117:16;
140:22;177:2;179:25
**meat (1)**
12:23
**mechanism (5)**
74:23;75:2;77:2;
117:2;191:16
**Med (1)**
139:10
**med/surgical (1)**
139:11
**medical (1)**
116:12
**medical/surgical (3)**
138:10,12;190:12
**medication (1)**
10:22
**meet (1)**
68:3
**meeting (3)**
171:7;172:17;185:9
**meetings (1)**
172:19
**meets (1)**
125:13
**Memorial (16)**
8:4;19:13;31:15;
81:22;100:22;103:22;

126:2;133:14;138:16;
151:7;165:3,11,11;
170:2;183:16;184:15
**memory (1)**
10:2
**mentioned (3)**
47:20;53:2,21
**message (2)**
46:21;47:5
**met (3)**
136:15,21;143:7
**method (1)**
99:18
**middle (1)**
89:11
**might (22)**
11:21;34:14,15,16;
54:13;66:13;67:25;
71:5;72:16;79:10;
87:2,9,9,22;102:22;
107:12;115:13;136:3,
3;143:2;184:11;
192:13
**Mike (20)**
8:19;25:21;47:25;
48:3;55:10;58:1;63:2;
66:10,20;69:8;70:8;
71:16;80:23;82:24;
110:9;127:13,16;
129:7,22;142:1
**Mike's (2)**
127:12,14
**MILWAUKEE (3)**
196:2,11,19
**Mimi (1)**
189:8
**mind (1)**
93:20
**Mine (1)**
95:9
**minor (2)**
42:8,9
**minute (5)**
13:7,22;37:17;77:4;
138:25
**minutes (20)**
77:5,18;78:21,23,
24;109:8,9;112:8,11;
117:17,22;118:8,9;
167:15,15,15,24;
169:2,3;184:20
**miss (1)**
52:8
**missed (12)**
80:2;98:20,21;99:2,
5,18;111:13,24;
112:17;175:16,17;
192:11
**misses (1)**
191:15
**missing (1)**
184:13
**misspeak (3)**
37:13;89:6;178:18
**misunderstanding (1)**

189:12
**misunderstood (1)**
159:11
**modified (1)**
181:12
**Monday (1)**
42:10
**monitor (1)**
193:13
**monitored (3)**
193:24;194:5,6
**monitoring (2)**
193:14,17
**month (1)**
41:8
**months (3)**
27:6;100:23;132:20
**more (14)**
14:21;52:17;54:11;
64:25;65:6;69:15;
74:5;89:8;139:13;
152:9;177:6,23;
182:17;184:19
**morning (6)**
7:7;38:8;44:24;
78:24;86:1;194:2
**Morstad (1)**
181:25
**most (8)**
35:18;42:10;54:19;
63:17,18;96:3;156:13;
176:12
**mouth (1)**
163:25
**move (1)**
152:4
**Much (7)**
41:22;63:24;
110:15;131:6;169:2,4;
173:20
**multiple (3)**
16:2;34:9;130:2
**Multitude (1)**
32:4
**MURSHID (74)**
7:6,12;8:19,25;9:6;
13:18,20;15:18;19:14,
19;28:22;29:6,9;
30:15;33:6,10;42:3;
45:21,23;46:1,2;
49:21,24;54:25;55:3,
4,24;62:4,9,11;63:2,4,
5;80:22,25;83:1,5;
89:21,24;90:1,6,9;
96:2,5;101:15,17;
109:6,11;110:11,14;
114:19;120:2,4;121:9,
12;134:7;144:21;
161:23;162:3;163:13,
16;164:23;174:18,20;
180:16,18;184:17,24;
190:20,23;191:10,13;
192:20;195:10
**must (14)**
41:9;85:12;86:5,11;

90:21;95:6;103:3,19;
145:22;175:8,10,15;
191:3,17

**N**

**N/A (1)**
65:11
**name (32)**
7:7,12;11:6;12:4,5;
14:3;15:16;28:17;
32:7;44:15;45:5,8,9,
20,25;46:16;55:2;
83:15;88:22;92:5;
109:17;118:1;121:1;
121:14,23;122:20;
134:20;135:18;142:2,
5;148:12;181:14
**named (1)**
110:17
**names (3)**
91:20;132:3;135:13
**narrow (1)**
8:9
**Navigator (2)**
37:1,3
**near (1)**
56:13
**necessarily (6)**
48:18;66:16;76:15;
113:19;118:11;194:10
**need (25)**
8:13;10:10,13,18;
37:8,10;50:9,12;59:4;
63:2;68:2;90:5;
129:17,21;131:18;
140:13;142:8;155:22;
157:17;165:16;
173:25;174:9;175:10;
177:15;193:4
**needed (10)**
13:1;28:4;43:4,5;
67:23;105:1;118:19;
140:19;192:24;195:5
**needs (10)**
10:14;38:14;39:1;
59:4;60:8;66:18;93:5;
140:8;170:23;175:9
**neonatal (1)**
138:17
**new (20)**
27:5;31:16,18,22;
32:9;33:17;43:15;
48:11,15;57:17;59:3;
81:10;109:14;142:9;
148:7;149:21,22;
150:5;157:17;163:22
**newly (2)**
62:18;170:12
**newsletters (1)**
129:13
**next (14)**
40:25;42:23;50:23;
73:23;111:3;117:9;
130:19;131:24;144:6;

155:8,9;159:24;189:8;
193:6
**Nicole (22)**
47:1;48:3;54:18,20;
66:10,21;69:8,11,17;
70:1;71:4,15,16;
82:18,23;109:22;
125:3,8;127:15,16;
129:7,22
**Nicole's (1)**
55:1;157:21
**NICU (1)**
138:17
**nodding (1)**
10:11
**nods (1)**
98:22
**non-benefitted (3)**
180:4,8,11
**none (1)**
125:16
**nonexempt (5)**
37:20,24;64:18,19;
189:21
**non-meal (1)**
78:20
**non-work (1)**
75:7
**Nope (3)**
28:4,9;131:13
**normally (1)**
65:20
**Northwest (8)**
96:12;138:11;
139:1,7;181:20,22;
185:11;190:13
**Notary (2)**
196:5,24
**note (6)**
38:16;52:6;104:21;
105:23;106:7,13
**noted (4)**
112:4,5;177:16;
192:13
**notes (8)**
43:24;44:2,3,6;
52:14,17;65:9;161:24
**notice (7)**
8:22;9:3;14:2,20;
86:7;125:25;176:3
**noticed (1)**
102:19
**notified (1)**
41:3
**notify (1)**
176:19
**November (2)**
102:15;122:7
**number (31)**
42:21,24,25;57:5;
83:16,21,23;86:8,11;
91:4,21,22,25;
92:3,3,9;114:25;
115:25;116:1,2;
122:19;133:19;140:6,

Case 2:13-cv-01245-LA Filed 05/09/14 Page 60 of 69 Document 34-3

8,19;142:23;150:3;
155:12;161:14
numbered (1)
191:8
numbers (3)
20:5;92:15;148:17
Nunez (3)
28:16;110:18;
111:22
nurse (10)
136:14;137:1,12,18,
24;182:10,23;187:16;
188:1,5
Nurses (2)
96:18;188:14
nursing (26)
16:15,17,23;19:1;
23:9,25;24:1,2;96:12;
134:12;135:17,23;
137:2,8,11,17,23;
140:1;181:23;182:20;
183:5,11,17,18;
185:24;187:7
Nutrition (1)
158:16

## O

oath (1)
7:3
objection (1)
90:7
objects (1)
10:16
obtain (1)
155:7
obviously (6)
28:23;42:9;108:20;
144:22;164:18,19
occur (4)
40:4;58:7;129:12;
152:17
Oconomowoc (3)
151:7;165:3,11
October (1)
84:18
off (39)
17:8;23:19;55:22;
61:20;75:17;79:11;
83:1,3,20;93:21;
103:13,14,21,23;
115:5;121:11,25;
133:15,24;136:19;
137:9;140:4;141:3,11;
176:16;178:16,19,20,
22,22,25;179:4,10,15,
18,19
offense (1)
76:16
offer (1)
183:16
offers (1)
141:22
office (2)

184:19;196:19
Officer (5)
12:2;22:17;26:15;
70:9;173:14
official (1)
162:19
officially (1)
168:20
off-the-record (1)
8:2
often (4)
42:13,14,15;172:20
old (1)
173:7
Olin (3)
135:19,24;136:15
Oliver (15)
16:24,25;17:13,23;
18:13,14,16;23:22;
25:6,11;27:19,22;
31:13;128:14;181:4
Oliver's (1)
135:9
Olstad (1)
136:21
OMH (2)
151:6;165:8
on-call (1)
26:22
once (9)
32:20;42:18;48:16;
60:23;95:18;124:22;
142:12,16;160:7
Oncology (3)
136:13,14;138:9
one (77)
7:12;14:15;15:6;
23:2,17,24;26:11,14,
21,25;34:20;35:16,19;
36:11;38:18;40:24;
45:13;46:14;47:4;
49:22;50:22;51:25;
54:10,11,12;62:9;
63:16,20;68:10,11,19,
19;70:25;71:2;74:5;
79:23;80:14,23,23;
89:8;93:9;96:3;
102:15,18;104:1,4;
105:10,13,17;107:5,
18;119:14;125:24;
132:22;136:12;
143:16;154:12;160:4;
161:20;164:19,24;
168:6,6;170:10,11;
178:17;181:7;184:19;
187:13,23;189:5,11,
14;190:2,3;191:10;
192:23
ones (4)
23:16;60:8;73:21;
153:24
only (17)
8:21;16:17;21:1;
24:8;27:5;39:2;42:5;
46:16;97:11;125:12;

128:9;169:21;180:3;
184:10;188:2;193:16;
194:19
onto (1)
37:8
operations (1)
12:25
opinion (1)
178:21
opportunity (2)
8:8;141:6
opposed (1)
175:15
order (2)
178:7;193:12
org (2)
45:19;72:25
organization (21)
12:18;13:11;14:23;
19:3;23:7;24:21,25;
27:5;32:11;59:1;
70:12;81:10,17;
125:12,19;126:4;
148:8;150:3;151:25;
158:1;183:16
Organizational (15)
11:14;13:6;19:16;
20:2,8;21:9;23:3;
25:16;26:13;39:9;
132:2;137:19,21;
156:15;187:8
organizations (1)
129:14
Organization's (3)
124:24;127:17;
184:5
organization-wide (1)
146:10
organized (1)
62:23
orientate (2)
148:24;163:3
orientation (55)
31:16,18,25;32:3,5,
9,14,23;33:16,17;
34:20;35:3;36:15,21;
39:9,16;41:3,20;
42:13,15,22,23;43:2,8,
15,18;44:11,20;45:14;
47:22;48:11;53:22;
56:7;57:19;58:20;
59:21;60:12;62:1,19;
64:17,25;65:6;
107:10;148:22;149:1,
13,17,21,22;150:5,8,
23
oriented (1)
150:12
origin (2)
69:3;84:9
Original (2)
195:13,13
ortho/neuro (4)
139:1,8;182:16;

190:13
others (3)
57:10;67:22;188:14
otherwise (2)
90:7;93:9
OTP (1)
123:1
out (22)
12:3,21;14:3;21:14;
25:16;26:14;35:8,9,
10,10;36:6;37:7;
38:11,12;43:13;52:7;
53:13;56:12;67:25;
75:7,14;76:3,12,25;
77:15;80:4;84:15,25,
25;85:6,9,25;86:17;
87:17;89:9;92:18;
98:10,25;107:1;
112:23;120:11;124:1;
142:13;155:10;158:2;
159:20;163:13;166:3,
5,8,9;172:8,12,25;
177:24;178:6,7;
184:20;189:18;191:6;
194:2,10
outlined (3)
152:12;154:9;182:9
outlines (2)
146:7;153:21
outpatient (1)
178:14
out-punch (1)
111:1
outside (4)
59:16;67:6;126:24;
146:10
over (13)
9:21,21;10:17;11:2;
36:20;48:8;54:20;
61:18;116:13;123:9,
16,17;177:9
overall (2)
130:12;150:23
overarching (3)
152:20;153:11,12
overlap (1)
14:10
oversaw (1)
27:1
oversee (2)
17:21;132:22
oversees (1)
17:17
overtime (8)
64:17,25;65:6;
123:3,8,12,21;176:25
own (7)
35:21;49:2;97:24;
98:2,4,6;186:11
owned (7)
65:24;66:3;69:11;
70:25;71:4,4,7
owner (1)
82:10

## P

packet (13)
32:23,24;33:2,4,17,
21,25;34:7;40:13;
41:19;48:11;52:1;
61:25
packets (1)
40:20
PACU (3)
139:18,19;178:14
page (46)
7:15;19:20;20:4,6;
21:19;26:16;29:14;
30:20;36:12;39:7,8;
42:9;43:21;44:14;
50:15;51:3,23;64:6;
65:8;74:6;79:25;
80:10;102:22;105:5,
21,22,22,23;106:11,
20;107:5;110:24;
111:3;116:19,20;
117:12,12;121:15;
122:17;124:14;
148:16;181:11;184:9,
10;191:8,9
paged (2)
194:8,18
pager (12)
154:14;155:7,23;
174:14;192:4,22;
193:13,14,15,17;
194:12,20
pagers (3)
162:7;174:7,12
pages (6)
33:11;51:23;59:9;
117:11;163:14;184:10
paid (29)
51:9;53:17;64:25;
65:6;78:8;94:23;
100:20;103:21,23;
117:18;118:22;119:6;
122:9,11,13;123:3,6,8,
11,14,20;168:1,12;
174:22;179:4,15,18;
192:2;194:11
paragraph (1)
191:8
parallel (2)
19:10;22:10
Parallels (1)
21:17
parentheses (1)
114:21
part (8)
17:7;32:10;35:18;
36:14;82:5;131:9;
159:3;167:22
particular (17)
9:1;27:1;44:12;
50:14;65:23;79:20;
84:14;92:25;104:25;
111:17;114:4;116:22;

Case 2:13-cv-01245-LA Filed 05/09/14 Page 61 of 69 Document 34-3

118:23;136:11;146:8;
159:18;182:2
**parties (4)**
7:19;8:2,7;196:14
**partner (14)**
15:11,19;16:3,6,18,
22;23:5;65:25;67:9;
69:25;71:1;82:2;
135:10,11
**partners (7)**
13:10,12,14;19:6;
23:4,15;170:14
**parts (1)**
174:25
**part-time (2)**
179:25;180:2
**password (1)**
32:18
**past (1)**
106:5
**patient (10)**
130:1;156:25;
159:8,9;173:24,24;
174:2,2;182:10;186:8
**patient-related (1)**
169:19
**patients (5)**
130:3;141:4;174:3;
182:17,23
**patient's (1)**
157:5
**pattern (3)**
101:4,6;153:5
**pause (1)**
15:3
**pay (29)**
27:25;28:2;37:15;
51:16;57:6,7;58:4;
64:17;67:5;91:10,13;
92:19;95:7;115:1;
116:10,23,24;117:1;
118:13,13;120:9;
122:4,6;123:23;
126:15;167:23;179:3,
4;192:2
**paycheck (1)**
119:18
**Payroll (40)**
26:7,23;51:5;52:2;
54:17;56:23;66:10;
68:1;88:6,6,9,13,15,
21,24,24;89:4;90:21;
91:14;94:14,17,18,24;
95:4,6;102:25;107:20,
21;113:14,20,21;
115:9;120:21,22,25;
121:1,3;126:7;127:10;
128:6
**pays (1)**
51:15
**penalized (1)**
179:16
**pending (1)**
10:15
**people (33)**

18:5;32:4;34:22;
42:20,21;44:22;45:3,
13;46:21;51:8,8,14,
15,16;53:8;66:6,8;
71:16;73:25;81:21;
88:12;92:11,15;
103:22;119:11;121:3;
124:21;135:17;
155:22;157:6;177:14,
24;190:2
**Per (2)**
65:2;168:6
**percent (2)**
45:17;110:2
**Perfect (1)**
19:14
**perform (2)**
24:6,9
**performance (4)**
132:19;144:1,3;
152:3
**perhaps (1)**
125:19
**period (7)**
37:15;94:18,18;
95:7;115:3;123:20;
192:12
**periodically (1)**
60:1
**periods (1)**
84:17
**permitted (1)**
146:2
**person (60)**
7:22;34:20;37:4;
38:21,21;40:19;46:3,
10;53:22;57:17;
65:25;67:25;72:16;
73:17,23;81:18;86:8;
93:20;99:23;100:19;
103:3;109:17;112:15,
20,22;113:18,19,20;
121:15,16,20;125:6;
128:9;132:21;135:19;
136:5,25;137:1;141:4;
143:16;152:24;155:5;
158:16;159:13,16,18,
19;166:3;174:13;
175:9;176:16;177:3,4;
184:2;187:5;193:6,10,
25;194:7;195:8
**personal (9)**
9:10;34:10;103:12,
14;178:20,21,22;
186:12;196:8
**personally (1)**
100:12
**persons (1)**
7:2
**person's (2)**
58:8;114:25
**perspective (1)**
186:15
**pertains (1)**
188:17

**Pfitzinger's (1)**
189:8
**pharmacy (1)**
23:20
**Phil (9)**
11:25;12:3,9;19:9,
9;22:17,23;46:13;
170:14
**philosophy (1)**
70:12
**Phil's (1)**
12:1
**phone (5)**
57:5;148:17;
154:14;155:7,13
**Physician (1)**
96:25
**picture (3)**
35:21;50:22;51:22
**place (26)**
40:20;41:8;52:20,
24;56:1,2;60:10;77:8,
20;100:24;101:2,3;
127:25;142:10;144:4;
145:22;148:8;154:19;
156:1;157:4;160:8,10;
167:10;175:6,8;188:3
**placed (1)**
157:24
**places (1)**
56:9
**plaintiff (2)**
9:15;110:17
**plaintiffs (1)**
7:13
**plan (3)**
132:19;144:4;152:4
**play (3)**
12:21;71:11;74:2
**please (9)**
10:8;11:7,20;14:13;
51:25;52:1;124:14;
151:16;190:3
**pm (14)**
85:4,5,13;105:9,10;
109:10,10;122:22;
162:2,2;184:23,23;
195:15;196:12
**point (5)**
26:14;43:13;51:25;
109:1,2
**points (4)**
50:8;54:7,12,23
**Polaris (2)**
65:24;71:11
**policies (52)**
14:22,24;24:18,24;
25:15,15,25;26:6,21;
27:1,11;29:22,23;
30:8;34:3,11,14;
39:22;40:7,13,15;
41:15,16;59:3;60:4,5;
61:5;65:20;67:10,22;
81:14;82:2;99:12;
145:18;147:6;148:5;

149:4,25;150:2,2,20;
151:8,25;154:9;163:1,
10,11;165:7,10;189:2,
23;190:14
**Policy (78)**
24:21,23;41:8;
52:11;59:12,13,14;
61:19;63:7;64:1,9,14;
66:15,18;67:15;68:18;
69:14;70:3,11,11,17;
71:9,12,19;72:12,15;
80:13,14,14,21;81:2,2,
8,19;82:8,11,13,16;
89:8;93:4,17;98:9,25;
101:10;103:22;112:8;
119:17;127:25;128:1;
137:23,25;144:2;
146:10;147:3;152:20;
153:7,11,13,15,16,20,
22,23,23,24;154:2,3,3,
23;155:17,18;171:2,
13,16,20;172:8,23;
191:20
**policy's (1)**
68:2
**pool (7)**
140:1;187:25;
188:6,7
**portal (1)**
57:21
**portion (4)**
44:19;53:22;54:15;
58:15
**portions (1)**
44:23
**position (7)**
132:21;140:23;
142:18;157:23;170:8,
12;180:4
**positions (2)**
57:5;58:4
**possibility (1)**
49:9
**possible (10)**
104:10,11;108:1;
118:7;128:16,19;
146:17;176:16;
192:12,15
**post (1)**
60:9
**posted (4)**
59:15;81:14,19;
171:20
**post-op (1)**
182:17
**potential (1)**
118:3
**potentially (5)**
78:24;113:14;
117:21;152:14;192:8
**power (7)**
51:24;104:12;
120:19;156:5,9;
162:24;177:12
**PowerPoint (13)**

41:20,22,24;42:5,
11;43:3,7,22;46:6;
47:6,7;48:13;55:19
**PowerPoints (1)**
50:1
**practice (1)**
66:14
**practices (1)**
67:5
**pre2010 (1)**
154:21
**preceding (1)**
196:6
**predate (1)**
160:22
**Preferably (1)**
183:5
**preliminary (1)**
11:4
**premises (11)**
75:13;76:2,7,13;
77:16;80:6;89:10;
98:11,16,24;99:8
**prep (1)**
30:1
**preparation (1)**
27:18;127:18,18
**prepare (3)**
14:16;28:4,13
**preparing (2)**
29:17;30:2
**present (2)**
34:13;144:8
**presentation (7)**
41:20,22;44:5;
46:15;48:13;52:17;
54:16
**presentations (2)**
46:18,20
**presented (1)**
50:14
**presenters (1)**
42:25
**presenting (2)**
46:13,14
**presents (1)**
46:11
**President (5)**
12:12;18:25;21:23;
22:3;130:12
**presumably (12)**
44:8;50:9;54:22;
91:20;95:4;96:13;
99:16;105:1;106:5,24;
118:12;173:9
**pretty (2)**
50:11;173:20
**previous (2)**
71:11;169:23
**previously (7)**
9:7;55:7;62:25;
108:13;132:3;148:21;
159:11
**price (1)**
157:23

Case 2:13-cv-01245-LA Filed 05/07/14 Page 62 of 69 Document 34-3

pricing (1)
    164:6
primarily (3)
    110:23;130:2;
    157:20
print (1)
    95:13
printed (1)
    102:2
prior (15)
    11:19;27:8;52:22,
    25;77:12,22;81:7;
    109:12;128:18,25;
    129:3;131:6;160:12;
    164:1;170:8
privilege (1)
    10:19
probably (13)
    11:18,18;12:4;
    19:15;34:8;44:15;
    50:11,16;87:7;103:9;
    131:5;160:3;178:5
problem (2)
    46:1;89:7
Procedure (3)
    7:18;58:13;65:10
procedures (19)
    14:23,24;24:18,21;
    34:3,14;39:22;40:7,
    13,15;61:6;146:20;
    150:20;151:25;
    152:11;163:2;182:19;
    189:2;190:14
PROCEEDINGS (1)
    7:1
process (20)
    56:6;108:11;
    129:19;130:22;131:3;
    132:20;141:22;
    142:10,11,14,19;
    143:3;144:2,12,14,17;
    149:16;153:19;160:7;
    166:19
produce (1)
    48:25
produced (5)
    28:24;33:3;110:19;
    144:22;175:1
production (1)
    33:15
Professional (1)
    196:4
program (3)
    17:17,19;49:15
progress (1)
    110:12
progressive (9)
    40:6;76:14;80:1;
    99:17;101:9;144:2;
    153:7,12,18
ProHealth (4)
    8:4;20:3,8;128:18
ProLeader (4)
    172:11,13,25;173:7
ProNews (4)

172:12,14;173:1,7
pronounce (3)
    7:7;12:4;28:16
pronouncing (1)
    7:8
proper (3)
    144:12;153:9,10
properly (1)
    149:17
property (2)
    191:3,5
ProShare (2)
    124:19;125:4
protocol (1)
    111:23
provide (8)
    31:8,15;42:4;69:21,
    22;79:1;90:3;149:7
provided (24)
    8:3;29:24;31:10,18;
    32:14,23;33:15,16,17,
    21;39:15;42:11;48:14,
    15;49:3,11;50:2;
    54:22;75:22;78:8,16;
    83:8;117:2;162:5
provides (1)
    32:3
providing (1)
    29:20
PTO (21)
    102:25;103:3,12;
    117:2,3,4,22;118:2,5,
    8,12,15,19;175:24;
    177:14;178:20;179:8,
    9,20,22;180:13
Public (2)
    196:5,24
publication (1)
    172:11
pulled (4)
    48:7;50:1;57:15;
    145:2
punch (33)
    35:10,10;36:6;
    38:10,11,12;56:12;
    80:2,6;83:18;84:9,20,
    25;86:16,18;92:19;
    98:20,21;99:2,5;
    102:6;104:4,8,13,18,
    21;105:4;107:23;
    111:14,24;112:17,23;
    175:17
punched (12)
    84:14,25;85:1,2,6,
    24,25;86:17;87:17,17;
    106:1;107:1
punches (2)
    99:18;101:23
punch-in (1)
    87:16
punching (4)
    80:4,4;83:13;101:4
punch-out (1)
    87:16
purposes (7)

37:20;58:17;61:14;
    74:22;75:1;114:3;
    190:4
pursuant (3)
    7:17,20;98:25
purview (3)
    127:12,12;135:9
pushed (1)
    112:24
put (19)
    8:1;12:23;20:6;
    43:17;55:1;60:10;
    66:7,8;92:9;100:16;
    130:20;145:11,15;
    154:5;156:1;160:8;
    163:25;177:2,4
puts (6)
    34:7;37:14;40:20;
    57:14,16;151:22
putting (1)
    66:24

Q

quality (1)
    148:2
quarter (1)
    117:18
quick (3)
    18:8;102:24;137:5
quickly (2)
    184:25;193:11
Quindel (1)
    196:10
quite (3)
    117:3;145:8;164:25
quote (1)
    89:1

R

race (1)
    9:13
ran (8)
    87:24;88:3;107:23;
    108:9;121:15,17,21;
    178:9
Randy (9)
    21:10;132:22;
    133:5;140:11;141:19;
    142:8;158:17,20;
    188:19
range (1)
    157:24
rate (7)
    57:6,7;123:11,12,
    15,21;179:9
rates (1)
    26:18
rather (2)
    121:14;138:7
reach (3)
    67:25;192:9;193:10
reached (1)
    192:25

read (10)
    7:13;72:5;85:23;
    92:20;116:18;117:19,
    20,23;122:18;195:11
reading (7)
    54:9;68:25;84:23;
    95:14;116:17;122:20;
    158:2
real (1)
    27:11
really (11)
    11:5;18:8;46:17;
    58:23;70:10;92:20;
    102:24;113:3;120:5;
    137:4;178:17
realtime (2)
    58:24;196:4
reason (13)
    10:20,22,23;14:6;
    33:18;37:8;86:15;
    92:17;95:10;169:20;
    177:10,16;192:6
reasonably (1)
    7:24
reasoning (1)
    103:8
reasons (2)
    192:8,21
recall (8)
    9:20;30:1;33:2;
    47:25;61:13;109:14;
    145:2,5
receive (1)
    124:22
received (4)
    66:18;118:4;
    126:10;192:2
recent (3)
    42:10;54:19;183:22
recently (1)
    138:16
recertified (1)
    184:3
recognize (14)
    13:25;19:23;29:12;
    30:16;63:6;83:9,11;
    90:10;101:20;114:22;
    120:8;158:24;174:21;
    181:14
recommend (2)
    60:9;82:9
recommendation (1)
    82:12
record (33)
    7:14;8:1,6;10:3;
    11:7;15:16;17:8;
    38:24;53:18;54:1;
    55:22;74:7,24;75:2;
    76:6;79:7,8;83:2,3;
    84:8;86:14;98:15;
    99:7;100:4;105:1;
    107:23;121:10,11;
    156:25;157:5,6;
    166:22;167:8
recorded (6)

79:13;93:6;99:24;
    106:8,24;196:7
recording (24)
    51:10;68:15,18;
    79:4,6;82:13,22;
    90:12;91:3;95:6;96:6;
    97:6,18;98:1,2,4,5,17;
    99:1;101:5,10;153:16;
    172:23;186:8
recordkeeping (3)
    30:4;53:11,12
records (3)
    120:9;159:8,9
record's (1)
    62:5
recruiter (4)
    141:25;142:17,18,
    22
recruitment (1)
    142:19
redacted (1)
    91:21
reduced (1)
    196:7
refer (3)
    20:5;51:25;68:10
reference (3)
    65:18;75:16;78:20
referenced (2)
    65:21;91:22
references (4)
    77:25;80:11;81:4;
    151:6
referencing (1)
    53:1
Referred (3)
    29:22,23;114:10
referring (3)
    53:6;134:9;147:2
refers (1)
    191:21
refill (1)
    142:16
reflect (3)
    52:11;66:17;83:12
reflected (3)
    100:11;118:13;
    164:8
reflection (1)
    135:5
reflects (4)
    31:11;60:2;114:4;
    183:22
refresh (1)
    10:2
refuse (2)
    99:23;100:9
regard (1)
    128:10
regarding (1)
    28:2
regardless (6)
    17:16;147:15;
    182:3,13;184:6;187:1
Registered (1)

Case 2:13-cv-01245-LA    Filed 05/09/14    Page 63 of 69    Document 34-3

196:3
**regular (3)**
76:16;172:19;
174:12
**regularly (2)**
42:17;43:3
**regulations (1)**
70:6
**Regulatory (4)**
32:5;34:15;41:7;
150:2
**rehire (1)**
142:15
**relate (1)**
26:21
**related (3)**
27:25;75:7;157:9
**relates (3)**
13:1;57:22;174:1
**relating (1)**
147:8
**relation (1)**
13:2
**Relations (4)**
11:15;12:20;23:3;
25:17
**relative (2)**
196:13,15
**relevant (1)**
150:1
**relied (1)**
153:2
**remain (2)**
43:16;103:25
**remember (10)**
9:22;45:9,20,25;
92:15;109:18,19;
139:22;150:9;161:24
**remembering (1)**
109:17
**remind (2)**
68:2;90:2
**rep (1)**
16:8
**repetitively (1)**
76:17
**rephrase (1)**
10:8
**report (85)**
11:24;12:9,13;19:3,
6,9;22:25;23:4;25:11,
14;67:18;84:10;86:16,
20;87:15,20,24;88:3,
9;89:10;101:20;
102:12,21;106:18,19;
107:18;108:1,2,9;
110:7;113:8;114:11,
12,13;115:4,9,22,23;
116:7,17;117:25;
118:21;120:10,12,15,
20;121:16,17,21,23;
122:2;131:14,16,19;
133:21,23,24;134:8,
14,19;135:23;136:10;
146:24;158:6,6,10;

166:2,11,15;167:8;
168:4,11,15;169:5,6,
7;178:9;185:1,24,25;
186:13;187:4,6,6;
191:16
**reported (3)**
167:16;170:14;
192:14
**Reporter (2)**
196:4,4
**reporting (4)**
111:10;131:21,24;
187:3
**reports (29)**
18:9,13,14,15;19:9;
22:2,6,11,12,16;
27:13;45:18;47:25;
48:3;55:10;66:2,3;
67:7,19;69:8;88:11;
120:24;121:7;141:25;
158:13,16,20;188:25;
189:5
**represent (2)**
49:25;83:7
**representative (1)**
15:23
**representing (1)**
168:22
**represents (1)**
93:20
**request (8)**
88:4,8,12;174:22;
175:9,10,13;177:12
**requested (3)**
8:22;87:25;195:14
**requesting (1)**
88:5
**requests (3)**
8:14;29:1;33:15
**require (1)**
192:23
**required (25)**
7:23;38:2;39:19;
40:21;41:7;56:11;
60:6;61:7;74:7,12;
75:7,14;76:3;77:15;
78:11;79:1,7;160:21;
166:18;183:6,18;
185:3,6;186:1;192:22
**requirement (6)**
154:18;156:1;
171:6;182:25;183:2;
191:2
**requirements (3)**
48:19;154:12;
186:21
**requires (2)**
34:9;98:9
**requiring (1)**
192:7
**research (1)**
126:6
**researched (1)**
126:7
**reserve (2)**

190:23;195:11
**Resource (2)**
22:17;129:15
**resources (10)**
9:18;12:2;13:9;
24:22;25:22;127:10,
11;129:15;145:17;
157:9
**respects (1)**
159:7
**respond (5)**
8:10;30:9,22;
194:12;195:4
**responded (1)**
28:25
**responding (1)**
13:2
**response (1)**
30:18
**responses (6)**
9:3;14:2;29:11,20;
31:8;33:14
**responsibilities (1)**
62:24
**responsibility (8)**
23:2;60:21;66:15;
93:8;95:20;100:16,18;
171:15
**Responsible (33)**
12:19;13:4;24:2;
26:16;32:4;40:17;
44:16,19,22;52:7;
55:18;60:23;66:24;
67:8,21;69:12;71:18;
73:3;82:15,21;88:20;
90:16;127:8;129:7;
130:5,8,12;139:19;
140:2,7;149:12;
188:10,18
**responsive (1)**
14:4
**rest (1)**
123:23
**result (1)**
176:25
**retrained (1)**
152:14
**revealed (1)**
8:12
**reverse (1)**
192:1
**review (8)**
14:21,24;28:14;
63:22;68:5;81:13;
145:17;171:13
**Reviewed (5)**
14:18;28:11;63:15;
68:23;70:20
**reviewer (2)**
62:2,3
**reviewing (2)**
145:23;172:16
**reviews (4)**
60:7;82:1;149:25;
150:25

revised (9)
42:6;50:2;59:25;
60:1,3,5;68:23;69:13;
172:23
**revised/last (1)**
70:20
**revision (1)**
68:3
**revisions (1)**
42:7
**Rewards (16)**
32:6;47:2,20,25;
55:7;57:17,19;58:1,
12;59:8,12;68:1;69:2,
7;157:21,22
**Rick (9)**
72:25;130:15,16;
132:17,18;140:12;
141:19;142:8;158:14
**right (90)**
9:25;15:12;17:18;
18:15;50:16,25;54:7,
9,23;63:11;68:10,23;
76:22;84:21,23;86:1;
87:11;88:16;89:7,25;
90:12;91:5;94:17;
98:5,12;99:4,10;
101:13;102:16;
103:24;104:1,5;105:4,
11,14;106:3,13,23;
107:1,6;108:13;112:8,
12;116:8;117:9,24;
118:13;120:6;121:5,8;
123:6,9,12,21;124:1,
7;126:24;134:23,25;
135:3;138:17;139:24;
146:22;147:4;157:1;
158:8;163:22;166:22;
167:5,13;168:8;
171:24;173:7;175:25;
176:4;177:8;178:7,13;
182:9;185:12;188:15;
189:22;190:23,24;
193:17,19,21;194:5,
19;195:11
**righty (2)**
63:10;139:6
**RN (1)**
136:5
**Robertstad (2)**
22:3,6
**role (10)**
12:18;71:11;74:2;
82:5;129:24;131:18,
19;150:17;157:17;
182:2
**roles (3)**
18:5,6;73:24
**Ronald (1)**
26:15
**room (7)**
159:18;160:1;
174:4,5;193:4,5,11
**rooms (3)**
130:1,4;174:2

rotate (2)
34:21;45:2
**rotates (1)**
34:22
**roundabout (1)**
27:15
**RPR (1)**
196:22
**Rude (1)**
45:4
**R-U-D-E (1)**
45:6
**Rule (3)**
7:18,20;182:22
**rules (5)**
9:19,20;10:2;11:1;
148:24
**Run (30)**
62:20;84:10;86:20,
23;88:6,7,9;102:12;
107:18;108:2,14;
114:16;120:10,12,15,
20,24;133:21,23,24,
25;134:1,14;136:10;
166:2,11;168:15;
169:7;185:1;186:14
**running (1)**
121:7
**runs (1)**
35:2

**S**

**Safety (6)**
32:6;150:2;152:11,
16;192:8,24
**salaried (1)**
97:14
**Salary (1)**
57:8
**same (79)**
7:15;25:5;31:25;
35:14,18,20,25;46:10,
15;47:5,6,7,10;51:3,
18,20;52:3;54:7;56:5,
11,18;58:13;59:18;
60:20;65:3,18;70:16;
71:11,16;76:10,19;
77:13;78:17;79:15;
81:17,17;93:11,16;
97:15,25;98:23;
101:12;103:7;106:20;
107:23;108:11,12,15,
16,17;120:22;121:20,
24;131:5;134:3;
138:11;139:7,7;
144:14,17;151:11;
160:15;164:16;
165:13;170:5;177:14;
178:17;184:6;181:21,
25;187:3,5;189:8,18,
20;190:5,7,18;194:24
**saying (10)**
17:9;21:18;44:8;
66:22;69:22;84:13;

Case 2:13-cv-01245-LA Filed 05/09/14 Page 64 of 69 Document 33

94:17;146:22;162:4;
180:21
**SC (1)**
196:10
**schedule (4)**
52:2;119:11;
142:25;162:6
**scheduled (12)**
75:6;85:10,12,18,
19,21;118:25;119:6,
15,19,25;141:5
**schedules (3)**
140:24;141:1;
170:24
**Schmidtke (3)**
187:15,19;188:10
**school (2)**
183:1,9
**scope (2)**
8:9;67:6
**screen (4)**
36:18;43:22;
142:21,22
**screening (1)**
142:21
**screens (1)**
159:3
**seal (1)**
196:19
**second (16)**
26:16;29:14;30:18,
19;50:21;51:23;
55:22;85:15,16;86:3;
105:22,24;109:17;
146:24;164:24;191:10
**section (5)**
64:23;65:14;74:6;
93:15;191:9
**security (2)**
192:8,24
**seeing (2)**
145:2,5
**seem (1)**
167:10
**seemed (1)**
83:12
**seems (7)**
51:2;102:20;
121:23;122:4;163:18;
167:12;169:1
**Seitz (2)**
188:25;189:1
**self-explanatory (1)**
50:11;121:14;138:7
**self-service (3)**
57:21,25;58:15
**seminar (1)**
79:12
**send (1)**
129:16
**senior (1)**
70:10
**sense (1)**
54:19
**sent (9)**

14:3,20;94:14;95:6;
125:25;141:7;178:25;
179:1,16
**separate (10)**
19:4,4;21:15;25:17,
19;26:9,10;57:24;
115:9;153:20
**September (1)**
70:21
**series (3)**
36:17;48:7;103:18
**server (2)**
87:6;113:12
**service (4)**
15:25;16:2;135:17;
164:10
**Services (15)**
16:19;20:9;21:17,
18;25:23,24;48:24,25;
97:23;129:24;144:23;
152:5;164:10,11;
165:2
**set (10)**
19:23;26:13;29:11;
30:18;50:14,21;93:22;
158:24;177:17;196:18
**sets (2)**
36:11;70:11
**seven (1)**
100:23
**several (7)**
46:21;49:22;
132:19;162:4;163:17;
177:14;192:10
**Shared (2)**
25:23,24
**sheet (15)**
90:13;91:4;94:21,
22;96:6;97:6,18;98:1,
2,4,5,17;99:1;162:7;
174:25
**sheets (2)**
57:18;95:6
**shift (13)**
75:6;85:10,15,16;
118:25;119:2,12;
143:13,15;146:24;
158:10,13;162:6
**shortage (1)**
188:8
**shortened (1)**
191:23
**shorter (2)**
167:25;169:2
**short-term (1)**
122:16
**shot (1)**
43:22
**shots (1)**
36:18
**Show (13)**
22:12,12;29:2;
89:11,23;105:13,16;
106:11;107:9;111:13;
122:4;159:23,23

showed (2)
161:20;171:3
**showing (3)**
29:10;36:23;83:6
**shown (3)**
58:21;159:1;169:22
**shows (17)**
84:12,13;86:8,16;
87:15;103:18;107:5;
111:10;118:22;122:4,
19;123:23;134:19;
159:20;161:21;
167:13;174:5
**side (1)**
116:13
**sign (4)**
98:4,4,6;195:12
**signature (2)**
29:15;30:19
**signed (2)**
29:3;93:21
**significant (2)**
172:7,15
**sign-out (1)**
162:7
**signs (4)**
61:20;62:1,2,2
**similar (5)**
9:20;28:5;31:5;
73:14;110:15
**Similarly (1)**
175:23
**situation (2)**
172:24;192:13
**six (2)**
111:1;191:8
**size (1)**
72:21
**skip (1)**
42:22
**slides (3)**
48:8;50:7,14
**slideshow (1)**
50:15
**slideshows (1)**
50:2
**slight (2)**
35:15;51:24
**slightly (1)**
182:19
**small (3)**
32:24;42:21;81:24
**Smeaton (3)**
136:23;181:12;
190:11
**smoothly (1)**
35:2
**Society (1)**
129:15
**somebody (13)**
46:7;50:22;51:15;
52:5,16;107:6;132:12,
14,24;138:4;143:19;
174:12;191:23
**somebody's (3)**

52:14;94:23;193:6
**someone (15)**
37:8;54:17;72:10,
18;86:7;113:10;
114:5;133:21;144:13;
155:23;176:17,18;
177:2;178:25;181:14
**someone's (2)**
72:24;180:1
**Sometime (1)**
141:3
**sometimes (3)**
65:20;142:24,24;
167:16
**sorry (34)**
15:10;16:12;21:23;
24:7;35:19;38:6;
42:15;45:8,23,25;
62:7;71:21;75:4,16,
18;77:14;80:19;83:20,
20;89:7;95:24;107:4;
114:12;118:1;120:6;
139:14;141:15;142:6;
147:5;149:10;156:23;
161:23;166:17;179:12
**sort (29)**
12:17,21;17:17;
19:23;21:13;24:17;
26:14;43:21,24;48:13;
53:9;58:15;64:7;69:5;
80:1;84:2;93:3;
105:24;108:11;117:6;
125:14;130:21;
141:16;148:1;152:4;
153:20;155:24;158:3,
22
**Sounds (1)**
183:22
**source (2)**
87:8,10
**sources (1)**
67:2
**Southeast (2)**
135:22;137:7
**Southwest (1)**
138:10
**Sparrow (8)**
21:11;132:22;
133:5;140:11;141:19;
142:8;158:17;188:19
**speak (12)**
10:3;13:15;49:6;
74:14;100:6;105:20;
115:20;127:16;129:3;
136:16,18;151:15
**Speaker's (2)**
44:2,3
**speaking (1)**
93:3
**specific (24)**
23:16;30:1;38:1;
48:8;73:9;83:15;
115:2;146:11,18,18;
147:3;149:6;150:24,
24;151:3;152:19,21;

160:1;169:17,18;
170:18,19;182:14,20
**specifically (7)**
31:3;69:7;72:22;
107:25;128:7;133:11,
12
**specifics (1)**
92:24
**speculate (2)**
168:21,22
**speculating (3)**
87:13,14,14
**spell (6)**
11:9;12:5;15:16;
45:5;109:18;114:1
**spend (1)**
42:24
**spoke (2)**
128:6,24
**staff (8)**
20:22,23,23;37:14;
82:1;172:17,19;
177:15
**staffing (4)**
140:8,13;187:18;
188:2
**staffs (1)**
165:2
**stand (1)**
141:8
**stands (8)**
103:13;123:2;
124:5,18,19;139:13,
20,21
**staple (1)**
120:5
**stapled (1)**
50:6
**start (8)**
31:16;48:14;49:12;
85:12;106:5;162:4;
163:22;180:21
**started (7)**
7:15;11:5;81:10;
116:6;128:22;148:9;
167:1
**starting (4)**
176:2,2,13,13
**starts (3)**
58:8;102:18;141:12
**stat (6)**
192:9,25;193:2;
194:7,14,18
**state (12)**
11:6;70:5;104:17;
127:4,9,17;129:8;
138:2,3;196:1,5,24
**stated (1)**
23:5
**station (1)**
56:12
**stations (1)**
56:8
**status (1)**
58:8

stay (4)
76:24;77:15;191:3,
5
STEIDTMANN (2)
196:3,22
steps (2)
24:15;101:9
still (14)
67:7;68:5;70:19;
71:17;75:5;139:2;
152:15;153:6;160:15,
18;179:2,6;180:12;
192:14
stop (2)
10:17;154:16
stored (1)
108:18
strategies (1)
150:3
Street (1)
196:10
structure (4)
137:20,21;156:15;
187:4
stub (3)
58:18;123:23;
124:11
stubs (1)
122:4
stuck (1)
49:22
stuff (2)
11:4,19
subject (5)
40:2,3;71:14;76:14;
189:23
submit (5)
58:11;61:2,7;
175:20;176:8
submitted (4)
59:24;61:16;94:24;
145:3
Subsection (4)
78:18;79:3,4,25
subsequent (2)
58:4;156:7
substance (2)
69:21,22
substantive (5)
70:2;82:7,12,15;
174:25
substantively (1)
82:21
Sue (11)
16:24,25;17:23;
23:22;30:24,25;
128:14,17;129:3;
135:8;181:4
sufficient (1)
42:23
suggests (1)
177:10
Suite (1)
196:10
summarize (1)

179:13
summarized (1)
75:9
Summer (2)
7:12;148:9
super (1)
117:11
supervisor (48)
11:24;18:1,3,10,13,
15,23;21:5;24:10,16;
73:8,19;87:3,23;93:2;
99:20;100:3;107:13;
111:19;113:6,7;
115:13,14;131:20,22;
134:25;135:16,21;
136:3;143:1,11,12,15;
144:5;148:23;149:11,
12,15;150:25;158:11,
13;169:8,9,13;175:22;
176:19;185:9;192:13
supervisors (8)
15:23;18:2;81:23;
130:17;135:14,14;
143:14;162:19
supervisor's (1)
135:13
supplement (2)
150:4;179:5
supplemented (1)
103:21
support (11)
12:25;13:17;17:24,
25;19:12;21:19,22;
23:6;57:25;144:13;
186:22
supports (9)
15:13,19;16:2,19,
22;17:1,14,22;27:23
Suppose (1)
171:19
supposed (1)
92:20
Sure (53)
8:25;9:19;10:17;
12:16,25;17:7;19:22;
20:22;21:8;24:24;
25:21;28:19;33:7,12;
35:1;37:15;43:1,14;
48:10;60:25;65:10;
66:5;67:8,11;69:12;
70:5;74:14;87:25;
89:24;99:12;100:16,
18;111:16;118:6;
119:16;124:15;
125:11;129:9;137:6,8;
142:15;144:11;149:3,
16;157:24;166:6,8,9;
188:21;193:9,10;
194:4,15
surgery (1)
178:14
Susan (4)
12:10,11;19:10;
139:15
Swan (10)

72:25;130:15,16;
132:17,18;133:2;
140:12;141:19;142:8;
158:14
swipe (27)
38:6;51:8;52:7,8;
53:13;56:7;75:7,8,14,
14;76:3,4,5,12,25;
77:1,15;79:11;89:9;
98:10,12,25;99:11;
155:6;166:3;191:6,18
swiped (4)
37:7;89:18,19;
112:22
swipes (1)
89:11
swiping (9)
35:8;9;74:19,21,23;
75:1;77:5;78:11;
83:13
sworn (1)
7:3
system (42)
30:6;32:19,20;
35:12;36:4;40:6;51:5,
6,10,12,14;56:21,23,
23;57:11,14;58:12;
59:6,8;77:8;79:18;
92:4,23;93:22;100:19;
101:5;108:19;111:10;
112:5;115:4;120:10;
133:24;160:12,14;
166:2,16,24;167:10;
174:1;187:25;188:5;
194:8

**T**

tailor (1)
8:8
talk (24)
8:15;19:16;24:5;
27:11;28:3,7;29:20;
33:7;48:9;72:22;77:4;
113:5,13;128:7,14;
129:22;137:3;160:3;
162:9,11,12;169:24;
174:24;175:2
talked (41)
37:6;40:9;47:21;
48:11;49:9;55:25;
56:5;59:21;64:11,19;
71:8;74:4;76:23;75:9,
80:2,15;82:18;88:15;
98:9;109:12;113:21;
116:1;118:25;128:9;
132:2;148:21;149:2;
156:21,21;158:21;
161:15;163:24;165:1;
166:19;171:3;177:22;
178:8;184:25;189:19;
192:10,21
talking (14)
10:17;50:8;54:7,12,
23;77:14;107:25;

126:11,25;127:2;
140:6;159:5;175:12;
190:11
talks (1)
53:18
tasks (1)
12:22
taxes (1)
124:10
team (10)
60:7;70:10;131:14,
16,16,18;158:6,7,10;
173:18
technical (2)
183:12,14
technically (1)
59:6
telephone (2)
142:21,22
TeleTime (2)
74:12,16
template (1)
90:16
tenure (1)
125:19
term (1)
69:5
terminal (1)
74:11
terminate (3)
133:4;143:19;
144:13
terminated (1)
152:25
termination (8)
143:23,24;144:17;
152:5,8,15,17;153:4
terms (8)
71:8;119:16;
137:19;165:13;
170:18;179:18;189:3,
19
testified (3)
7:4;108:13;165:17
testify (8)
7:21,23,23;9:2;
10:23;14:7,8;90:2
testifying (3)
9:1,4;14:12
testimony (2)
8:3;164:2
theoretically (1)
111:22
therefore (2)
177:5,15
thick (2)
33:11;101:18
third (4)
91:21;105:5;
117:12,13
Thornburg (14)
21:6;93:1;151:15;
154:18;159:5;160:3;
161:1,16;162:11,13;
168:19;169:24;

170:20;174:8
though (13)
34:17;58:13;59:17;
68:7;70:19;73:21;
88:3;164:16;170:3;
174:7;179:7;188:9;
193:22
thought (3)
28:11;167:18;
184:16
three (13)
22:24;42:18;60:6;
81:11;103:12;108:21;
109:4,5;118:3,4;
163:13,21;164:8
three-year (1)
67:12
throughout (2)
56:9;81:16
Thus (1)
179:19
timecard (12)
72:17;101:19;
103:4;104:5,12,25;
105:14;106:25;107:4;
110:16;111:12,18
timecards (1)
37:11
timely (2)
8:10;181:10
times (10)
87:16;123:11,14;
192:10;193:24;
194:20,22;195:2,4,8
timesheet (1)
38:15
timesheets (1)
38:17
timing (1)
167:24
tip (1)
141:15
title (16)
9:17;11:13;12:1,11;
13:8;16:3;46:17;47:2;
72:10,24;88:23;89:2;
134:1,24;135:25;
136:11
titles (5)
17:25;20:14;21:3;
96:20;133:25
today (9)
8:3;10:24;49:9;
127:19;147:6;165:18;
167:23;175:12;192:10
today's (2)
14:16;28:13
together (11)
34:8;49:22;130:18,
20;145:2,11,15;
151:22;154:5;156:22;
186:18
told (2)
178:6,9
tomorrow (10)

Case 2:13-cv-01245-LA   Filed 05/09/14   Page 66 of 69   Document 34-3

9:4;14:13;73:12;
143:16;151:17;159:6;
161:24;181:15;
185:10;190:11
**tongue (1)**
141:15
**took (1)**
163:13
**top (21)**
23:19;63:10;67:10;
70:14;84:9,17;91:10;
96:7;101:19;116:20,
23;120:6;121:25;
122:6,18;124:11;
133:16;136:19;
137:10;142:23;156:17
**topic (1)**
15:6
**topics (6)**
8:24;14:4,7,10;
125:24;150:4
**Total (18)**
32:6;47:2,20,25;
55:7;57:17,19;58:1,
12;59:8,12;68:1;69:2,
7;78:23;124:10;
157:20,22
**towards (1)**
152:4
**track (3)**
97:14;140:4;161:9
**tracking (1)**
58:17
**tracks (1)**
56:20
**trade (2)**
176:17;177:4
**trading (4)**
176:14,23,25;177:2
**trail (2)**
101:23;110:16
**train (4)**
60:23;62:16;
150:11,16
**trained (18)**
39:18,19,22;58:19;
62:13,15;99:17;149:3;
150:15,21;169:14,16;
171:16;186:18;190:5,
6,17,17
**training (16)**
40:21,22,23;41:7,8,
16;53:8;95:16;149:16,
20,24,25;183:11,17;
189:4,25
**TRANSCRIPT (2)**
7:1;195:13
**transcripts (1)**
195:14
**Trauma/EMS (1)**
189:9
**treated (2)**
189:18,20
**truthfully (1)**
10:24

**try (2)**
26:14;122:18
**trying (4)**
27:12;153:3;
179:13;189:17
**turn (5)**
36:12;75:4;155:14;
158:20;194:3
**twice (1)**
121:10
**two (20)**
9:4;22:23;27:6;
28:7;31:11;34:22;
45:1,13;51:23;60:5;
68:15,17;101:25;
117:17,18,18;120:22;
142:24;156:22;180:20
**two-week (1)**
123:20
**two-year (1)**
67:12
**type (2)**
79:12;182:6
**Typically (3)**
45:17;137:2;183:14

## U

**ultimately (11)**
32:4;70:9,12;71:9;
73:3;82:14;94:2;
156:17;188:10,18,25
**Umbach (4)**
88:22;113:24,25;
128:8
**U-M-B-A-C-H (1)**
114:2
**umbrella (1)**
69:5
**unable (1)**
14:6
**unartful (2)**
159:12;166:17
**under (28)**
21:19;24:3;26:8;
58:1;70:8;72:12,14;
77:24;78:18;83:18;
86:3;88:15,18,20;
93:22;110:7,9;122:19,
22;127:12;134:11;
135:8;136:20;158:1;
188:2,4;190:12;196:7
**underneath (3)**
20:20;178:4;187:20
**understood (3)**
10:9;29:7;171:18
**un-huh (1)**
10:11
**Unit (5)**
96:23;138:6,7,10;
190:12
**Units (1)**
122:24
**Unless (8)**
47:9;60:6;100:11;

115:13;132:12;153:9;
179:4;194:14
**unpaid (9)**
75:22;167:19,20,23;
168:1,12,23;194:13;
195:6
**unplanned (2)**
105:25;106:12
**up (27)**
19:1;36:11;37:17;
43:17;68:3;69:3;86:8;
90:15;93:23;105:13;
106:11;107:9;123:7;
130:21;147:4;156:17;
158:22;161:21;
162:14,25;171:3;
172:20;174:5;185:25;
187:6;189:13;190:24
**update (8)**
57:21;60:8,9;66:15;
67:22;92:23;157:16;
181:10
**updated (10)**
40:16,23;42:14;
43:3;59:14;66:5;
67:11;68:5;69:13;
148:12
**updates (3)**
41:15;47:15;67:12
**updating (1)**
40:17
**upon (4)**
33:17;116:5;153:2;
188:7
**up-to-date (2)**
132:6,9
**use (41)**
36:3,9;46:15;53:9,
11,15,23;56:7,11,15;
62:15;73:22;74:12,24;
75:2;79:3,6;84:2,5;
99:11,17;103:8,23;
140:4;150:11;152:6;
155:6,15,23;156:23;
157:1;173:15;175:20,
24;179:4;186:6,7,11,
25,25;194:5
**used (14)**
46:10;52:18;56:24;
71:4;84:2;97:11;
100:22;103:12;114:5;
157:7;159:7,13;
160:13,15
**user (4)**
86:4;92:5;121:14,
23
**uses (6)**
51:15;86:7;148:23;
156:19;173:23,24
**using (8)**
35:12;38:12;74:7;
101:5;161:7;176:19;
189:3;190:1
**Usually (4)**
46:19;60:5

**utilize (1)**
121:3

## V

**vacancy (1)**
142:12
**vacation (4)**
162:7;175:19,19,23
**vague (3)**
12:23;27:10;35:20
**vaguely (1)**
39:1
**varies (1)**
42:17
**variety (6)**
8:22;17:10;67:16;
91:10;96:14;182:7
**various (11)**
23:6;34:12;56:8;
66:6;67:1;70:5;71:17;
81:24;82:1;99:16;
129:10
**vary (1)**
125:16
**verbal (3)**
10:10,12;153:18
**verbally (1)**
44:8;54:23;55:20
**Verdin (1)**
109:19
**V-E-R-D-I-N (1)**
109:20
**Verna (1)**
187:16;188:25
**version (8)**
42:11;63:17,18;
70:22;71:18;81:7;
164:18,19
**versions (8)**
42:6;59:25;68:15,
18;163:17,21,22;
164:8
**versus (3)**
69:22;87:12;177:18
**Via (2)**
172:10,11
**vice (3)**
18:25;21:23;130:12
**volumes (2)**
78:14;140:14
**VP (2)**
148:1,2

## W

**W&C (2)**
138:19,20
**wage (3)**
127:9,18;129:8
**wait (3)**
10:4,5;75:4
**Wald (23)**
15:15,17;16:8,18;
23:16;24:5,14,20;

25:11;27:17;28:5;
30:9;31:6,12;88:1;
108:14;115:17;
128:11;140:15;
144:10;145:10;153:3;
157:19
**W-A-L-D (1)**
15:17
**walk (5)**
39:5;64:5;71:21;
72:4;121:13
**walked (1)**
160:7
**walkie-talkie (1)**
154:14
**walking (1)**
91:19
**wants (2)**
143:19;177:3
**Waukesha (14)**
8:4;19:13;31:15;
81:22;100:22;103:22;
126:2;133:14;138:16;
165:3,11;170:2;
183:16;184:15
**way (35)**
19:1;27:15;36:11;
44:13;52:14;58:23;
59:18;60:25;93:22;
97:15;102:5;105:5;
108:15,16,17;117:3,
20;121:20;123:22;
143:1;145:19;155:21;
156:14;158:1;161:9;
165:25;168:14,14,24;
184:5;185:21;187:11,
11;193:16;194:19
**ways (1)**
189:19
**week (6)**
65:2,6;177:5;180:4,
9,10
**weekly (1)**
172:12
**weeks (1)**
42:18
**weird (1)**
120:6
**welcome (5)**
44:17,24;46:4,6,10
**weren't (1)**
170:2
**what's (13)**
12:1,11;13:21;
29:10;33:2;59:1;
62:25;83:6;88:23;
92:19;137:7;139:18;
142:11
**whenever (1)**
78:25
**whereof (1)**
196:18
**whole (13)**
24:22;35:2;42:24;
46:20;103:25;117:23;

Case 2:13-cv-01245-LA Filed 05/09/14 Page 67 of 69 Document 63

130:4;163:9
**who's (15)**
25:20;38:16;70:25;
72:6;74:2;88:20;
130:8;131:3;140:7;
141:24;159:5;162:7;
169:14;181:14;190:12
**Whose (2)**
28:15;171:22
**wide (1)**
8:22
**Williams (6)**
21:24;22:2;130:10;
148:1;158:20,21
**willing (1)**
176:17
**willy-nilly (2)**
121:7,10
**wing (1)**
139:9
**wiped (1)**
108:25
**WISCONSIN (5)**
196:1,5,11,19,24
**wish (1)**
58:18
**within (40)**
17:4,11,21;18:6,10,
21,22,22;19:3,6,13;
20:3,11;22:9;23:6;
24:4,10,25;34:22;
38:22;46:18,19;59:1,
9;61:2;133:22;135:6,
22;141:25;146:7;
148:24,25;150:22;
152:1;156:15;162:18,
24;169:13;185:24;
187:3
**witness (12)**
7:2;8:23;9:1;29:5;
45:24;62:7;89:19,22,
25;98:22;100:12;
196:18
**WMH (4)**
62:6;122:22;123:1;
165:7
**WMH00 (1)**
90:25
**WMH000001 (1)**
120:7
**WMH000029 (1)**
114:20
**WMH000068 (1)**
83:8
**WMH000098 (1)**
20:7
**WMH000147 (1)**
33:11
**WMH001450 (1)**
165:22
**WMH001453 (1)**
101:18
**WMH001916 (1)**
90:24
**WMH001940 (1)**

90:25
**WMH001990 (1)**
110:20
**WMH002574 (1)**
96:7
**WMHProSh (1)**
124:17
**women (2)**
138:20,22
**word (5)**
17:18;93:16;
155:16;164:3;194:5
**wording (1)**
81:15
**words (1)**
163:25
**work (50)**
9:10,11;13:1;16:13;
20:12,14;36:6;37:7,9;
48:24;64:25;65:6;
81:22;85:10,12,16;
92:22;96:18;119:11,
23;130:17;134:20;
140:15,16,17,24,25;
141:5,6;146:24,25;
152:16;155:6,13,21;
156:22;158:7;159:14,
21;162:6;176:3,18,21;
177:6;180:3,10;182:6;
188:7,8;193:23
**worked (18)**
8:8;30:9,22;37:5;
51:15;79:11;98:3;
116:22,25;117:17;
118:4;123:9,19;
145:10;179:15;
181:21;182:16;192:3
**WORKER (1)**
164:11
**Workforce (2)**
126:21;156:12
**working (10)**
56:21;130:16;
135:17;161:11,12;
164:13;170:2;186:23;
187:24;194:17
**workings (3)**
162:9;163:3,5
**works (10)**
30:6;51:12;74:16;
93:22;109:22;154:25;
155:3,4;161:9;163:24
**workshops (2)**
129:10,12
**workweek (1)**
123:17
**worries (1)**
141:16
**worth (1)**
94:16
**write (2)**
155:12;192:12
**writing (4)**
151:2,4;181:5;
196:7

**written (4)**
29:1;111:23;147:3;
177:20
**wrong (5)**
84:13;114:3;
155:16;158:2;177:11
**wrote (1)**
104:22

### Y

**Yauchler (1)**
135:19
**year (15)**
41:8,10;94:11,14,
15;95:3;124:22;
125:16,16;129:12;
148:10;160:11;167:1,
5;170:6
**Years (8)**
9:8,9,24;60:6;
81:11;108:21;109:4,5
**year's (1)**
94:16
**Yep (1)**
54:8
**yesterday (6)**
132:9,12,14;140:11;
158:14;167:16

### 0

**0/40 (2)**
64:23;65:4
**001715 (1)**
101:19

### 1

**1 (5)**
68:22;70:20;
135:22;137:7;184:10
**1,200 (1)**
42:6
**1.5 (2)**
123:11,14
**1:37 (1)**
109:10
**10 (5)**
78:21,23,24;177:7,8
**10:02 (1)**
196:12
**102 (2)**
22:20,21
**1032 (1)**
54:5
**1033 (1)**
54:5
**109 (1)**
22:1
**10-hour (2)**
119:12,24
**11 (1)**
122:7
**11/2/2014 (1)**

196:25
**11:06 (1)**
55:23
**11:16 (1)**
55:23
**1127 (1)**
44:14
**113 (1)**
21:20
**114 (1)**
187:13
**115 (1)**
63:8
**1171 (1)**
110:24
**12 (3)**
63:13;158:24;177:4
**12:27 (1)**
109:10
**12:30 (6)**
85:7,15,17,25;
109:6;119:1
**120 (2)**
64:6,11
**121 (1)**
63:8
**12-11-2013 (1)**
181:12
**122 (1)**
63:8
**1236 (1)**
54:11
**1237 (1)**
54:11
**124 (1)**
74:6
**125 (1)**
76:23
**126 (1)**
79:25
**12-6-2010 (1)**
110:25
**13 (4)**
63:1;80:20,21;
167:5
**138 (2)**
133:15;140:7
**13th (1)**
166:1
**14 (4)**
68:13,20;71:22;
80:17
**1452 (1)**
165:22
**1458 (1)**
102:22
**1481 (1)**
104:2
**1487 (1)**
105:22
**14th (2)**
84:24;102:18
**15 (12)**
9:24;42:5;68:13;
70:16;71:25;78:21;

85:5;117:17;118:8;
191:8,11,20
**150 (2)**
39:7,8
**1508 (1)**
106:20
**152 (2)**
39:8;62:6
**155 (1)**
36:12
**15-minute (2)**
78:8,15
**15th (3)**
85:24;94:22;196:11
**16th (1)**
86:1
**17th (1)**
117:13
**184 (1)**
184:16
**196 (1)**
110:20
**1995 (1)**
110:24
**1d (4)**
74:6;75:5,9;77:24
**1SE (2)**
135:21,21
**1st (2)**
122:6,7

### 2

**2 (1)**
86:9
**2.25 (1)**
117:14
**2:15 (1)**
117:14
**2:47 (1)**
162:2
**2:53 (1)**
162:2
**20 (5)**
78:23;135:3;
167:24;180:9,10
**2003 (2)**
68:22;70:20
**2009 (2)**
63:13,15
**2010 (16)**
52:22,25;56:1;
68:23;71:3;77:9,20;
84:18;87:18;100:25;
102:16,25;112:3;
116:8;131:6;160:22
**2011 (5)**
84:24;85:5;86:9;
104:20;106:25
**2012 (4)**
70:21;71:3;172:24;
173:6
**2013 (6)**
11:17;84:18;91:7;
122:7;166:1;167:5

**2014 (6)**
42:10;54:11;135:3;
165:25;196:11,20
**21 (2)**
70:21;165:25
**210 (1)**
196:11
**2-15-2011 (1)**
116:21
**219 (1)**
33:12
**21st (1)**
196:20
**22 (2)**
102:24;169:3
**222 (1)**
196:10
**224 (1)**
105:4
**2-24-2011 (3)**
105:5,7,13
**229 (1)**
148:16
**23496 (2)**
121:23,24
**24 (1)**
104:20
**25 (2)**
106:25;118:9
**251 (1)**
167:15
**2583 (1)**
96:7
**26 (4)**
11:17;84:18,18;
87:18
**27 (1)**
167:15
**2797 (1)**
134:8
**28 (1)**
120:7
**2800 (1)**
134:8
**28th (1)**
41:10
**29 (2)**
13:19,21

**3**

**3 (1)**
191:8
**3:27 (1)**
184:23
**3:35 (1)**
184:23
**3:50 (2)**
195:15;196:12
**3:56 (3)**
85:4,5,24
**30 (12)**
19:18;61:2,5,10,13;
68:23;77:5,18;112:8,
11;169:2;177:3

**301 (2)**
102:25;118:15
**30b6 (8)**
7:18;8:14,22;9:3;
14:2,20,22;125:25
**30-minute (10)**
75:20,22;77:9;
110:25;167:20,22,23;
168:10,23,23
**31 (5)**
29:8,10;116:20;
117:12;118:1
**32 (1)**
30:14
**3-2-2011 (1)**
118:2
**33 (1)**
33:9
**34 (1)**
42:2
**35 (2)**
49:23;167:15
**36 (10)**
83:4,6;102:1;105:3,
14,16,23;106:11;
107:3,9
**37 (1)**
90:8
**38 (1)**
96:4
**389 (1)**
50:6
**39 (3)**
101:16;107:19;
108:2
**390 (1)**
50:7

**4**

**4 (9)**
96:12;122:17;
139:1,7,11;181:20,22;
185:11;190:12
**4:00 (3)**
85:13,16;119:1
**4:02 (1)**
106:1
**40 (7)**
64:25;65:6;110:13;
114:14;123:9,16,17
**41 (3)**
114:18,20;121:23
**42 (3)**
120:3,7;177:4
**43 (2)**
134:6;178:3
**44 (1)**
144:20
**45 (3)**
109:8,9;163:15
**46 (4)**
164:22;165:21,21;
184:25
**47 (1)**

174:19
**48 (1)**
180:17
**4NW (5)**
96:7,18;97:2;98:3;
181:19
**4SW (1)**
139:6

**5**

**5 (6)**
102:15;123:4,20;
138:10,11;180:9
**5b (1)**
64:22

**6**

**6 (3)**
42:10;112:3;124:14
**60 (2)**
61:11,13
**61100 (2)**
161:15;166:18
**63200 (1)**
91:4
**67 (1)**
114:20
**69 (2)**
105:23;106:11
**6b (1)**
77:24
**6c (1)**
77:25

**7**

**7 (1)**
78:18
**71 (1)**
107:5

**8**

**8 (2)**
79:3;184:10
**8.5 (1)**
119:6
**8:56 (3)**
105:4,9,10
**80 (2)**
122:24,24
**80.5 (1)**
123:19

**9**

**90 (1)**
45:17
**91 (1)**
83:9
**984.81 (1)**
124:11
**99 (3)**

22:5,14,16
**99.9 (1)**
110:1

Case 2:13-cv-01245-LA Filed 05/09/14 Page 69 of 69 Document 36-3