# WITNESS DECLARATION

Pursuant to 28 U.S.C. § 1746, _Matthew Strike_ declares as follows:

1. This declaration is made voluntarily and of my own free will.

2. The facts stated in this declaration are within my own personal knowledge and are true and correct.

3. I am employed by Waukesha Memorial Hospital as a _housekeeper_.

4. I have been employed by Waukesha Memorial Hospital since _Mar/07_.

5. I attended a staff meeting held on ~~March 6, 2012~~ _MS_ during which time break procedures and expectations were discussed.

6. I am required to log on break when I go on a break, and log off break when I return from a break.

7. If I am contacted via phone or pager while on break, I am able to advise the supervisor that I am on a break.

8. If I advise the supervisor that I am on break, I am not regularly asked to leave my break.

I declare under penalty of perjury under the laws of the United States and the State of Wisconsin that the foregoing is true and correct.

Executed on: _1/29/14_     Signature: ▮▮▮▮▮▮▮▮▮

WMH 03032