IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EVANGELINA AGUILERA, and ANGELINA NUNEZ, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 13-CV-1245<br>)<br>) |
| WAUKESHA MEMORIAL HOSPITAL, INC. and PROHEALTH CARE, INC. | )<br>)<br>) |
| Defendants. | )<br>) |

## **DEFENDANTS' MOTION TO DECERTIFY THE FLSA COLLECTIVE ACTION**

Waukesha Memorial Hospital, Inc., and ProHealth Care, Inc. (collectively "Defendants"), by David C. Van Dyke and Michael R. Lied, of Howard & Howard Attorneys PLLC, move this Court to decertify the Fair Labor Standards Act ("FLSA") class that was conditionally certified on August 18, 2014. For the reasons set forth more fully in the accompanying Memorandum of Law, Plaintiffs cannot establish that they are similarly situated to the 28 Opt-In plaintiffs as required by the FLSA for maintenance of a collective action.

                                          Respectfully submitted,

                                          Waukesha Memorial Hospital, Inc., and ProHealth Care, Inc

                                          By:   /s/ David C. Van Dyke

                                          DAVID C. VAN DYKE (IL ARDC NO. 6204705)
                                              ONE OF THEIR ATTORNEYS

DAVID C. VAN DYKE (IL ARDC NO. 6204705)
EMILY E. BENNETT (IL ARDC NO. 6305461)
HOWARD & HOWARD ATTORNEYS PLLC
200 S. Michigan Avenue #1100
Chicago, Illinois 60605
Telephone: 312-372-4000
Facsimile: 312-939-5617
dvandyke@howardandhoward.com
ebennett@ howardandhoward.com

MICHAEL R. LIED (IL ARDC NO. 6197844)
HOWARD & HOWARD ATTORNEYS PLLC
One Technology Plaza, Suite 600
211 Fulton Street
Peoria, Illinois 61602
Telephone: 309-672-1483
Facsimile: 309-672-1568
mlied@howardandhoward.com

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on March 16, 2015, I provided service to all counsel by causing a true and correct copy of *Defendant's Motion to Decertify the FLSA Collective Action* to be served on all counsel of record by the Court's CM/ECF System.

    Summer H. Murshid
    Larry Johnson
    Timothy P. Maynard
    Hawks Quindel, S.C.
    P.O. Box 442
    Milwaukee, WI 53201

                                                    By:   /s/ David C. Van Dyke
                                                             David C. Van Dyke